**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Twana Ahmed

v.  Case Number: 4:23−cv−02823

Universal Protection Service, LP

---

**NOTICE OF HEARING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Pre−Motion Conference set for 3/27/2024 at 03:30 PM before Judge Lee H Rosenthal, by video.

Date: March 21, 2024

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaEddins, Deputy Clerk