UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge Lee H. Rosenthal |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO MODIFY
SCHEDULING AND DOCKET CONTROL ORDER**

Plaintiff Twana Ahmed and Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services, through their respective counsel, jointly move to modify the First Amended Scheduling and Docket Control Order [ECF No. 17] and in support of this motion, state as follows:

1. On March 28, 2024, this Court entered its First Amended Scheduling and Docket Control Order. *See* ECF No. 17.

2. The Parties have been diligent in their efforts to complete the discovery necessary to prepare this case for trial within the deadlines set by this Court, including amicable conferences and agreements concerning supplementation without court intervention. This continued process was recently challenged by the aftereffects of Hurricane Beryl with significant flooding and loss of power throughout Houston.

3. By modifying the present schedule, the Parties will have sufficient time to complete ongoing discovery and to otherwise prepare for trial. Furthermore, the same will help ensure that

1

this Court will have a complete and thorough record to assist with deciding important issues in this case, including but not limited to, any motion(s) that may be filed.

4. In conferring on this motion, the Parties have agreed to a deposition and mediation schedule for the completion of discovery, and provide the following in consideration of this motion as demonstrated efforts in moving the case forward:

    a. August 29-30, 2024, Defendant witness depositions, including 30(b)(6);

    b. September 19, 2024, Plaintiff's deposition;

    c. October 21, 2024, confirmed mediation with Kathy Fragnoli.

5. Consistent with Fed. R. Civ. P. 16(b)(4) and this Court's Procedures, the Parties jointly request this Honorable Court find good cause to modify the present Scheduling Order to further extend deadlines, as proposed to include:

    a. September 30, 2024, fact discovery deadline;

    b. October 21, 2024, mediation deadline; and

    c. November 18, 2024, pretrial and dispositive motion deadline.

6. The Parties request the Court's consideration of a 30-day response deadline and holding further scheduling in abeyance until a ruling is entered on any filed dispositive motion(s). In the alternative, the Parties have conferred and agreed to the following proposed deadlines:

    a. December 18, 2024, dispositive motion response deadline;

    b. January 31, 2025, Joint Pretrial Order and motion in limine deadline; and

    c. February 7, 2025, Docket Call.

WHEREFORE, Plaintiff Twana Ahmed and Defendant Allied Universal Protection Service, LP d/b/a Allied Universal Security Services, jointly request that this Honorable Court extend current deadlines as reflected in the Proposed Order.

Respectfully submitted,

| | |
|---|---|
| */s/ Amanda C. Hernandez (with permission)* | */s/ Kelly Eisenlohr-Moul* |
| Amanda C. Hernandez | Kelly Eisenlohr-Moul, attorney-in-charge |
| Tex. State Bar No. 24064411 | Tex. State Bar No. 24112896 |
| Southern District Bar No. 1531045 | Southern District Bar No. 3146632 |
| AH Law, PLLC | Nathan A. Shine (admitted *pro hac vice*) |
| 5718 Westheimer, Suite 1000 | Martenson, Hasbrouck & Simon LLP |
| Houston, Texas 77057 | 500 Davis Street, Suite 1003 |
| (713) 588-4359 | Evanston, Illinois 60201 |
| amanda@ahfirm.com | (224) 350-3123 |
| | keisenlohr-moul@martensonlaw.com |
| *Counsel for Plaintiff* | nshine@martensonlaw.com |
| | |
| | *Counsel for Defendant* |

Dated: July 19, 2024