United States District Court
Southern District of Texas
**ENTERED**
July 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge Lee H. Rosenthal |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : | |
| | : | |
| Defendant. | : | |

**SECOND AMENDED
SCHEDULING AND DOCKET CONTROL ORDER**

The joint motion to modify the deadlines is granted. (Docket Entry No. 18) The disposition of this case will be controlled by the following amended schedule:

N/A   **MOTIONS TO ADD NEW PARTIES**
No new parties are needed.

N/A   **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
No motions for leave to amend are anticipated. Parties filing motions to amend pleadings must show good cause.

N/A   **EXPERTS ON MATTERS OTHER THAN ATTORNEY FEES**
The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

N/A   The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

September 30, 2024   **COMPLETION OF DISCOVERY**
Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

| | |
|---|---|
| October 21, 2024 | **MEDIATION**<br>Mediation or other form of dispute resolution must be completed by this deadline. |
| November 18, 2024 | **PRETRIAL MOTIONS & DISPOSITIVE MOTIONS DEADLINE**<br>No motion may be filed after this date except for good cause. |
| December 18, 2024 | **DISPOSITIVE MOTION RESPONSE DEADLINE** |
| January 31, 2025 | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| February 7, 2025 | **DOCKET CALL**<br>Docket Call will be held at 10:00 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.] |

Any party wishing to make any discovery motions should arrange for a premotion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on July 23, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge