UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 4:23-cv-02823 |
| | § | |
| v. | § | Jury Demand |
| | § | |
| Universal Protection Service, LP | § | |
| d/b/a Allied Universal | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL FOR PLAINTIFF TWANA AHMED

Attorney David L. Wiley files his notice of appearance as additional counsel for Plaintiff Twana Ahmed. He is admitted to practice in the United States District Court for the Southern District of Texas.

Respectfully submitted,

*/s/ David L. Wiley*
Amanda Hernandez
Attorney-in-Charge
Texas State Bar No. 24064411
Southern District Bar No. 1531045
amanda@ahfirm.com

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

Amy E. Gibson
Of Counsel
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

*Attorneys for Twana Ahmed*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on September 9, 2024, he filed his *Notice of Appearance as Additional Counsel for Plaintiff Twana Ahmed* with the United States District Court for the Southern District of Texas through the CM/ECF system, such that Defendant should be served with a copy of the filed document as follows:

**Via CM/ECF System**
Ms. Kelly Eisenlohr-Moul
keisenlohr-moul@martensonlaw.com

Mr. Nathan A. Shine
nshine@martensonlaw.com

Ms. Jennifer L. Pope
jpope@martensonlaw.com

Martenson, Hasbrouck & Simon LLP
500 Davis Street, Suite 1003
Evanston, Illinois 60201

*Attorneys for Universal Protection Service, LP*

                                          */s/ David L. Wiley*
                                          David L. Wiley