United States District Court
Southern District of Texas
**ENTERED**
October 23, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge Lee H. Rosenthal |
| | : | |
| UNIVERSAL PROTECTION SERVICE, | : | |
| LP d/b/a ALLIED UNIVERSAL | : | |
| SECURITY SERVICES, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

On Defendant's request for a pre-motion conference regarding its Motion to Strike Plaintiff's Jury Demand, the Court being advised of the premises, and consistent with Local Rule 7 and by agreement of the parties, enters the following briefing schedule, on or before:

October 28, 2024     **DEFENDANT TO FILE ITS MOTION**

November 18, 2024     **PLAINTIFF'S RESPONSE DUE**

November 25, 2024     **DEFENDANT'S REPLY DUE**

SIGNED on _October 21_, 2024, at Houston, Texas.

Lee H. Rosenthal
United States District Judge