IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 28 2024

Nathan Ochsner, Clerk of Court

## Alternative Dispute Resolution Summary

Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.

1. Civil Action number: 4:23-CV-02823

2. Style of case: TWANA AHMED vs UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY

3. Nature of suit: EMPLOYMENT.

4. Method of ADR used:   **X Mediation**      ☐Mini-Trial      ☐ Summary Jury Trial

5. Date ADR session was held: 10/21/24

6. Outcome of ADR (*Select one*):
   ☐ Parties did not use my services.             ☐ Settled, in part, as result of ADR
   ☐ Settled as a result of ADR.                  ☒ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $3500.00

8. Duration of ADR: Full Day  (i.e., one day, two hours)

9. Please list persons in attendance (including party association) i.e., defendant, plaintiff):
   (Provider)

   TWANA AHMED – PLAINTIFF
   AMANDA HERNANDEZ, ESQ. – PLTF ATTY
   BRIAN O'CONNER – VP OF EMPLOYMENT PRACTICES FOR ALLIED UNIVERSAL
   NATHAN SHINE, ESQ., DEFT ATTY
   KATHY FRAGNOLI- MEDIATOR

10. Provider information:

/S/Kathy Fragnoli                                   October 21, 2024
Signature                                           Date

6333 East Mockingbird Lane, Dallas, TX 75214        (214)528-1411
Address                                             Telephone

Honorable Lee Rosenthal
U.S. District Court
601 Rosenberg, Rm 411
Galveston, TX 77550

77550-173811

NORTH TEXAS TX P&DC
DALLAS TX 750
22 OCT 2024 PM 4 L

As in past elections,
US
If yo
plea to vote by mail,
usa forever