# EXHIBIT A

**SP New Hire - National**

I would like to welcome you to the Allied Universal team - we are excited to have you on board!

Below is a checklist of items that will help orient you to the Company. Some of the documents must be reviewed, electronically signed and will become part of your employment record. Other items are provided to you for your reference and information only.

A. This Welcome Letter & Checklist
B. Payroll Information Memo and Direct Deposit/Cash Pay Forms
C. Job Offer Acknowledgement (complete highlighted sections)
D. W-4 Federal Withholding Tax Form
E. Employment Agreement
F. Arbitration Agreement
G. Emergency Contact Form
H. Harassment and Discrimination Policy Acknowledgement form
I. Drug-Free Workplace Acknowledgement
J. Customer Claim Waiver & Release Form
K. Code of Ethics/Business Conduct Guidelines Acknowledgement
L. Acknowledgement of Safety Policies
M. Acknowledgement of Benefits
N. Acknowledgement Regarding e-Hub Mobile
O. Receipt of Handbook Form
P. Voluntary Self-Identification Forms - Race, Disability and Veteran Status
Q. State Withholding Tax Form (if applicable)
R. Use of Force Policy Acknowledgement
S. Time Record Policy Acknowledgement

In addition to the forms listed above that need to be returned to us, you are being provided with the following documents that are for your reference only and can be accessed via https://ehub.aus.com/:

- Allied Universal Mission & Culture Brochure
- Employee Handbook
- Payroll Calendar & Pay Card Brochures
- Attendance/Absence Reporting Policy
- Code of Ethics & Business Conduct Guidelines
- FMLA - Employee Rights
- Employee Hotline Reporting Brochure
- Employee Assistance Program Brochure
- Harassment and Discrimination Brochure and Policy
- Safety Policies
- Verification of Income & Employment Document
- E-Hub Login Brochure

Additional Items Completed

- I-9/E-Verify
- The Background Release Forms (If Applicable)
- Drug Test

**Please sign here acknowledging that you have complete all of the new hire documents.**

> ☑ **Employee Signature** Twana Ahmed 12/15/2021 2:50 PM
> (checking the checkbox above is equivalent to a handwritten signature)
>
> We will review all of these forms with you during your orientation onboarding meeting. If you have questions before or after your onboarding meeting, please reach out to anyone on your branch management team or your Regional Human Resources Representative and we will be happy to assist you! Thank you, and welcome to the team!
>
> Sincerely,
>
> Human Resources

AUS 00046