# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION

 3   TWANA AHMED,                    :
                                     :
 4            Plaintiff,             :
                                     :
 5   VS.                             :   C.A. NO.  4:23-cv-02823
                                     :
 6   UNIVERSAL PROTECTION            :
     SERVICE, LP d/b/a               :
 7   ALLIED UNIVERSAL                :
     SECURITY SERVICES,              :
 8                                   :
              Defendant.             :
 9
     ***************************************************
10
              ORAL AND VIDEOTAPED DEPOSITION OF
11                      TWANA AHMED

12                  SEPTEMBER 19, 2024

13   ***************************************************

14

15            THE ORAL AND VIDEOTAPED DEPOSITION OF

16   TWANA AHMED, produced as a witness at the instance of

17   the Defendant, and duly sworn, was taken in the

18   above-styled and numbered cause on the 19th day of

19   September, 2024, from 9:45 a.m. to 6:58 p.m., before

20   Andrea L. Desormeaux, CSR in and for the State of

21   Texas, reported by machine shorthand, at the offices of

22   Vorys, Sater Seymour & Pease, 909 Fannin, Suite 2700,

23   Houston, Texas, pursuant to the Federal Rules of Civil

24   Procedure and the provisions stated on the record or

25   attached hereto.
```

```
1                    A P P E A R A N C E S

2

3   FOR THE PLAINTIFF:

4       Ms. Amanda C. Hernandez
        AH Law, PLLC
5       5618 Westheimer, Suite 1000
        Houston, Texas 77057
6       Phone: (713) 588-4359
        amanda@ahfirm.com
7

8   FOR THE DEFENDANT:

9       Mr. Nathan A. Shine
        Martenson Hasbrouck & Simon, LLP
10      500 Davis Street, Suite 1003
        Evanston, Illinois 60201
11      Phone: (224) 350-3123
        nshine@martensonlaw.com
12

13  THE VIDEOGRAPHER:

14      Mr. Bryan Birmingham
        Continental Legal Video Services
15      Two Riverway, Suite 750
        Houston, Texas 77056
16      Phone: (713) 522-5080

17

18

19

20

21

22

23

24

25
```

```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF TEXAS
 2                       HOUSTON DIVISION

 3    TWANA AHMED,                      :
                                        :
 4             Plaintiff,               :
                                        :
 5    VS.                               :    C.A. NO. 4:23-cv-02823
                                        :
 6    UNIVERSAL PROTECTION              :
      SERVICE, LP d/b/a                 :
 7    ALLIED UNIVERSAL                  :
      SECURITY SERVICES,                :
 8                                      :
               Defendant.               :
 9
                      REPORTER'S CERTIFICATION
10                   DEPOSITION OF TWANA AHMED
                    TAKEN ON SEPTEMBER 19, 2024
11
          I, ANDREA L. DESORMEAUX, Certified Shorthand
12    Reporter, hereby certify to the following:

13        That the witness, TWANA AHMED, was duly sworn by
      the officer and that the transcript of the oral
14    deposition is a true record of the testimony given by
      the witness;
15
          That the deposition transcript was submitted on
16    _____, _____, to the witness or to the
      attorney for the witness for examination, signature and
17    return to me by _____, _____;

18        That the amount of time used by each party at the
      deposition is as follows:
19
          Mr. Shine    - (06:53:50)
20        Ms. Hernandez - (00:46:07)

21        That pursuant to information given to the
      deposition officer at the time said testimony was
22    taken, the following includes counsel for all parties
      of record:
23
          Ms. Amanda C. Hernandez, attorney for Plaintiff.
24        Mr. Nathan A. Shine, attorney for Defendant.

25        I further certify that I am neither counsel for,
```

```
 1    related to, nor employed by any of the parties or
      attorneys in the action in which this proceeding was
 2    taken, and further that I am not financially or
      otherwise interested in the outcome of the action.

 3

 4        Certified to by me this _____ day of _____,
      _____.

 5

 6

 7
                      _____
 8                    ANDREA L. DESORMEAUX, TEXAS CSR NO. 4835
                      Expiration Date:  July 31, 2026
 9                    CONTINENTAL COURT REPORTERS, INC.
                      Firm Registration No. 61
10                    Expiration Date:  January 31, 2025
                      Two Riverway Building
11                    2 Riverway, Suite 750
                      Houston, Texas 77056
12                    (713) 522-5080

