# EXHIBIT 6

# ALLIEDUNIVERSAL®
*There for you.*

# EMPLOYEE HANDBOOK
# SECURITY PROFESSIONALS

## National - All U.S. Locations

AUS 00081

# Company Provided Training

Allied Universal® is committed to providing a wide variety of training programs and opportunities to our Security Professionals to help you succeed in your current role, prepare you for assuming new roles if desired, help you to meet customer needs and expectations, and help you maintain guard licensing certifications that may be required. The EDGE [Educate, Develop, Grow and Engage] is our proprietary learning management system. This site provides Allied Universal employees with on-demand access through eLearning modules, virtual instructor-led training sessions, live webinars and much more, each designed to prepare our employees for future responsibilities and career opportunities. Additional training may be provided in more traditional methods, such as on the job training, classroom environments and training booklets.

Some states require specific amounts and types of training be provided to Security Professionals before they may begin working. Training requirements vary from site to site. In addition, some posts require a training shift prior to assignment to the post, or may require a specific amount of on-the-job training. The method and duration of any required training will be discussed when you receive your assignment.

For every training program offered at Allied Universal, we designate whether the training topic is "mandatory" or "voluntary". Mandatory training is primarily conducted at the job site during your working hours, and in all cases, the time spent taking mandatory training is paid time. This required training may be paid at a rate different than your normal pay rate, known as a "training rate". Any training that is designated as voluntary may be taken on your own time and is unpaid unless otherwise specified.

If you have any additional questions about our training programs, or if you feel that you need additional training, call your Branch office and let us know of your concerns.



AUS 00097

## Our Philosophy

We believe it is important for you to know and understand what the company expects from you, so that you can perform to your best ability. This section will explain important items such as our rules of conduct and performance expectations. If you are ever uncertain on any of the topics covered in this section, or have other questions regarding the company's expectations, you should contact your Supervisor or any member of Human Resources team for assistance.

AUS 00101

# While on Duty - Standards of Conduct

Whenever people gather together to achieve goals, some rules of conduct are needed to help everyone work together. By accepting employment with us, you have a responsibility to adhere to certain rules of behavior and to conduct yourself professionally. Generally speaking, we expect each person to act in a mature and responsible way at all times. These standards apply while on company business, company or customer premises, and when working with company or customer property, employees and the public.

# Responsibilities of an Allied Universal® Security Professional

Although not comprehensive, the following are some of the responsibilities of a Security Professional:

**1.** Your primary duty as a Security Professional is to:

- **DETER**: to serve as a general security presence and visible deterrent by continually performing your duties in an alert, professional manner.

- **DETECT**: suspicious activities.

- **OBSERVE**: criminal acts or rule infractions at or near your post which may be a threat to the facility, the customer or employees at your work site.

- **REPORT:** all incidents, accidents or medical emergencies to the appropriate persons, including your Supervisor, in a timely manner.

**2.** Obtain and continuously maintain any state or local licensing required to perform private security officer duties in your geographic location. It is your responsibility to know the requirements, to take any tests or obtain any certifications required, to complete any process to renew a required license, and to immediately notify the company if your required security guard license is suspended, revoked, expired or attains any other status that would prevent you from lawfully performing private security guard duties in the jurisdiction to which you are assigned.

**3.** If you change your address during your employment, you are required to notify in writing both the company and any applicable private security guard licensing agency in the jurisdiction to which you are assigned of your new address within 15 days of such change (or sooner as may be required by any licensing agency).

**4.** Allied Universal has both armed and unarmed security accounts to which we provide security services. You will be notified upon assignment to an account whether your assignment is armed or unarmed. You may not carry or use a firearm or any other type of weapon (such as pepper spray, mace, batons, handcuffs, etc.) at any time while on company or customer property (including in parking lots and company vehicles), while on company time, or while in your Allied Universal uniform unless you are specifically currently assigned to an armed account and are assigned to carry such weapon(s), and then you may do so only while travelling to, performing work at, or travelling from such an assigned account, except where this rule may conflict with state or local laws, which will take precedence.

AUS 00106

**5.** Look sharp and maintain a professional appearance by wearing a clean uniform and being well groomed at all times in accordance with company policy.

**6.** Strive for continuous improvement in performance by seeking training and educational opportunities that will enhance your ability to perform your security duties.

**7.** Take orders and follow through with them accordingly, in a pleasant and respectful manner. Similarly, always act in a courteous, professional and dignified manner with customers and the general public with whom you come into contact.

