# EXHIBIT 9

| Compliance Description | Due Date | Date Closed | Skipped | Failed | Score | Duration | Image File Path | Notes | User Added | External Code | System Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MVR - Annual | 12/16/2022 | 12/15/2021 | FALSE | FALSE | | | | | Yes | | catherine.barnes - 12/30/2021 1:25:05 AM - User added record. |
| Use Of Force Wallet Card | 02/14/2022 | 02/14/2022 | FALSE | FALSE | 900 | | | | No | | User 6985287 - Bergeron, Alexzander marked this as completed on 02-14-2022 via Checkpoint # 3300726 |
| Safety Orientation | 02/04/2022 | 02/04/2022 | FALSE | FALSE | 1,300 | | | | No | | User 9285758 - Hernandez, Nathan J marked this as completed on 02-04-2022 via Checkpoint # 3281666 |
| JSA Acknowledgement | 02/04/2022 | 02/04/2022 | FALSE | FALSE | 200 | | | | No | | User 9285758 - Hernandez, Nathan J marked this as completed on 02-04-2022 via Checkpoint # 3281658 |
| Driver Training Course | 01/20/2022 | 01/20/2022 | FALSE | FALSE | 95 | | | Added from EDGE on 01/23/2022 | No | 224417 | |
| S.T.O.P. Stair Safety Campaign | 01/14/2022 | 01/14/2022 | FALSE | FALSE | 100 | | | Added from EDGE on 01/15/2022 | No | 900624 | |
| HEB TMO I | 01/14/2022 | 01/14/2022 | FALSE | FALSE | | | | | Yes | | Samantha.Sanchez - 1/17/2022 12:26:33 PM - added record in Compliance Tracking By Employee screen. |
| ASHI - Online (Part 1) CPR/FA/AED All Ages | 01/14/2022 | 01/14/2022 | FALSE | FALSE | 100 | | | Added from EDGE on 01/15/2022 | No | 410737 | |
| OJT Post Certification | 01/13/2022 | 01/13/2022 | FALSE | FALSE | 2,500 | | | | No | | User 9191447 - hernandez, Martin marked this as completed on 01-13-2022 via Checkpoint # 3236678 |
| CPR/FA/AED - Biennial | 01/12/2022 | 01/12/2022 | FALSE | FALSE | 100 | | | Added from EDGE on 01/29/2022 | No | 455856 | |
| Driver Training Practical Applications | 12/22/2021 | 12/22/2021 | FALSE | FALSE | 2,000 | | | | No | | User 9191447 - hernandez, Martin marked this as completed on 12-22-2021 via Checkpoint # 3197613 |
| AUS - Media Management | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 80 | | | Added from EDGE on 12/18/2021 | No | 239323 | |
| DO NOT ENTER MANUALLY-Core Training Progra | 12/17/2021 | 12/17/2021 | FALSE | FALSE | | | | | No | | Added from Kit Codes Update |
| AUS - Bomb Threats | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 80 | | | Added from EDGE on 12/18/2021 | No | 239175 | |
| AUS - Video Surveillance | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 80 | | | Added from EDGE on 12/18/2021 | No | 239171 | |
| AUS - Indicators of Terrorist Surv | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 100 | | | Added from EDGE on 12/17/2021 | No | 239253 | |
| AUS - Emergency Management | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 80 | | | Added from EDGE on 12/17/2021 | No | 239114 | |
| AUS - Workplace Violence | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 100 | | | Added from EDGE on 12/17/2021 | No | 238989 | |
| AUS - Harassment | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 80 | | | Added from EDGE on 12/17/2021 | No | 238788 | |
| AUS - First Aid, CPR and AED Overview | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 80 | | | Added from EDGE on 12/17/2021 | No | 238719 | |
| AUS - Personal Safety | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 80 | | | Added from EDGE on 12/17/2021 | No | 238528 | |
| AUS - Introduction to Safety | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 80 | | | Added from EDGE on 12/17/2021 | No | 238345 | |
| AUS - Difficult People or Situations | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 100 | | | Added from EDGE on 12/17/2021 | No | 238164 | |
| AUS - Exceptional Customer Care | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 90 | | | Added from EDGE on 12/17/2021 | No | 238137 | |
| AUS - Appearance and Wellness | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 90 | | | Added from EDGE on 12/17/2021 | No | 237614 | |
| AUS - Post Orders | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 100 | | | Added from EDGE on 12/17/2021 | No | 239456 | |
| AUS - Liability and Loss | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 80 | | | Added from EDGE on 12/17/2021 | No | 239449 | |
| AUS - Patrol and Observation | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 90 | | | Added from EDGE on 12/17/2021 | No | 239396 | |
| AUS - Importance of Documentation | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 90 | | | Added from EDGE on 12/17/2021 | No | 239372 | |
| AUS - Legal Aspects of Private Sec | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 80 | | | Added from EDGE on 12/17/2021 | No | 239343 | |
| AUS - Introduction to Contract Sec | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 90 | | | Added from EDGE on 12/17/2021 | No | 236638 | |
| AUS - Note Taking and Report Writing | 12/17/2021 | 12/17/2021 | FALSE | FALSE | 100 | | | Added from EDGE on 12/17/2021 | No | 237879 | |
| SP - New Employee Orientation | 12/15/2021 | 12/15/2021 | FALSE | FALSE | 88 | | | | Yes | | catherine.barnes - 12/30/2021 1:22:21 AM - User added record. |
| Workers Comp Receipt | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | | catherine.barnes - 12/30/2021 1:23:05 AM - User added record. |
| Employee Handbook Receipt | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | | catherine.barnes - 12/30/2021 1:23:08 AM - User added record. |
| Code Of Ethics | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | | catherine.barnes - 12/30/2021 1:23:10 AM - User added record. |
| Social Media-Internet Policy Acknowledgment | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | | catherine.barnes - 12/30/2021 1:23:13 AM - User added record. |
| Criminal Background Check | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | | catherine.barnes - 12/30/2021 1:23:16 AM - User added record. |
| SSN Validation w/ Address | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | | catherine.barnes - 12/30/2021 1:23:18 AM - User added record. |
| National Criminal Database | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | | catherine.barnes - 12/30/2021 1:23:21 AM - User added record. |
| Sexual Offenders Search | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | | catherine.barnes - 12/30/2021 1:23:24 AM - User added record. |
| Drug Test-10 Panel | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | | catherine.barnes - 12/30/2021 1:23:30 AM - User added record. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| OFAC | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | catherine.barnes - 12/30/2021 1:23:36 AM - User added record. |
| eHub Mobile Notifications Acknowledgement | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | catherine.barnes - 12/30/2021 1:23:38 AM - User added record. |
| Discrimination & Harrassment Training | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | catherine.barnes - 12/30/2021 1:23:41 AM - User added record. |
| I-9 Compliance | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | catherine.barnes - 12/30/2021 1:23:43 AM - User added record. |
| Texas Licensing - Level II Training | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | catherine.barnes - 12/30/2021 1:23:45 AM - User added record. |
| Pandemic/COVID19 Acknowledgement Form | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | catherine.barnes - 12/30/2021 1:23:48 AM - User added record. |
| Use Of Force Wallet Card | 12/15/2021 | 12/15/2021 | FALSE | FALSE | | | | | Yes | catherine.barnes - 12/30/2021 1:23:51 AM - User added record. |