# EXHIBIT :

# USE OF FORCE POLICY ACKNOWLEDGEMENT

Less-Than Deadly Force. It is Allied Universal's policy that employees shall not use physical force against persons unless the employee reasonably believes that such force to be necessary to protect the employee or another individual from imminent bodily harm. The extent of force employed must not exceed the minimum amount of force necessary to counter the threat, and may be employed only for as long as the threat persists.

Allied Universal considers any time an employee physically touches another person to achieve a desired level of compliance to be a use of force. This includes any time an officer uses his hands, body, defensive tactics or equipment, less lethal weapons, or firearms in the course of their duties which requires reporting and notification as outlined in the Use of Force and Reporting Policy.

Deadly Force. Deadly force may be used only when the officer has a reasonable belief that the subject of such force poses an imminent danger of death or serious physical injury to the officer or to another person, and the use of lesser force is not possible or would not extinguish the threat.

If feasible and if to do so would not increase the danger to the officer or others, a verbal warning to submit to the authority of the officer shall be given prior to the use of deadly force.

When the decision is made to use force, an armed security officer may continue its application only until the subject surrenders or otherwise no longer poses an imminent danger to the officer or to others.

When force is used against a person it must cease when the resistance or threat is overcome. Allied Universal security officers must be mindful that the purpose of force is to overcome aggression or threats and only to protect the lives of the officer or other persons. The application of force for any other purpose is not justified.

Allied Universal security officers will exercise only that level of force necessary to de-escalate an incident and safely achieve control. As indicated by the Use of Force Continuum in the Use of Force and Reporting Policy (which is available on the EDGE and eHub), whenever feasible, verbal commands should be given before resort to physical compliance techniques or the use of O.C. spray, a baton, or stun device or other defensive tactics tool. The level of force necessary to safely achieve control will logically be proportionate with the level of resistance confronted.

Allied Universal security officers must be mindful that in all circumstances, disengagement in favor of calling law enforcement authorities is the proper choice provided doing so does not endanger the safety of the officer or other individuals.

**☑ Signature**

Twana Ahmed 12/15/2021 3:04 PM

(checking the checkbox above is equivalent to a handwritten signature)

**SP New Hire - National**

I would like to welcome you to the Allied Universal team - we are excited to have you on board!

Below is a checklist of items that will help orient you to the Company. Some of the documents must be reviewed, electronically signed and will become part of your employment record. Other items are provided to you for your reference and information only.

- A. This Welcome Letter & Checklist
- B. Payroll Information Memo and Direct Deposit/Cash Pay Forms
- C. Job Offer Acknowledgement (complete highlighted sections)
- D. W-4 Federal Withholding Tax Form
- E. Employment Agreement
- F. Arbitration Agreement
- G. Emergency Contact Form
- H. Harassment and Discrimination Policy Acknowledgement form
- I. Drug-Free Workplace Acknowledgement
- J. Customer Claim Waiver & Release Form
- K. Code of Ethics/Business Conduct Guidelines Acknowledgement
- L. Acknowledgement of Safety Policies
- M. Acknowledgement of Benefits
- N. Acknowledgement Regarding e-Hub Mobile
- O. Receipt of Handbook Form
- P. Voluntary Self-Identification Forms - Race, Disability and Veteran Status
- Q. State Withholding Tax Form (if applicable)
- R. Use of Force Policy Acknowledgement
- S. Time Record Policy Acknowledgement

In addition to the forms listed above that need to be returned to us, you are being provided with the following documents that are for your reference only and can be accessed via https://ehub.aus.com/:

- Allied Universal Mission & Culture Brochure
- Employee Handbook
- Payroll Calendar & Pay Card Brochures
- Attendance/Absence Reporting Policy
- Code of Ethics & Business Conduct Guidelines
- FMLA - Employee Rights
- Employee Hotline Reporting Brochure
- Employee Assistance Program Brochure
- Harassment and Discrimination Brochure and Policy
- Safety Policies
- Verification of Income & Employment Document
- E-Hub Login Brochure

Additional Items Completed

- I-9/E-Verify
- The Background Release Forms (If Applicable)
- Drug Test

**Please sign here acknowledging that you have complete all of the new hire documents.**

AUS 00045

☑ **Employee Signature** Twana Ahmed 12/15/2021 2:50 PM
(checking the checkbox above is equivalent to a handwritten signature)

We will review all of these forms with you during your orientation onboarding meeting. If you have questions before or after your onboarding meeting, please reach out to anyone on your branch management team or your Regional Human Resources Representative and we will be happy to assist you! Thank you, and welcome to the team!

Sincerely,

Human Resources

AUS 00046

## POLICY AGAINST HARASSMENT AND DISCRIMINATION

**2019 - Annual Reminder of Our Policy Against Unlawful Harassment, Discrimination and Retaliation**

It is important to me that our employees find Allied Universal a pleasant and enjoyable place to work. I hope that the time you spend on your job is not only challenging, but is also personally rewarding. One of the important ways we strive to ensure this is by strictly enforcing our policies against unlawful harassment, discrimination and retaliation. This is a critical policy within our organization – one that we share with you at the time you are hired, and we publish in numerous and ongoing ways throughout our organization. It is so important that I want to take a moment here to reiterate my expectations regarding how we treat one another, and our commitment to following up on all complaints we receive.

