# EXHIBIT 13

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge Lee H. Rosenthal |
| | : | |
| UNIVERSAL PROTECTION SERVICE, | : | |
| LP d/b/a ALLIED UNIVERSAL | : | |
| SECURITY SERVICES, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## <u>DECLARATION OF MARTIN HERNANDEZ</u>

I, Martin Hernandez, pursuant to 28 U.S.C. § 1746, state as follows:

1.      I am a Hispanic male, over the age of 18, have knowledge of the matters set forth herein, and could testify competently to them if called as a witness.

2.      I was employed by Universal Protection Service, LP d/b/a Allied Universal Security Services ("Allied Universal") continuously from September 10, 2020, through February 21, 2023. I was assigned through the Houston branch office until I voluntarily resigned. During my employment with Allied Universal, I worked as a Field Supervisor from February 2, 2020, through November 11, 2022, and was assigned to the H-E-B account. My direct supervisor at that time was Client Manager Patrick Freeney until he resigned in June 2022.

3.      I was required to be knowledgeable of Allied Universal's policies and procedures including the identification and reporting of employee relations complaints or other concerns. I have specific knowledge of Allied Universal's policies concerning the prevention of harassment, discrimination, and retaliation. I am familiar with the various reporting methods available to all

Docusign Envelope ID: D507C5C8-EC70-47FF-B9D6-F4EBABB0B639

employees including the employee hotline. I reported all known, perceived, or otherwise identified complaints of unfair or alleged unlawful conduct.

4.      I am also knowledgeable and familiar with Allied Universal's personal appearance and grooming standards. Employees are permitted to wear facial hair, including beards that are neat and trimmed. Allied Universal provides medical and religious accommodations to this policy. During my employment, I consistently wore facial hair without any accommodation, and at no point was I asked to shave it.

5.      The H-E-B account has its own post orders that outline and describe the general duties, expectations, and standard operational procedures of security professionals assigned to work at any of its site locations. I routinely trained new security professionals on these post orders. A true and correct copy of the H-E-B post orders effective as of November 26, 2021, is attached as **Exhibit A**.

6.      I trained Twana Ahmed on the H-E-B post orders and reviewed each expectation including situations involving a shoplifter and that facial hair, including beards, were permitted. I witnessed Mr. Ahmed write his initials for each training subject and his signature acknowledging he was trained on the expectations for the H-E-B account. A true and correct copy of the completed on-the-job training checklist Mr. Ahmed completed is attached as **Exhibit B**.

7.      As a Field Supervisor, I had regular opportunities to observe Mr. Ahmed while he was working, and he consistently wore a beard. I never requested that he shave his beard, nor did he complain to me that someone requested him to shave his beard.

8.      While Mr. Ahmed was employed with Allied Universal, I was not made aware of, nor did he ever mention to me, his race, ancestry, ethnicity, national origin, or that he practiced any specific religion. I never knew, nor did he mention that he is of Kurdish descent.

Docusign Envelope ID: 0507C5C8-EC70-47FF-B9D6-F4EBABB0B639

      I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and under the laws of the

United States of America, that the foregoing is true and correct, except as to matters stated to be

based on information and belief.

FURTHER DECLARANT SAYETH NOT.


      Executed on November $\underline{\phantom{xx}}^{18.00}$, 2024.

Signed by:

_____

Martin Hernandez

# EXHIBIT A
# to
# Declaration
# of Martin
# Hernandez



# *HOT SHEET*

## AUS SECURITY OFFICER POST ORDERS-

### INSTRUCTIONS

**SECURITY OBJECTIVE**

The primary Security Objective is to Proactively prevent criminal acts against customers, partners (employees) and vendors at H-E-B properties and Secondly to prevent criminal acts against the property and physical assets of H-E-B, its customers, partners and vendors.

**METHOD FOR ACHIEVING THE SECURITY OBJECTIVE**

Officers will patrol the parking lot with focus on high-risk areas to detect, assess and resolve suspicious activity and to respond to emergencies based on their training and SOPs.

**STORE MANAGER CHECK-IN SHEET (Upon Arrival to store)**
- Must sign in and out on physical sheet, located inside H-E-B store with MIC.
- Must contact MIC prior to starting shift for pass down information and introduction (if new MIC), KNOW THE NAME of your MIC/LP managers.   Establish working relationship

**PATROLLING**

*AS SOON AS YOU ARE LOGGED IN:* INSPECT YOUR MOBILITY DEVICE/EQUIPMENT!
- Make an entry in the DAR that your TRIKKE is in good condition, all lights work, and it functions normally. (same for cart/bicycle).
- Conduct an Initial patrol and take a SAFETY assessment of your post. (Safety items in plain view or common avenues of travel). Look carefully at changes that may have occurred since your last shift, document in your DAR that you: "Made first round of premise. NO SAFETY ISSUES NOTED (or note safety issues in DAR and JSA, and indicate which MIC you alerted to the safety issue).  My post appears secure.
- Starting random patrol (on foot or using a mobility device) of the entire exterior of H-E-B property, including behind the store.
- Find areas where you are HIGHLY VISIBLE to post up and observe AOR.  Insure you are looking up and assessing your surroundings as you make entries into your CyCop device.
- There is no patrolling done inside the store.  An officer will enter the store only when requested by MIC/LP, restroom and breaks/lunch.

