# EXHIBIT 36



## Job Description

| | |
|---|---|
| **JOB TITLE:** | Elite Security Professional - Armed |
| **WINTEAM TITLE:** | OPS: Security Professional Elite - Armed |
| **DIVISION:** | Allied Universal |
| **REPORTS TO:** | Shift Supervisor / Site Supervisor |
| **SUPERVISES:** | None |
| **CLASSIFICATION:** | Security Service/Individual Contributor |
| **TYPE:** | SP / Regular / Full-time |
| **FLSA:** | Nonexempt (Hourly) / Weekly |
| **EEO-1 CATEGORY:** | 9.0 Service Workers |
| **JOB GROUP:** | 9f Protection Agent / Officer I |
| **DOMO / SUCCESS FACTORS:** | No / No / SF ID: No |
| **BENEFIT CLASS / BONUS PLAN:** | Hourly / Not Bonus Eligible |
| **SECURITY:** | Group One: No / Group Two: No / Level: 1 |
| **DATE APPROVED:** | 12/05/2023 |

**SUMMARY:** The Elite Security Professional will conduct armed and/or unarmed foot and/or vehicle patrol (interior and/or exterior). Additional duties include controlling access and egress; monitoring CCTV and alarm systems; composing reports; deterring criminal activity and misconduct.

**ESSENTIAL JOB DUTIES AND RESPONSIBILITIES:** Those duties necessary to meet the minimum requirements of the position. To perform this job successfully, the individual must be able to perform each essential duty satisfactorily. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions. Other duties may be assigned.

- Ensure the facility is provided with high quality security services to protect people and property.
- Perform security patrols of designated areas on foot or in vehicle
- Watch for irregular or unusual conditions that may create security concerns or safety hazards
- Sound alarms or calls police or fire department in case of fire or presence of unauthorized persons
- Warn violators of rule infractions, such as loitering, smoking, or carrying forbidden articles
- Permit authorized persons to enter property and monitors entrances and exits
- Observe departing personnel to protect against theft of company property and ensures that authorized removal of property is conducted within appropriate client requirements
- Investigate and prepare reports on accidents, incidents, and suspicious activities; maintain written logs as required by the post
- Provide assistance to customers, employees, and visitors in a courteous and professional manner
- Make emergency notifications as necessary pursuant to site Post Orders
- Make productivity and cost reduction recommendations to management
- Make recommendations for physical security surveys and post orders
- Report safety concerns, security breaches, and unusual circumstances both orally and in writing
- Preserve order and act to enforce regulations and directives for the site pertaining to personnel, visitors, and premises
- Maintain awareness and familiarity with the site-specific operations performance manual and post orders
- Use glass break tool when necessary to save children or adults stuck in hot vehicles

AUS 00629


*There for you.*

**BASIC QUALIFICATIONS:** The basic qualifications listed below are representative of the relevant knowledge, skills, and/or experience required in order to be hired. These are requirements that we have determined are the minimum a candidate must have in order to be successful in this role.

**Formal Education, Licenses, and Certifications Required:**

- High school diploma or equivalent
- Possess, or be able to obtain, any applicable state, county and municipal licensing and permit requirements for Armed Security Officers and specific protective device and weapons qualifications
- Must be willing to be trained on, carry, and utilize, if necessary, a Taser and baton.

**Type and Length of Specific Experience Required:**

- Minimum of three (3) years of civilian law enforcement or military experience

**Knowledge and Skills Required:**

- Be at least 21 years of age, or higher if required by the state
- Maintains proficiency in the use of all assigned protective equipment, restraint devices and weapons
- Be able to work flexible schedules and respond to work assignments with little to no advance notice
- Be able to operate radio or telephone equipment and/or console monitors
- Demonstrated ability to interact cordially and communicate with the public
- Effective oral and written communication skills
- Problem solving skills
- Active listening skills
- Assess and evaluate situations effectively
- Identify critical issues quickly and accurately
- Research, investigate, compile information
- Mediate conflict with tact, diplomacy
- Write informatively, clearly, and accurately
- Teamwork skills
- Attention to detail

**OTHER RELATED ATTRIBUTES THAT WOULD ENHANCE HIRING CONSIDERATION:**
These are other criteria that may enhance the hiring decision but would not rule out the candidate for consideration if not present.

- Service in Military Occupational Specialty related to law enforcement, security (such as Military Police, Elite Military Forces, combat arms) or any support role in a Combat Zone
- Graduate of a Certified Public Safety Academy (military or civilian) or verified work experience in the law enforcement, adult corrections, or firefighter field
- Bachelor's degree in law enforcement or criminal justice related studies
- A minimum of 8 or more years of service in any military branch
- Associate's degree (or 60 credits) or higher in law enforcement or criminal justice with current or prior active military service

AUS 00630



**PHYSICAL REQUIREMENTS AND ENVIRONMENT:**

- Working conditions may include both indoor and outdoor settings; temperature ranges from moderate to extreme cold and heat
- Major activities include walking, standing, speaking, listening, observing, kneeling, crouching
- Physical effort: Standing, walking, and sitting. Minimal to no stooping or kneeling
- Must be able to submit to drug screening to the extent permissible by law
- Reasonable accommodations may be made to enable individuals with disabilities to perform essential functions

AUS 00631