# EXHIBIT 37



# H-E-B ELITE TEAM MANDATORY TRAINING

Welcome to our H-E-B ELITE Security Team! We pride ourselves on having a well-trained work force, and in that spirit, we require all **H-E-B ELITE Security Professionals** to complete the trainings listed below. The EDGE website can be accessed through the link below and you may not begin working onsite until these trainings have been completed. Your username is your Employee ID number, and your password will be your date of birth (no dashes or spaces).

Please contact your Operations Manager Mohammed Ali upon completion of these courses to obtain your schedule at 210-420-6925.

*Note that your site may require additional offsite training.

https://allieduniversaledge.exceedlms.com/

| |
|---|
| Core Training (20 Courses) |
| HELIAUS Training |
| Bicycle Training (SPV) |
| TRIKKE Training |
| Golf Cart Training (SPV) |
| Driver Training Program |
| Ethics and Conduct |
| Dealing with Aggressive Behavior |
| COVID-19: What You Need to Know |
| Use of Force Acknowledgement |
| Vaccination Attestation |

AUS 00921