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 09:53:09 | 1 | A.    I don't remember that, no. |
| 09:53:17 | 2 | Q.    Twana, I just want to go through a couple of |
| 09:53:27 | 3 | background questions with you.  Can you please state |
| 09:53:30 | 4 | your full legal name for the record. |
| 09:53:33 | 5 | A.    Twana, first name.  Last name is Ahmed. |
| 09:53:37 | 6 | Q.    Do you have a middle name? |
| 09:53:38 | 7 | A.    Don't use one.  Don't have one. |
| 09:53:40 | 8 | Q.    And it's my understanding that you speak |
| 09:53:42 | 9 | multiple languages; is that correct? |
| 09:53:43 | 10 | A.    That's correct. |
| 09:53:44 | 11 | Q.    How many languages do you speak? |
| 09:53:47 | 12 | A.    Kurdish, Arabic, English. |
| 09:53:47 | 13 | THE REPORTER:  Can you speak up for me? |
| 09:53:48 | 14 | A.    Like four languages.  Four or three languages. |
| 09:53:52 | 15 | Q.    And what languages are those? |
| 09:53:54 | 16 | A.    English, Kurdish, and Arabic. |
| 09:54:00 | 17 | Q.    I'm sorry.  English and what was the middle |
| 09:54:02 | 18 | one? |
| 09:54:02 | 19 | A.    Kurdish and Arabic. |
| 09:54:03 | 20 | Q.    Okay.  And what's your fluency level with |
| 09:54:06 | 21 | English? |
| 09:54:07 | 22 | A.    I speak English well but it's not my mother |
| 09:54:10 | 23 | language. |
| 09:54:10 | 24 | Q.    Okay. |
| 09:54:12 | 25 | A.    There's things I might understand and there's |

| | | |
|---|---|---|
| 11:05:35 | 1 | A.    Tall, short hair, young black lady. |
| 11:05:38 | 2 | Q.    And is -- did you complete this form? |
| 11:05:52 | 3 | A.    Yes.  The checkmark, I see it. |
| 11:06:04 | 4 | Q.    And what's after the checkmark?  Or |
| 11:06:09 | 5 | underneath, I should say, the checkmark. |
| 11:06:11 | 6 | A.    My name.  12/15/2021 -- 2021, 2:48. |
| 11:06:21 | 7 | Q.    I'm sorry.  What was the last part? |
| 11:06:24 | 8 | A.    2:48 p.m. |
| 11:06:28 | 9 | Q.    And finally, can you please flip to AUS 71. |
| 11:06:49 | 10 | A.    Yes. |
| 11:06:50 | 11 | Q.    And at the top of the page, it says, |
| 11:06:52 | 12 | "Arbitration Policy and Agreement."  Did I read that |
| 11:06:56 | 13 | correctly? |
| 11:06:59 | 14 | A.    Yes. |
| 11:07:00 | 15 | Q.    This policy covers a couple of pages.  If you |
| 11:07:04 | 16 | flip to AUS 77. |
| 11:07:16 | 17 | A.    I see that. |
| 11:07:16 | 18 | Q.    Did you complete this form? |
| 11:07:17 | 19 | A.    It looks like I checked it, yes. |
| 11:07:20 | 20 | Q.    And what's next to the checkmark? |
| 11:07:21 | 21 | A.    My name, day and -- month and day and year and |
| 11:07:28 | 22 | time. |
| 11:07:28 | 23 | Q.    And what date and time is listed? |
| 11:07:30 | 24 | A.    12/15/21 -- 2021, 2:35 p.m. |
| 11:07:38 | 25 | Q.    I know we only reviewed a few of these forms, |

11:10:00 1      Q.   (By Mr. Shine)  I'm handing you a copy of

11:10:02 2    Allied's policy for detention and legal arrest as it's

11:10:07 3    contained within its employee handbook.  Have you seen

11:10:12 4    this or read this policy before?

11:10:14 5      A.   I might but don't remember exactly.

11:10:20 6      Q.   Twana, why would you sign and acknowledge that

11:10:27 7    you had received the handbook if you didn't intend to

11:10:30 8    read it?

11:10:31 9      A.   Because when they give us something, they

11:10:36 10   don't give us the opportunity to review the form

11:10:38 11   because they want us to be done with it fast as we

11:10:41 12   could.  Like basically just check, check, hit next,

11:10:50 13   check, hit next, check, hit next, check, hit next.

11:10:53 14     Q.   But would you agree with me that you testified

11:10:56 15   you had to enter information like your checking

11:10:59 16   account, your emergency contact information, your tax

11:11:05 17   withholding information?  So you did actually have to

11:11:07 18   do some additional work, right?

11:11:09 19     A.   The -- when it comes to that, yeah.  We had to

11:11:12 20   fill up the bank account informations because that's

11:11:19 21   how I get my pay.

11:11:20 22     Q.   So is it -- do you think that the policies

11:11:29 23   don't apply to you because you didn't read them?