**8.** Know the Post Orders and consult any site specific operations/procedures manual for your assigned location and be completely familiar with your job requirements. Ask questions of your Supervisor or branch personnel if you are unfamiliar with or uncertain about any aspect of your duties.

**9.** Be mentally alert and prepared at all times – study the post where you are assigned and observe everything within sight and sound. Accurately document all observations in your Daily Activity Report as specified by your specific account.

**10.** Act quickly and safely to take corrective action, especially in an emergency, following the protocol as outlined in your site Post Orders. However, at no time should you risk your own personal safety or that of others in taking any form of corrective or emergency action. Know the location of and be able to quickly access a list of emergency numbers at your post.  If an emergency occurs that is not covered by the Post Orders or instructions, call your Supervisor, Field Supervisor or after-hours call center.

**11.** Become familiar with and be able to handle all protective equipment appropriately, such as fire extinguishers, sprinkler systems, etc., applicable at your post for which you have received proper training. If you have not been properly trained in any equipment at your work location, seek clarification as to whether you are authorized to use such equipment before doing so.

**12.** Remain at your post until properly relieved and pass on all orders as instructed to your relief officer. Note that the company expects written pass-down exchanges to occur in such a manner that does not require either the relieving or the replacement Security Professional to work beyond their normally scheduled shift. However, if for any reason any Security Professional performs work beyond the scheduled start or end time of the shift, they are required to document such ACTUAL time worked on the timesheet – Allied Universal does not permit any employee to perform work "off the clock" and requires employees to document all actual time worked.

AUS 00107

# Personal Appearance

You are expected to display a professional appearance at all times and to maintain the company standard of presenting a clean, polished image to everyone with whom you come into contact. You are expected to be in your proper uniform and well-groomed at all times while on duty.

Your appearance will help determine the level of respect you command, and the public's impression of Allied Universal®. The following minimum standards are, therefore, mandatory. Specific customer requirements that may differ from the company standards will be communicated when you are assigned to such a post. Exceptions to these standards may be authorized for reasons such as religious beliefs, medical necessity or disability. If you would like to request an exception or would like additional information on this topic, please contact your Human Resources Representative.

## Hair

- Must be neatly cut, groomed, or natural.

- Long hair should be combed away from the face and secured for your safety. Any hair accessory must be conservative and complementary to the uniform.

- Hair dying, bleaching, or tinting must be in a color that is natural for any person (hair does not need to be in your natural color, but cannot – for example – be blue, green, purple, etc.). Extremes in dying, bleaching, or tinting are not permitted.

- The Company does not discriminate against employees based on hair styles or textures historically associated with race, religion or any other legally-protected class.

## Facial Hair

- Sideburns must be neatly trimmed and cannot extend past the bottom of the earlobe.

- Where mustaches and/or beards may be permitted under customer standards, such facial hair must be neatly trimmed and conform to the contours of the face. Exceptions may be made for medical or religious reasons as a reasonable accommodation.

AUS 00141

## Equal Opportunity Employer

Allied Universal® is an equal opportunity employer and complies with all federal, state and local laws prohibiting discrimination on the basis of race, religious creed, color, national origin, religion, sex (including gender, sexual orientation, gender identity and gender expression), age, ancestry, physical disability (including AIDS and HIV), mental disability, medical condition, marital status, registered domestic partner status, genetic characteristics or genetic information, pregnancy or childbirth, political activities or affiliations, citizenship status (except as may be required by law), or military or veteran status, or any other category protected  by law. Physical and mental disability includes conditions that are disabling, potentially disabling, or perceived as disabling.

We do not discriminate against employees or applicants for employment on any basis prohibited by law, and we forbid discrimination and harassment, including sexual or any other types of unlawful discrimination or harassment. This policy applies to all Allied Universal employment terms and conditions including, but not limited to, recruitment, hiring, compensation, training/apprenticeship, promotion, upgrading, demotion, downgrading, transfer, layoff or termination. All decisions regarding conditions of employment will be based on the individual's overall qualifications and his or her ability to meet the requirements of the position.

An employee with questions or concerns about any type of unlawful discrimination, harassment or retaliation in the workplace should bring these issues to the attention of any Human Resource Representative, or may report such concerns via our Complaint Hotline (refer to "Concern Resolution Procedure and Employee Reporting Hotline" in this handbook). Employees may raise concerns, report problems, or make complaints without fear of reprisal or retaliation. Anyone found to be engaging in any type of unlawful discrimination or harassment, or anyone who retaliates against any employee for making a good faith complaint of discrimination or harassment, will be subject to disciplinary action, up to and including termination of employment.