All employees have the right to work in an environment that is free from discrimination or unlawful harassment because of race, color, national origin, religion, sex (including sexual orientation, gender, gender identity and gender expression), age, ancestry, physical disability (including AIDS and HIV), mental disability, medical condition, marital status, registered domestic partner status, genetic characteristics or genetic information, pregnancy or childbirth, political activities or affiliations, citizenship status, or military or veteran status, or any other category protected by law. Unlawful harassment and discrimination is prohibited whether it comes from or is directed towards other employees, supervisors, managers, customers, vendors or anyone else in the workplace.

As a reminder, harassment or discrimination of any kind – whether it be physical, verbal, written or electronic – is not tolerated at Allied Universal. It is not acceptable, even in a "joking" manner, to talk about, or engage others in discussions about intimate, sexual or disparaging/discriminating topics, to inappropriately touch or threaten another person, or to retaliate against any employee who complains about harassment or discrimination. You may refer to your Employee Handbook for specific details and further examples of unacceptable activities at work. Anyone found to be engaging in such behavior will receive discipline, up to and including termination of employment.

If you believe you have been harassed, discriminated against or retaliated against for any reason, or you are aware of a situation involving such treatment, we expect you to do **one or more of the following immediately**:

- If you feel comfortable doing so, you should discuss the matter directly with the person you feel is causing the problem and attempt to resolve the matter.  Often, advising the person that their comments or actions are unwelcome will put a stop to it.
- If you are unable to address the matter directly with the individual(s) involved, or you've attempted this and the problem remains, you may report your concerns verbally or in writing to any member of your branch management team, anyone on the Corporate Leadership staff, any member of your Regional Human Resources team, any member of the Corporate Human Resources or Corporate Legal teams, or directly to me at 1551 N. Tustin Ave., #650, Santa Ana, CA 92705.
- You may make a report to our "Allied Universal Employees First" complaint hotline by calling 1-800-461-9330 or going to http://ausvoice.aus.com. Hotline and website reports may be made 24/7 and can be made anonymously if you wish.

We take complaints about harassment, discrimination and retaliation seriously, we will promptly investigate any complaint that is brought to the Company's attention, and we will take appropriate action based on the results of the investigation.

We all want to be proud of our Company. This policy has my full support, and I ask every Allied Universal employee to support it as well.

## POLICY

Allied Universal is committed to providing a work environment free from discrimination or harassment because of race, color, national origin, religion, sex (including sexual orientation, gender, gender identity and gender expression), age, ancestry, physical disability (including AIDS and HIV), mental disability, medical condition, marital status, registered domestic partner status, genetic characteristics or genetic information, pregnancy or childbirth, political activities or affiliations, citizenship status, or military or veteran status, or any other category protected by law . It is the policy of the Company to ensure that no employee or applicant for employment is discriminated against in recruitment, hiring, compensation, training/apprenticeship, promotion, upgrading, demotion, downgrading, transfer, layoff or termination because of any category protected by law. . All decisions regarding conditions of employment will be based on the individual's overall qualifications and his or her ability to meet the requirements of the position.

Employees with disabilities shall be provided with reasonable accommodation, except where such accommodation would cause the Company undue hardship. Allied Universal invites employees with disabilities who require accommodation to inform their manager or a member of the Human Resources team of such disability and any suggestions for possible accommodation. Further information about this process can be found in the Employee Handbook.

It is also the policy of Allied Universal to provide a workplace free of harassment of employees by other employees, supervisors, managers, customers, vendors or others doing business with or for the Company. Harassment is considered an act of misconduct and may subject an individual to disciplinary action, up to and including immediate termination. All supervisors and managers are responsible for implementing and monitoring compliance with this policy.

- Verbal harassment: (e.g., derogatory or vulgar comments or jokes regarding race, sex, religion, ancestry or national origin, age, physical appearance or other legally-protected characteristic; threats of physical harm; distribution of written or graphic material having such effects).

- Physical harassment: (e.g., hitting, pushing, touching or other physical contact, or threats of such action; blocking or impeding movement).

- Sexual harassment: (e.g., unwelcome or unsolicited sexual advances, demands for sexual favors, touching or other verbal or physical conduct of a sexual nature; display of offensive material; leering; making sexual gestures).

This list is by no means comprehensive. As a general matter, employees should not engage in any conduct or behavior that is offensive to others in the workplace, whether purposefully or otherwise, and is not in any way work-related. Employees can avoid such situations by showing courtesy and respect to all.