**ADVERSARY'S METHODS OF OPERATION (**THIS IS WHAT YOU ARE LOOKING FOR**!)**
- Information Gathering before committing a crime
- Surveillance before committing a crime
- Robbery and/or assault of a customer
- Robbery of the store (or cash truck, pharmacy etc.)
- Robbing an HEB Partner moving cash from a gas station to a store.
- Stealing or breaking into a vehicle
- Stealing from a car while owner fills gas ("Sliders")
- Active shooter inside or outside the store
- Using an unattended IED against a person or persons on the HEB property

Page **1** of **7**



**SUSPICIOUS PEOPLE, OBJECTS AND SITUATIONS**
***"Suspicion" is any behavior, situation, person or object that leads you to believe that a criminal MO is about to occur.***
- Be aware and vigilant about any person, object or general station that is suspicious.
- Suspicious persons – approach the individual(s) and ask appropriate questions to confirm or refute suspicion based on answers.  Notify management of the encounter and create a DAR entry/incident report if it reaches that level.
- Suspicious package – Cordon off area and relay to customer to have a manager meet you in parking lot.  Ask Manager to contact Central Station from LANDLINE while you keep area clear of patrons; do not touch or move package or use CELL PHONE near package-

**EQUIPMENT AND UNIFORM**
Shirt – Clean, pressed and tucked in, UPS – issued.
Pants – clean, pressed, UPS issued held up with belt.
Shoes and Socks – black, no sneakers.  (Recommend black tactical boots)
Jacket – clean UPS – issued windbreaker or coat.
UPS ID card.
Flashlight.
Helmet – if driving a bike or Trikke.
Reflective Vest
Mobile Phone – Android based UPS – located on site.
Raincoats, beanies, gloves (depending on weather)
Caps (it's your responsibility to contact supervisor for replacement of worn-out uniform items)

**MOBILITY DEVICES (USE)**
- ○ Inspect your Trikke, bike or golf cart PRIOR to using it for patrol
- ○ Are batteries fully charged?   If not, put unit on charger, indicate this in your DAR and notify FTM.
- ○ Are there mechanical issues with your unit?  (Flat tire, brakes don't work, lights don't work, battery or chargers missing?  Helmet missing or in bad condition).  If so, notify your FTM immediately.
- ○ HAVE YOU BEEN TRAINED ON RIDING, storing, charging, inspection and care of assigned mobility device?
- ✓ ==Trikke== – demonstrates knows how to safely and effectively operate Trikke.
- ○ Watched the video on TRIKKE at office or on phone
- ✓ ==Bicycle== – demonstrates ability to safely and effectively ride bike.
- ○ Watched bicycle safety video at the office/ EDGE TRAINING
- ✓ ==Golf Cart== – demonstrates knows how to safely and effectively operate a Golf Cart.
- All mobility devices need to be operated with headlights on, at all times
- Trikke must be charged every shift.  Put on charger when taking break, or lunch.
- Turn the mobility device key into the H-E-B MIC at end of shift.
- Please report any/all deficiencies of mobility to your supervisor and on DAR

AUS 01037



**BREAKS**
- Notify the MIC before going on any break.  Also, note the break in the DAR.
- Officer is allowed a 30-minute lunch break (if the shift is 7 (seven) or more hours).  Officer permitted a 10-minute break (that is 10-15 minutes) for every 4 hours worked.  If officer is needed, break ends.  The officer self-schedules lunch break keeping in mind to avoid busy times of the day.
- Officer may not break first two hours of shift start, nor the last hour of assigned shift.  Officers MUST be AVAILABLE for calls as your breaks are "paid".
- <mark>Officer may not take any break inside of a vehicle OR in view of the General public</mark>
- Officer MAY NOT take breaks "off property".

**SHOPLIFTER**
- If you see a shoplifter running away from store, ***do not chase.***  You may safely follow only in order to note physical description details, direction headed, mode of travel and time.
- If shoplifter is identified inside store and there is no LP and if Management specifically requests assistance, the officer may assist but cannot restrain or physically touch the shoplifter.  The officer is only there as a uniformed presence.
- Once it is determined that the subject is going to be released (catch and release), escort the subject off property and return to patrol AOR.
- If PD is called, once they arrive, hand off to PD/LP and return to patrol.
    - NOTE:  use VIGILANCE and SITUATIONAL awareness when watching any subject for LP, no matter how minor the infraction.
    - ASK PD if your presence is needed any longer, then return to patrol.  Only stand by if PD requests it.
    - Once you finish with PD, complete a thorough patrol of your AOR prior to completing an IR/Heliaus entry.
- <mark>**Officer will in NO WAY Detain or handcuff *UNLESS* a customer or partner is being physically assaulted by a suspect.  IF HANDCUFFED- or physically detained, a USE OF FORCE must be completed by supervisor! NOTIFY SUPERVISOR IMMEDIATELY.**</mark>

**CIVIL DISTURBANCE** – Call 911 and then call MIC

**HOMELESS PERSON/panhandler**
- Approach and direct them off private property not permitted to loiter or solicit.
- If non-compliant please contact MIC or LP for further decision making (to call PD, etc.)
- Do an INCIDENT report, attempt to get photos of the panhandler for the report and Criminal Trespass if PD is called. (include case number and photos in IR)
-

**LOST CHILD**
- If you find a lost child, bring them immediately inside the store and contact the MIC.
- After you contact MIC please complete an incident report.