11:11:31 24     A.   No.  The policy applies to everybody when you

11:11:35 25   are employed by the company.

| | | |
|---|---|---|
| 05:07:10 | 1 | A.    In the US, no.  Like, I graduated high school |
| 05:07:15 | 2 | not over here. |
| 05:07:16 | 3 | Q.    Where did you graduate high school? |
| 05:07:17 | 4 | A.    Overseas. |
| 05:07:18 | 5 | Q.    And where is overseas? |
| 05:07:20 | 6 | A.    Iraq. |
| 05:07:21 | 7 | Q.    What year did you come to the United States? |
| 05:07:31 | 8 | A.    2012, 2011.  Somewhere around there. |
| 05:07:38 | 9 | Q.    What made you decide to -- did you move to the |
| 05:07:41 | 10 | United States at that point? |
| 05:07:45 | 11 | MS. HERNANDEZ:  Objection.  I'm going to |
| 05:07:47 | 12 | have to instruct the witness not to answer on the |
| 05:07:50 | 13 | grounds that there's a privacy and safety issue that |
| 05:07:54 | 14 | would put his life in danger. |
| 05:08:00 | 15 | MR. SHINE:  Can we go off the record, |
| 05:08:02 | 16 | please? |
| 05:08:03 | 17 | THE VIDEOGRAPHER:  Off the record at |
| 05:08:06 | 18 | 5:07. |
| 05:09:00 | 19 | (Off the record 5:07 p.m. to 5:09 p.m.) |
| 05:09:04 | 20 | THE VIDEOGRAPHER:  Back on the record at |
| 05:09:24 | 21 | 5:09. |
| 05:09:26 | 22 | Q.    (By Mr. Shine)  Twana, based on my |
| 05:09:28 | 23 | conversation with counsel off the record, we're going |
| 05:09:31 | 24 | to move on from the last question, so you do not need |
| 05:09:33 | 25 | to answer that. |

Twana Ahmed - September 19, 2024                    263

05:09:34   1        A.   Thank you.

05:09:34   2        Q.   Other than high school, have you pursued any

05:09:37   3   further education?  Like, did you go to college or get

05:09:44   4   any other degree?

05:09:45   5        A.   I got a degree, certification, if you call

05:09:47   6   them degrees.  Like, for example, the security

05:09:50   7   certifications for the commissioned officer, like, be

05:09:54   8   armed.  And certification for noncommissioned officer,

05:09:57   9   that's the unarmed license for -- certified license for

05:10:06  10   forklift, if you want to call that a certification.

05:10:08  11        Q.   Okay.

05:10:09  12        A.   I'm licensed at CPR.  Would you call that a

05:10:20  13   license?

05:10:20  14        Q.   Sure.

05:10:20  15        A.   I have that too, CPR license.

05:10:23  16        Q.   Okay.  Any other additional schooling, like at

05:10:28  17   a university or a college that you attended?

05:10:31  18        A.   I can't recall, no.

05:10:36  19        Q.   And it's my understanding that you may have

05:10:41  20   served in the US military; is that correct?

05:10:44  21        A.   I have some experience, yes.  Some

05:10:52  22   affiliation -- affiliation to the military, yes.

05:10:54  23        Q.   When you say "affiliation to the military," is

05:10:57  24   it the US military?

05:10:59  25        A.   Yes.

05:10:59  1        Q.    And which branch?

05:11:00  2        A.    Multiple different branches.

05:11:03  3        Q.    Okay.  Including which branches?

05:11:05  4        A.    Army and Marine Corps.

05:11:13  5        Q.    What did you do in the Army?

05:11:15  6        A.    Did for the Army?  I did linguistic and things

05:11:25  7    like that.

05:11:26  8        Q.    And what did you do with the Marine Corps?

05:11:28  9        A.    Same thing.

05:11:29 10        Q.    Were you assigned -- were you considered sort

05:11:31 11    of active duty in those roles?

05:11:34 12        A.    I don't know if you want to call them active

05:11:36 13    duty or not.  It was translation job.  I don't know

05:11:42 14    what you mean by, like, active duty.

05:11:43 15        Q.    Sure.  Did you work as a civilian translator

05:11:47 16    for the Army and the Marine Corps, or were you an

05:11:52 17    enlisted member?

05:11:53 18        A.    I was -- with both of them at the time was --

05:11:58 19    I had a uniform but it was civilian, I believe.

05:12:02 20        Q.    Okay.  And when did you work for the Army?

05:12:07 21        A.    A long time ago.  And the Marine Corps was a

05:12:12 22    long time ago.

05:12:13 23        Q.    When you say "a long time ago," was that five

05:12:16 24    years ago?

05:12:17 25        A.    Oh, more than that.