AUS 00159

# Freedom From Discrimination, Harassment (Including Sexual Harassment) and Hostile Work Environment

It is the policy of Allied Universal® to provide a workplace free of harassment of employees by other employees, Supervisors, Managers, customers, visitors, vendors or others doing business with or for the company, including harassment based on race, religious creed, color, national origin, religion, sex (including gender, sexual orientation, gender identity and gender expression), age, ancestry, physical disability (including AIDS and HIV), mental disability, medical condition, marital status, registered domestic partner status, genetic characteristics or genetic information, pregnancy or childbirth, political activities or affiliations, citizenship status (except as may be required by law), or military or veteran status, or any other category protected by law. Allied Universal considers such harassment an act of misconduct and may subject an individual to disciplinary action, up to and including immediate termination. All Supervisors and Managers are responsible for implementing and monitoring compliance with this policy.

Harassment is defined as unwelcome or unsolicited verbal, physical or sexual advances or conduct where submission is an explicit or implicit condition of employment, where submission or rejection of such conduct is used as the basis for making employment decisions, or verbal or physical conduct that has the purpose or effect of substantially interfering with an employee's job performance, or that creates an intimidating, hostile or offensive working environment.

Some examples of behavior that may be considered as harassment, depending upon the facts and circumstances, include but are not limited to the following:

- Verbal harassment: (e.g., derogatory or vulgar comments or jokes regarding race, sex, religion, ancestry or national origin, age, physical appearance or other legally-protected characteristic; threats of physical harm; distribution of written or graphic material having such effects).

- Physical harassment: (e.g., hitting, pushing, touching or other physical contact, or threats of such action; blocking or impeding movement).

- Sexual harassment: (e.g., unwelcome or unsolicited sexual advances, demands for sexual favors, touching or other verbal or physical conduct of a sexual nature; display of offensive material; leering; making sexual gestures).

This list is by no means comprehensive. As a general matter, employees should not engage in any conduct or behavior while on duty that is not work-related or may be offensive to others, whether intentionally or otherwise. Employees can avoid such situations by showing courtesy and respect to all.

AUS 00160

# Reporting Procedure

Employees who feel they may have been harassed are encouraged to tell the person harassing them to stop and attempt to resolve the matter directly, if possible and if the employee feels comfortable doing so. In addition, it is the employee's responsibility to promptly report any discriminatory or harassing conduct directly to Allied Universal® through the company's Concern Resolution Process as described in this handbook.

**Failure to report any discriminatory or harassing conduct through the Concern Resolution Procedures, including reporting incidents to any other supervisor or person besides those specifically identified in the Concern Resolution Procedures (such as a Field Supervisor or Account Manager) will not be considered adherence to this policy. You may be asked to put your specific complaints in writing.**

Any Supervisors (including Field Supervisors and Account Managers) who become aware of any discrimination or harassment, whether it involves employee-to-employee, Supervisor-to-employee, or vendor/customer-to-employee conduct, must promptly report the matter to their Regional Human Resources Director or Corporate Human Resources staff. If Supervisors observe such harassment, they must take immediate action to stop it, and then report it. Failure to do so may result in disciplinary action for the supervisor.

Allied Universal's trained human resources management and staff will conduct an impartial, fair, prompt, and thorough investigation of all instances of alleged discrimination or harassment, of which the company becomes aware, including complaints received through the Concern Resolution Procedure and/or Employee Reporting Hotline. The company will provide appropriate due process to all individuals involved and will reach reasonable conclusions based upon the evidence collected. The investigation will be conducted as promptly as possible, with appropriate documentation and tracking procedures to ensure that such investigations are completed timely. In all cases, appropriate action will be promptly taken if a violation of policy has occurred. To the extent it is determined that an Employee engaged in harassment or any other inappropriate conduct, such remedial action will include appropriate disciplinary action, up to and including termination of employment. To the extent possible, all complaints and related information will remain confidential except as to those individuals who need the information to investigate, evaluate or take action in response to the complaint.

You can access the hotline by calling: 1-888-260-5948 or you can report information through the following website: www.aus.ethicspoint.com

AUS 00161

## Policy Against Retaliation

There shall be no retaliation of any kind against a person who in good faith notifies the company of any unlawful discrimination or harassment or who participates in a workplace investigation. It is also a violation of our policy for employees to discourage each other from complaining about harassment or discrimination. Any employee (including a Manager or Supervisor) who is found to have violated the company's policy against retaliation will be subject to appropriate disciplinary action, including possible termination.