## REPORTING PROCEDURE

Employees who feel they may have been harassed should tell the person harassing them to stop and attempt to resolve the matter directly, if possible and if the employee feels comfortable doing so. In addition, it is the employee's responsibility to promptly report any discriminatory or harassing conduct directly to Allied Universal. There are **THREE WAYS** that harassment or discrimination complaints may be made to Allied Universal:

1. Call our Incident Reporting Hotline 24/7 at **800-461-9330**. Calls may be made anonymously if you prefer.

2. Visit our Incident Reporting Hotline website at http://employeesfirst.aus.com.

3. Report your concerns directly to any member of your branch management team or Corporate Leadership Team – Regional President, Regional Vice President, Branch or General Manager, Division or Client Manager, Operations Manager, Human Resources Coordinator, or your Regional Human Resources Director/Manager/Representative. Complaints may be made directly to any member of Corporate Human Resources or directly **in writing** to the CEO of the Company, Steve Jones, at 1551 N. Tustin Ave., #650, Santa Ana, CA 92705.

***Reporting incidents to any other person besides those listed above (such as a Field Supervisor or Account Manager) will not be considered adherence to this policy. You may be asked to put your specific complaints in writing.***

***Any*** supervisors (including Field Supervisors and Account Managers) who become aware of any discrimination or harassment, whether it involves employee-to-employee, supervisor-to-employee, or vendor/customer-to-employee conduct, must promptly report the matter to their Regional Human Resources Director or Corporate Human Resources staff. If supervisors observe such harassment, they must take immediate action to stop it, and then report it. Failure to do so may result in disciplinary action for the supervisor.

Allied Universal's trained human resources management and staff will conduct a prompt and thorough investigation of all instances of alleged discrimination and harassment, including complaints received through the above referenced reporting methods. To the extent possible, all complaints and related information will remain confidential except as to those individuals who need the information to investigate, evaluate or take action in response to the complaint. The Company will also take remedial or disciplinary action, as appropriate.

## PROHIBITION OF RETALIATION

There shall be no retaliation of any kind against a complainant who in good faith notifies the Company of any unlawful discrimination or harassment. It is also a violation of our policy for employees to discourage each other from complaining about harassment or discrimination. Any employee (including a manager or supervisor) who is found to have violated the Company's policy against retaliation will be subject to appropriate disciplinary action, including possible termination.

## ACKNOWLEDGEMENT OF HARASSMENT & DISCRIMINATION POLICY

- I hereby acknowledge that I have received a copy of the foregoing Allied Universal Policy Against Harassment and Discrimination and I agree to comply with all aspects of the policy including the reporting procedures.

- I will not create a hostile work environment, nor will I participate in any form of harassment or discrimination in the workplace. If I believe I have been harassed or discriminated against in the workplace or I have observed any harassment or discrimination in the workplace, I will immediately report the incident as listed above. If I am a supervisor or a manager, I understand that I am responsible for taking prompt and effective action as soon as I know or suspect harassment or discrimination is taking place, including reporting to my **Regional Human Resources Director, or any member of the Corporate Human Resources or Legal Team.**

- I understand that unlawful harassment and discrimination is not tolerated by the Company, is against the law, and that anyone who engages in such behavior may be subject to disciplinary action up to and including immediate termination of employment.

- I understand that nothing in this policy is intended to nor shall be interpreted as interfering with

employee activities protected by the National Labor Relations Act, including communication and protected concerted activities regarding wages, working conditions, and other terms and conditions of employment.

**Signature** Twana Ahmed 12/15/2021 2:49 PM
(checking the checkbox above is equivalent to a handwritten signature)

Employee Name                                      Branch Name
Twana Ahmed                                         Houston

AUS 00059

## EEO-1 DATA COLLECTION INFORMATION FORM

The purpose of this Voluntary Supplement is to comply with government record keeping, reporting and other legal requirements. Periodic reports are made to the government on the following information. However, the completion of this voluntary supplement is optional. In addition, your cooperation is voluntary and YOU DO NOT HAVE TO ANSWER THESE QUESTIONS TO BE CONSIDERED FOR EMPLOYMENT WITH THE ORGANIZATION.

If you choose to volunteer the requested information, please note that all Voluntary Supplement sheets are kept in a Confidential File and are not a part of your Application for Employment or personnel file. Inclusion or exclusion of any data will not affect your employment opportunities with this organization. Allied Universal is proud to be an Equal Opportunity Employer

M/F/D/V.

**1. Sex:** Male

**2. Do you consider yourself Hispanic or Latino?**

☐ Yes   ☑ No

**3. If you answered "NO" to Question #2 above, please indicate the Race or National Origin with which you most closely identify yourself.**

White (Not Hispanic or Latino)

**American Indian or Alaskan Native**
*A person having origins in any of the original peoples of North and South America (including Central America), and who maintain tribal affiliation or community attachment.*

**Asian**
*A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent, including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.*

**Native Hawaiian or other Pacific Islander**
*A person having origins in any of the peoples of Hawaii, Guam, Samoa, or other Pacific Islands.*

**Black or African American**
*A person having origins in any of the black racial groups of Africa.*

**White (not of Hispanic origin)**
*A person having origins in any of the original peoples of Europe, the Middle East, or North Africa.*

**Two or more races – not Hispanic or Latino**
*All persons who identify with more than one of the above five races.*

☑ **Signature** Twana Ahmed 12/15/2021 2:42 PM
(checking the checkbox above is equivalent to a handwritten signature)