**CHILD ALONE IN CAR**

Revision: 11/26/2021 (MW)

AUS 01038



- In the event you identify a vehicle with a child alone in it and conditions <mark>ARE NOT</mark> life threatening: make note of the vehicle type, color and license, as well as any information about the child, condition and situation and then immediately contact the MIC/Loss Prevention Staff on duty.  Follow instructions of MIC (calling PD, etc.).
- In the event you identify a vehicle with a child alone in it and conditions are life threatening (severe heat or cold, child restrained, unconscious) CONTACT MIC and CONFIRM that they are calling 911 and attempting to reach the parent over the PA system.  Use whatever means necessary to force entry into vehicle to rescue child. COMMON SENSE dictates here, no more than 5 minutes should pass before you ACT. (More than 5 minutes = emergency!)
- COMPLETE INCIDENT REPORT IN CYCOP with as much information as possible and notify FIELD SUPERVISOR
- If dealing with confrontational customers, there is no "minimum" age limit for a child to be left alone in a car, do not argue with customer; use excellent customer service and contact MIC immediately.

**UNATTENDED ANIMAL IN VEHICLE**
- If the conditions could result in physical injury or death of animal, notify management with vehicle information and do INCIDENT REPORT.
- Report condition of Animal and advise if police should be called or not. (COMMON SENSE HERE)

**BONAFIDE EMERGENCIES:**
- EMERGENCY Crimes in progress or medical needs IMMEDIATELY NOTIFY MIC and have them call 911 (COMMON SENSE HERE FOLKS- IF IT'S A SERIOUS CRIME… CALL 911 FIRST! If it has not been called already), and RENDER ASSISTANCE.  AFTER RENDERING AID- Contact your supervisor for notification.
- For non-emergencies, contact the MIC. (Safety violations (i.e.; potholes, broken parking lot lights, etc.)
- If you cannot get an answer from MIC/LP or your FTM, or have further questions or are asked to call HEB's central station the number is (210) 938-8500

**TRAFFIC CONTROL**
- When a delivery or bank vehicle is stopped in a way that hinders traffic, officer needs to monitor traffic to maintain safety of drivers and pedestrians.
- Parking-Handicap/Fire Lane.  Please contact driver and politely request to move their vehicle to proper parking. **IF non-compliant contact MIC/LP.**

**TRAFFIC ACCIDENTS:**
- If you are called to Minor fender bender:
  - Approach and ask if everyone is OK!  (Call 9-1-1 and notify MIC if any injuries)
  - Notify MIC that you are out with a minor fender bender (location in lot) or with an accident with injuries.
  - Politely ask driver blocking traffic flow to move vehicle.
  - If PD is asked for, politely notify the drivers that PD might not respond, and will likely just have them exchange information as the accident occurred on private property.  If they demand PD, call PD, then notify a manager.
  - If you WITNESS the fender bender- complete an event report (NOT INCIDENT REPORT) and include photos and a clear, concise narrative of what you observed.

Revision: 11/26/2021 (MW)

AUS 01039



- If there are injuries and you witnessed the accident- Complete incident report, including the police case#, fire truck / Ambulance number, and what you did while the vehicle occupants were being cared for (directed traffic, etc.).
- Direct traffic around emergency vehicles, or around customer vehicles while they exchange information.
   <mark>ALWAYS USE EXCELLENT CUSTOMER SERVICE</mark>
- Should drivers become violent- attempt to de-escalate using your verbal skills.
- Separate drivers and notify MIC.
- Call PD if drivers do not de-escalate

**OTHER SITUATIONS:**
- FIRE – Call 911 then call MIC/LP
- FLOOD – Contact MIC for further decision making
- TORNADO – Contact MIC for further decision making
- POWER OUTAGE – Contact MIC for further decision making
- BOMB THREAT – Contact MIC for further decision making
- WATER LEAK – Contact MIC for further decision making
- Immediately report a water leak to MIC
- Some facilities will require Security to know how to shut off water in which case instructions in post order.
- Write a DAR entry and IR
- EARTHQUAKE – Contact MIC for further decision making



## <u>UNACCEPTABLE BEHAVIORS:</u>

**Your position with Allied Universal Security Services is titled as "Security Professional".  As such, you are required to meet that standard at all times, no matter the AUS post you are working.  Our motto, *"There for you…",* intimates that the Security Professionals working for AUS care.**

**NOTE:** <mark>The list below is intended to be representative and not all-inclusive.</mark>  Here is a list of unacceptable behaviors that will not be tolerated, under any circumstances:

- ☐ Failure to Patrol Parking Lot (Includes posting up at front of store- if directed by Store leadership, indicate in DAR and notify supervisor).
- ☐ Failure to use excellent customer service, for any reason;
  - o Foul language, for any reason
  - o Inappropriate talk
  - o Disrespect towards HEB partners, customers, supervisor <mark>AND/OR</mark> Chameleon SQAM (includes arguing)
- ☐ Smoking or vaping in public view is strictly prohibited.
- ☐ Chewing tobacco and spitting in public view is strictly prohibited.
- ☐ Failure to document your activity via CYCOP or HELIAUS, by completing Daily Activity Reports and Incident reports, where required.
- ☐ Manipulation of CYCOP phones for any reason (access of Internet, turning off GPS, etc.)
- ☐ <mark>**Sitting in personal vehicle for any reason while on post**</mark>
- ☐ Use of personal phones/headphones- for any reason.
  - o Family Emergencies must be brought to your supervisor's attention- immediately.
  - o  Bone conduction headsets, connected to company Heliaus/CyCop phones are acceptable.
- ☐ Sleeping on post (even during breaks… you are paid for breaks/lunch so you must be alert, ready and available for any call for assistance (see break policy on page 3 of Post order HOT SHEET).
- ☐ Failure to communicate breaks with MIC/LP/Store Leadership (see break policy on page 3).
- ☐ Fraternization with HEB Partners, customers, family members <mark>or any other person while</mark> on post.
- ☐ Smoking or Vaping while patrolling (Smoking permitted only during authorized break, in authorized smoking areas only)
- ☐ Post abandonment (leaving store property without supervisory approval)
- ☐ Failure to use safe practices on mobility devices:
  - o Speed too fast for parking lot;
  - o Failure to report mechanical issues;
  - o Riding more than one person per cart (one per cart- only!)
- ☐ Failure to use professional behavior and maintain vigilance/situational awareness at all times while LP deals with a shoplifter, or subject is detained for violence.
- ☐ Failure to report lost/damaged company policy to supervisor.
- ☐ Unjustified Use of Force- detainment. (See UOF policy)
- ☐ Patrolling out of uniform (i.e.; improper/no vest, no ID, no hat, frumpy uniform)



- ☐ Failure to meet grooming standards:
  - o Unarmed, regular armed and "Elite" officers:
    - ▪ Beards must be neatly trimmed, clean necklines, and close cropped (no long beards).
    - ▪ Tattoos must be covered using BLACK sleeves only (no colored/sponsored sleeves)
    - ▪ Shoes must be black, tactical style sneakers, hikers or boots
    - ▪ Uniform must be in good condition and PRESSED.
    - ▪ AUS HATS must be worn.
      - • SP's are permitted, at their own expense, to get custom fitted hats embroidered with the AUS company logo, in black (unarmed/armed) or Dark Navy blue (Elite).
      - • During summer months, regular unarmed/armed officers are permitted to wear "boonie" style hats for sun protection.
      - • Battle-worn, Military or any other custom hat (without AUS branding) is not permitted.
- ☐ Officers participating in any of the above listed unacceptable behaviors while working an AUS/HEB post will result in disciplinary action including, but not limited to:
  - o Verbal counseling
  - o Written warning and mandated additional training
  - o Removal from HEB post and/or termination of employment.
- ☐ **I understand and acknowledge that I will adhere to the policies as directed by AUS, HEB and Chameleon Associates.  I will strive to make competent, good decisions and reach out to a Field Supervisors for any questions I may have.**
- ☐ **SIGNED:_____ Supervisor Signature:_____ Date: _____**

**IF YOU HAVE ANY PROBLEMS OR ISSUES THAT PREVENT YOU FROM GIVING YOUR BEST PERFORMANCE, PLEASE REACH OUT TO YOUR SUPERVISOR.**

## Remember, the Allied Universal Culture is "There for you!"
### When it comes to performance, if you CARE, it will show!!

Revision: 11/26/2021 (MW)

AUS 01042

# EXHIBIT B
## to
# Declaration of Martin Hernandez

  

# AUS SECURITY OFFICER OJT
### HEB STORE OFFICER TRAINING CHECKLIST

## INSTRUCTIONS
Please checkboxes for modules below to confirm that Security Officer is in compliant for each item or subject.

TRAINEE NAME: _Twana Ahmed_                     Date: _1-12-22_

TMO as of this date: Yes / No   TMO Date: _____   EE# :_____

FTO NAME: _Martin hernandez_              Date: _____

## SECURITY OBJECTIVE

☒ The primary Security Objective is to Proactively prevent criminal acts against customers, partners (employees) and vendors at H-E-B properties and Secondly to prevent criminal acts against the property and physical assets of H-E-B, its customers, partners and vendors.

## EQUIPMENT AND UNIFORM

☑ Shirt – Clean, unwrinkled and tucked in, AUS – issued.

☑ Pants – clean, unwrinkled, AUS issued held up with a black belt.

☑ Shoes and Socks – ALL black. (Recommend black tactical boots)

☑ Jacket – Clean, unwrinkled, AUS – issued windbreaker or coat.

☑ AUS photo ID card, displayed on the outer garment.

☑ Flashlight.

☑ **REMINDER**- Personal defensive weapons (without AUS cert/State License) are prohibited. (Stun-guns, OC, etc.)

☑ Caps, AUS issued or solid black with "Security" in white letters across the front.

☑ Tattoos – must be covered at all HEB locations.

☑ Grooming – Must be clean-shaven, with the exception of a mustache, which may not extend below the crease of the upper and lower lips.

☑ Raincoats, beanies, gloves (depending on weather/ beanie only worn with winter coat)

☐ **Officer understands uniform requirements:** _____   **Trainer Ini:** _____

SP Signature

## CYCOP

☑ Know how to log in – at beginning of every shift.

☑ Demonstrates first line of DAR: "Arrived on site, checked in with MIC_____, collected CyCop phone (fully charged) and clocked in with PostWatch, Roll call with supervisor (or manager)_____, and initiated Trikke (mobility device) inspection. (If no issues, say so, if issues, take photos, attach to DAR and notify supervisor- this goes in the DAR).