AUS 00162



# Reporting Procedure

All employees are responsible for helping to maintain a workplace free of harassment and bullying. It is the employee's responsibility to promptly report any complaint regarding discrimination or harassment allegations, or incidents of bullying through the company's Concern Resolution Procedure and/or Employee Reporting Hotline.

Any Supervisor or Manager who becomes aware of alleged incidents of bullying or harassment must immediately report such incidents or refer any complaints to Human Resources. The company strictly prohibits retaliation against any employee for reporting a problem, filing a complaint, bringing inappropriate conduct to the company's attention, or participating in an investigation or proceeding, and such behavior will not be tolerated.

AUS 00165

# Concern Resolution Procedure and Employee Reporting Hotline

It is the company's policy to provide employees with an opportunity to raise questions, solve problems, and communicate work-related complaints through a Concern Resolution Procedure. An employee should use this process to raise and resolve any problem or circumstance that prevents the employee from performing his or her job. In addition, an employee may use this process to raise issues of harassment, discrimination or unfair treatment on the job. Some examples of matters which may be raised through the Concern Resolution Process include but are not limited to: assignment of hours, fairness of disciplinary actions, harassment in the workplace, workplace bullying, inability to get along with co-workers, pay discrepancies, and workplace safety.

When problems arise, employees are expected to bring concerns to their Supervisors informally through a meeting or an on-the-job discussion. For example, if you desire a transfer to another position, your Supervisor may be the best person to help you.  In most cases, this should resolve the concern. If not resolved, or if you are not comfortable raising the issue with your Supervisor, the Concern Resolution Procedure provides that you take the matter to your Supervisor's Supervisor. If your concern remains unresolved or you are uncomfortable speaking with your Supervisors, you may:

**1.** Call our Incident Reporting Hotline 24/7 at 888-260-5948. Calls may be made anonymously if you prefer; however, providing your name will allow a more direct and personal investigation and response. The sole purpose of the Hotline is to get your concern to the appropriate person so that the issue can promptly be resolved.

**2.** Visit our Incident Reporting Hotline website at https://aus.ethicspoint.com.

**3.** Report your concerns directly to any member of your branch management team or Corporate Leadership Team – Regional President, Regional Vice President, Branch Manager, General Manager, Field Manager or Operations Manager. Complaint may also be made directly to the CEO of the company, Steve Jones, at 1551 N. Tustin Ave., #650, Santa Ana, CA 92705.

**4.** Contact any member of Corporate Human Resources or your local Human Resources team. Phone numbers for Human Resources representatives can be obtained through your local Branch office or you may ask for the appropriate name and number by contacting the Corporate Headquarters.

You may use any of the steps above in the Concern Resolution Procedure at any time if you:

- Do not feel comfortable contacting the designated Supervisor or the Human Resources Department;

- Do not feel your concern was appropriately addressed;

AUS 00166

- Do not have the contact information for the appropriate person;

- Have not received a response to your concern within a reasonable period of time.

If you feel that your concern has not been adequately addressed by the various avenues provided above, you may also call the Allied Universal EEO Compliance Office at (866) 464-2317.

No employee will be treated unfairly for using the Concern Resolution Process. Retaliation against an employee for using this process in good faith is a violation of company policy and any person (including Managers and Supervisors) doing so is subject to discipline, up to and including termination of employment.

AUS 00167

## Religious Accommodation

As part of its commitment to non-discrimination and consistent with applicable laws, including Title VII of the Civil Rights Act of 1964, Allied Universal® will provide reasonable accommodations for a job applicant or employee's religious beliefs or practices, unless doing so will cause undue hardship to the company. Such accommodations may include allowing time off for religious observances, adjusting the work schedule, or modifying other company practices or policies, such as grooming or uniform standards, depending upon the particular circumstances at issue.

If you need an accommodation for religious reasons, you should notify your Supervisor and/or your Human Resources Representative of the need for an accommodation and should specifically indicate that it is being requested due to a conflict between your religious beliefs and work. We may ask you to provide additional information regarding your requested accommodation so we can determine whether we can provide the accommodation or whether the accommodation would cause an undue hardship, taking into consideration factors such as the accommodation's cost, its effect on workplace safety or efficiency, and its effect on the rights and benefits of other employees. Additionally, if you have any questions about the accommodation process, please ask your Human Resources Representative.

Job applicants and employees who request a religious accommodation will not be subjected to unlawful retaliation.