☑ Demonstrate second line of DAR- Initiated SAFETY PATROL of AOR. No safety hazards observed on the property that I could see (or) See incident report for SAFETY HAZARD- (Describe Safety Hazard) and do quick photo in DAR, then move to IR. Have the officer demonstrate this in a test entry on the TEST DAR/TEST IR.

☑ Demonstrate how to send reports and log out at the end of every shift. (Do repeated TEST reports)

Rev: 01JAN2021/ MW

AUS 00644




☑ Knows how to create entries, (including snapshot photos) in Daily Activity Report (DAR) – how to record all activity while on duty to include who relieved, on coming relief, equipment passed; makes notes in real time; brief description of unusual or significant events, full incident report knows how to create an incident report (IR) – for unusual or significant events with detailed information.

☑ Demonstrates the LAST LINE of DAR: OFF DUTY, Checked out with MIC _____, relieved by SP _____ or leave blank, and "returned phone to charger in Manager's office (or BC), returned Trikke to storage location, ENDING MILEAGE _____, plugged in battery for tomorrow's shift.

☑ Must demonstrate the proficient use of all CyCop operations.

☑ Must understand how to attach a photograph to DAR and Incident report (distinctly different methods)

☑ **Officer demonstrated CYCOP proficiency:** _____    **Trainer Ini:** _____

SP Signature

## STORE MANAGER CHECK-IN SHEET

☑ Must sign in and out on physical sheet, located inside H-E-B store with MIC.

☑ Must contact MIC prior to starting shift for pass down information and introduction (if new MIC), KNOW THE NAME of your MIC/LP managers.  Establish working relationship

☑ **Officer understands Manager check-in requirements:** _____    **Trainer Ini:** _____

SP Signature

## CUSTOMER SERVICE

☑ Be friendly and attempt to greet everyone you come in close contact with AT ALL TIMES!

☑ Be ENGAGING! Don't be afraid to smile and greet every customer and partner and;

☑ Make eye contact with the customer (or partner) and be genuine in your concern to assist them! DO NOT ADDRESS PEOPLE WEARING SUNGLASSES- (use common sense, here).

☐ A "good morning" and a "smile" go a long way in getting customers to REMEMBER YOU.

☑ **Officer understands and has demonstrated good customer service:** _____    **Trainer Ini:** _____

SP Signature

## PATROLING

☑ AS SOON AS YOU ARE LOGGED IN and INSPECTED YOUR MOBILITY DEVICE/EQUIPMENT: Must conduct an Initial patrol and take an assessment of your post. Look carefully at changes that may have occurred since your last shift, document in your DAR that you: "*Made first round of premise, all appears secure constant patrolling on foot or using a mobility device of the entire exterior of H-E-B property, including behind the store.*"

☑ Find areas where you are HIGHLY VISIBLE to post up and observe AOR. Insure you are looking up and assessing your surroundings as you make entries into your CyCop device.

☑ There is no patrolling done inside the store. An officer will enter the store only when requested by MIC/LP, and will NOTIFY the MIC when inside the store for restroom/lunch or breaks.

☑ **Officer demonstrated knowledge of patrol AOR and techniques:** _____    **Trainer Ini:** _____

SP Signature

Rev: 01JAN2021/ MW

AUS 00645

**ALLIEDUNIVERSAL**   

## SUSPICIOUS PEOPLE, OBJECTS AND SITUATIONS

- ☑ Be aware and vigilant about any person, object or general station that is not "normal". Note that "normal" grocery shopping behavior is:
    - o Parking, going into the store to shop
    - o Returning to the car from shopping
    - o Leaving the area.
- ☑ Suspicious persons – approach individual(s) and ask appropriate questions to confirm or refute suspicion based on answers. Create a DAR entry of any contact, which may warrant further surveillance. Create an Incident Report (IR) if a subject is directed off the property or police are notified.
- ☑ MIC notified when police contacted.
- ☑ Suspicious package – Cordon off area and relay to customer to have a manager meet you in parking lot. Ask Manager to contact Central Station from LANDLINE while you keep area clear of patrons; do not touch or move package or use CELL PHONE near package.
- ☑ **Officer understands Suspicious situations protocol:** _____  Trainer Ini: MH M
    
    SP Signature

## HOW TO APPROACH AND QUSTION

- ☑ USE GREAT CUSTOMER SERVICE! Smile, be friendly, even if the person looks suspicious. "Good evening, I'm Security Professional Awesome, how are you tonight?" "I noticed you sitting here for the past 20 minutes...." And go into your open ended questions (next box).
- ☑ Make sure to give follow up questions (open ended) so as to prevent a person from simply responding with a yes/no answer. We can only determine threats by asking questions. Always assume worst case scenario. Could be legitimate, but you would not know until the suspicion is refuted. (USE HIP POCKET GUIDE)
- ☑ **Officer understands principles of approach and question:** _____  Trainer Ini: MH M
    
    SP Signature

## TRAFFIC CONTROL

- ☑ When a delivery or bank vehicle is stopped in a way that hinders traffic, officer needs to monitor traffic to maintain safety of drivers and pedestrians.
- ☑ Officer will use great customer service when addressing parking zone issues, but will make no demands. MIC to be notified if customers become verbally combative.
- ☑ Parking-Handicap/Fire Lane. Please contact driver and politely request to move their vehicle to proper parking. **IF non-compliant contact MIC/LP.**
- ☑ Under no circumstances, will an officer call for a tow-truck, unless directed by MIC or Store director to do so. When directed to tow, a CYCOP incident report, with all vehicle information, including photographs of the vehicle, will be completed.
- ☑ **Officer understands parking/traffic requirements:** _____  Trainer Ini: MH M
    
    SP Signature

Rev: 01JAN2021/ MW

AUS 00646

 

**ALLIEDUNIVERSAL**

## SHOPLIFTER

- ☑ If you see a shoplifter running away from store, **do not chase.** You may safely follow only in order to note physical description details, direction headed, mode of travel and time.
- ☑ If shoplifter is identified inside store, and there is no LP or if Management specifically requests assistance, the officer may assist but cannot restrain or physically touch the shoplifter. The officer is only there as a uniformed presence.
- ☑ Officer will in NO WAY Detain or handcuff unless a suspect is physically assaulting a customer or partner. IF HANDCUFFED- or physically detained, a USE OF FORCE report must be completed. (SEE UOF)

- ☑ **Officer understands shoplifter policy:** _____      Trainer Ini: M H
  SP Signature

## HOMELESS PERSON/ LOITERING / SUSPICIOUS PERSON/PANHANDLER

- ☑ Approach and engage in questioning. Ask, "What brings you to HEB today?"
- ☑ Explain that they are on HEB property and HEB has a policy that prohibits Loitering. Then:
  - ○ Politely ask them to leave the property.
  - ○ If they do not comply, Explain, "I have asked you to leave, I have told you to leave. You are now criminally trespassing on HEB property. I am going to notify the manager and then I will be calling the police. I hope you make a good decision before I make that call and leave the property."
- ☑ Advise the MIC that you have taken the above listed steps and you are going to contact the police department.
- ☑ Call the police in your area. If the subject is being aggressive toward others call 911, if not, call the non-emergency number.
- ☑ Complete an INCIDENT REPORT, attempt to get photos of the person for the report and Criminal Trespass if PD is called. (include case number and photos in IR)
- ☑ **Officer understands above listed protocol:** _____      Trainer Ini: M H
  SP Signature

## LOST CHILD/ADULT

- ☑ If you find a lost child, or Adult bring them immediately inside the store and contact the MIC.
- ☑ After you contact MIC please complete an incident report.
- ☑ **Officer understands lost child protocol:** _____      Trainer Ini: M H
  SP Signature

## CHILD ALONE IN CAR

- ☑ In the event you identify a vehicle with a child alone in it and conditions ARE NOT life-threatening: make note of the vehicle type, color and license, as well as any information about the child, condition and situation and then immediately contact the MIC/LP Staff on duty. Follow instructions of MIC/LP (calling PD, etc.).
- ☑ In the event you identify a vehicle with a child alone in it and conditions are life threatening (severe heat or cold, child restrained, unconscious) CONTACT MIC and CONFIRM that they are calling 911 and attempting to reach the parent over the PA system.
- ☑ If the child is unable to get out of a restraint device and appears to be in severe distress or unconscious, the officer may use whatever means necessary to force entry into vehicle to rescue child. COMMON SENSE dictates here, no more than 5 minutes should pass during an emergency before you ACT.
- ☑ COMPLETE INCIDENT REPORT IN CYCOP with as much information as possible and notify FIELD SUPERVISOR

Rev: 01JAN2021/ MW

AUS 00647

 

ALLIEDUNIVERSAL

☑ If dealing with confrontational customers, there is no "minimum" age limit for a child to be left alone in a car, do not argue with customer; use excellent customer service and contact MIC immediately

☑ **Officer understands CHILD IN VEHICLE PROTOCOL:** _____ Trainer Ini: ___
SP Signature

## UNATTENDED ANIMAL IN VEHICLE

☑ If the conditions could result in physical injury or death of animal, notify management with vehicle information and do INCIDENT REPORT.

☑ Report condition of Animal and advise if police should be called or not. COMMON SENSE HERE

☑ **Officer understands ANIMAL in CAR Protocol:** _____ Trainer Ini: ___
SP Signature

## WHOM TO CONTACT FOR EMERGENCIES

☑ EMERGENCY Crimes in progress or medical needs IMMEDIATELY CALL 911 (if it has not been called already), and RENDER ASSISTANCE. AFTER RENDERING AID- Contact the MIC/LP and your field supervisor for notification.

☑ For non-emergencies, contact the MIC. (Safety violations i.e.; potholes, broken parking lot lights, etc.)

☑ If you cannot get an answer from MIC/LP or your FS, or have further questions or are asked to call central station the number is (210) 938-8500

☑ **Officer understands EMERGENCY Contact Protocol:** _____ Trainer Ini: ___
SP Signature

## SAFETY REPORTS

☐ Any safety/hazard issue discovered/observed while on patrol and in plain view must be reported to the MIC as soon as possible. Your job is to prevent criminal active, but safety is everyone's job, including the clients!
  - ○ This could include ice patches, potholes, unlocked doors or cage areas, a large limb fallen from a tree on property, or lighting not operable, loose mats, broken bottles.

☑ Action should be taken to insure that no one is injured prior to notifying the MIC.
  - ○ This may require placing a cart upside down over a patch of ice or pothole.
  - ○ Standing by safety Hazard until Store leadership responds with way to secure hazard

☐ Once the MIC is notified, officer must complete a CYCOP Incident Report.
  - ○ This report should include the name of the MIC notified, action taken, and photo(s) of the hazard. Reports should be as detailed as possible.

☑ AUS JSA (JOB SAFETY ANALYSIS) FORM MUST BE COMPLETED AS SOON AS IR IS COMPLETE.
  - ○ JSA's are to be updated on a REGULAR basis
  - ○ ONCOMING OFFICERS ARE RESPONSIBLE TO REVIEW THE JSA FOR EACH SITE
  - ○ OFFICERS WILL BE HELD ACCOUNTABLE FOR JSA PROTOCOL

CIVIL DISTURBANCE – Call 911 and then call MIC

**OTHER SITUATIONS:**
- FIRE – Call 911 then call MIC/LP
- FLOOD – Contact MIC for further decision making

Page **5** of **9**

Rev: 01JAN2021/ MW

 

- TORNADO – Contact MIC for further decision making
- POWER OUTAGE – Contact MIC for further decision making
- BOMB THREAT – Contact MIC for further decision making
- WATER LEAK – Contact MIC for further decision making
  - ☑ Immediately report a water leak to MIC
  - ☐ Some facilities will require Security to know how to shut off water in which case instructions in post order.
  - ☑ Write a DAR entry and IR
- EARTHQUAKE – Contact MIC for further decision making

## TRIKKE/CART/BIKE TRAINING:

- ☑ Officer has COMPLETED TRIKKE/Bike/CART training video on EDGE: (confirmed in Compliance)
- ☐ Officer reviewed operating procedures posted on CART (Operating manual)
- ☑ Who is conducting TRIKKE TRAINING today? _____ EE#_____
- ☐ Trikke Familiarization, officer demonstrated understand of:
  - ○ TRIKKE SET UP/ BREAK DOWN
  - ○ Trikke inspection- cables, charger, tires, shocks, brakes, lights
  - ○ Logging inspection results into CYCOP DAR
  - ○ Officer shown, and then demonstrates packing away trikke, or proper charging during breaks.
  - ○ Officer shown, and then demonstrates, trikke cleanliness, how and when to report issues with trikke BEFORE they get on it. Show the SP how to check tire pressure and shocks.
  - ○ Officer shown, and then demonstrates power up, down, Lights, horn, turn signals, steer-lock, kickstand.
  - ○ Officer understands "first safety patrol" and documentation in CyCop, of AOR, each shift (and demonstrates.
  - ○ Officer has demonstrated how to check tire pressure and log starting/ending mileage on DAR.
  - ○ Officer understands to report any and all mechanical issues and damage immediately to Supervisor
- ☐ Trikke SAFETY
  - ○ Officer shown, and then demonstrates how to wear helmet.
  - ○ Officer shown proper way to mount Trikke, then demonstrates (locking brakes, mount from center of spans, both hands on bar, releasing brake. (Several demonstrations before checking off) _____
  - ○ WEIGHT BALANCE: COG (Center of Gravity) over rear wheels, posture upright, not leaned over, just ever so slight bend of knees (don't lock knees, but don't keep them bent, either)._____
  - ○ GRIP HANDLEBARS WITH BOTH HANDS- SP understand to grip handlebars with both hands, all the time! Never wave, use phone or ride one-handed. This is a safety violation and many accidents occur when ridden one-handed. Get gloves. _____
  - ○ Officer shown how to operate throttle, repeat consequences of hard twisting. Demonstrates _____
  - ○ Officer understands there is speed limit to riding trikke, not to adjust computer console: _____
  - ○ OFFICER UNDERSTANDS NOT TO USE THE STEERLING LOCK UNDER ANY CIRCUMSTANCES: _____
  - ○ Officer trained on "turning", (R/L), trainer demonstrates, then:
    - ▪ SP demo's long, arching turns at "comfortable speed" _____ (several passes)
    - ▪ SP demo's straight driving, quicker, but controlled turns (coach leaning into turns)
    - ▪ Sharp turns=accidents. Must be controlled. Practice more turns _____.
    - ▪ Be situationally away, don't ride with blinders on! _____

(CONTINUED ON -7-)

Rev: 01JAN2021/ MW

AUS 00649

 

**ALLIEDUNIVERSAL**

(Continued from -6-)

- o  Practices Take-offs- slow, to quick, straight and with wheel turned at 45deg angle: _____
- o  Practice stopping at different speeds several times:
    - ▪  Understands basics of braking/power of brakes
    - ▪  Understands to release throttle/feather brake.
    - ▪  Understands that braking hard can result in being thrown, and getting seriously injured.
    - ▪  Practices emergency braking (Bends a little more at knees and leans back)-
    - ▪  Practices applying brakes when turning (FINESSE)
- o  Practices backing out using body motion and brakes _____
- o  Practices PARKING: Stop, apply brake locks, step off, set kick stand- lean trikke, turn off display, leave battery power on (to keep wheel locks activated). Demonstrate several times: _____
- o  Practice riding off curbs- straight and at angle. Use RAMPS if available. Practice Curbs safely _____
- o  TRAINER Observes officer riding trikke safely through the parking lot, explains breaking up patrol patterns and points out possible safety hazards for officers to avoid, be aware of. _____
- o  OFFICER UNDERSTANDS TO NEVER, EVER RIDE TRIKKE INSIDE AN HEB or HEB Building _____

☐  OFFICER UNDERANDS HOW TO SAFELY OPERATE, MAINTAIN, PATROL AND REPORT TRIKKE ACTIVITIES. OFFICER AGREES TO OPERATE THE TRIKKE IN A SAFE MANNER AT ALL TIMES AND AGREES TO ACCEPT RESPONSIBILITY BY NOT RIDING RECKLESSLY NOR ABUSING THE TRIKKE IN ANY WAY.

☐  **OFFICER SIGNATURE:** _____  **DATE:** 1-12-22  **TRAINER INI:** _____

☐  **TRAINER SIGNATURE:** _____  **DATE:** _____  **Mgr. Ini:** _____

Rev: 01JAN2021/ MW

 

**ALLIEDUNIVERSAL**

## UNACCEPTABLE BEHAVIOR:

Your position with Allied Universal Security Services is titled: "Security Professional". As such, you are required to meet that standard at all times, especially while working an AUS/HEB post. The AUS motto is "There for you…" which intimates that you care. Your actions will reflect our motto. ==The list below is intended to be representative and is not all-inclusive.== Here is a list of unacceptable behaviors that will not be tolerated, under any circumstances:

- Failure to Patrol Parking Lot (Includes posting up at front of store- if directed by Store leadership, indicate in DAR and notify supervisor). DO NOT RIDE TRIKKE IN STORE FOR ANY REASON
- Failure to use excellent customer service, for any reason;
    - Foul language, for any reason
    - Inappropriate talk, (Sexual in nature, joking, political, religious)
    - Disrespect towards HEB partners, customers, supervisor AND/==OR== Chameleon SQAM (includes arguing)
- Failure to document your activity via CYCOP, by not completing Daily Activity Reports and Incident reports, where required.
- Manipulation of CYCOP phones for any reason (access of Internet, turning off GPS, etc.)
- OPERATING TRIKKE IN UNSAFE MANNER (failure to stop to access CYCOP or ==INTENTIAL TRIKKE ABUSE== (grounds for termination)
- Sitting in personal vehicle for any reason while on post
- Use of personal phones/headphones- for any reason. (Family Emergencies must be brought to supervisor's attention- immediately)
- Sleeping on post (even during breaks… you are paid for breaks/lunch so you must be alert, ready and available for any call for assistance (see break policy on page 3).
- Failure to communicate breaks with MIC/LP/Store Leadership (see break policy on page 3).
- ==Fraternization with HEB Partners, customers, family members or any other person== while on post.
- Smoking or Vaping while patrolling (Smoking permitted only during authorized break, in authorized smoking areas only)
- Post abandonment (leaving store property without supervisory approval)
- Patrolling out of uniform (i.e.; improper uniform, no ID, no hat, grooming standards, ==exposed tattoos,== etc.)
- **Officer understands that participating in any of the above listed unacceptable behaviors while working an AUS/HEB post will result in disciplinary action including, but not limited to:**
    - **Verbal counseling**
    - **Written warning and mandated additional training**
    - **Removal from HEB post and/or termination of employment.**

**Officer understands UNACCEPTABLE BEHAVIOR Protocol:** _____

Trainer Ini: _M H H_

SP Signature

Page 8 of 9

**ALLIEDUNIVERSAL**    H·E·B    Chameleon Associates LLC

**NOTES BY TRAINER:**

_____

_____

_____

_____

**ACTION PLAN: (i.e.; Cleared to work assigned post, needs additional training (specify what areas), needs proper uniforms, etc.) BE SPECIFIC:**

_____

_____

_____

_____

_____

## CERTIFICATION BY QUALIFIED FIELD TRAINING OFFICER

I, ~~_____~~ (training officer first and last name) Hereby approves

TIANA AHMED (officer in training first and last name) as having successfully passed the "On the Job" (OJT) shadow training conducted with him/her and further certify that all knowledge of appropriate items in the list above have been tested, checked off and initialed by trainee and/or myself.

| | | |
|---|---|---|
| Qualifying Officers Signature | Date | Location |

I, Security Professional _____, attest that I have been adequately trained in all of the expectations, procedures and policies as indicated above, and that I understand that at a bicycle/Trikke/cart post, I must use those mobility devices to patrol, and that I now have a working knowledge of CYCOP.  My PASSCODE# is:_____ and I understand that should I have an issue with CYCOP, a mobility device or am missing equipment, I am to call my supervisor immediately and request assistance.  I understand that I will be held responsible should an equipment issue be found and NOT reported while on my shift.

| | | |
|---|---|---|
| | 1-12-22 | |
| Officer in Training Signature | Date | Location |
| | 1-12-22 | |
| Operations Manager Signature | Date | Location |

FTO- Go inside store and get a copy of this signed OJT List and give to trainee.  FTO- Call Supervisor and return the original OJT checklist to the on-duty supervisor.  ON-DUTY Supervisor- Please insure that this completed OJT form is delivered to OPS so the officer can be appropriately scheduled, and the OJT form placed in Trainee's personnel file.

Rev: 01JAN2021/ MW

AUS 00652