# EXHIBIT 38



# ELITE OFFICER

Firearm, Less-Lethal Weapon & Life Saving Training

# Pre-Requisites

- Officer Authority
  - AUS Use of Force Continuum
  - Texas State Law governing Use of Force
  - Updates to Texas law concerning carrying weapons
  - Concepts of levels of force
  - Stages of force options
  - Non-pursuit policy

- Texas Private Security Board-Level 3 Training
  - Conduct 45-classroom hours of state certified commission officer tr
  - Written Exam
  - Skills Test
  - Firearm Proficiency

2

# Daily Breakdown

Day 1

- Personal Protective Consultants Inc. (PPCI)
  - Practical Application of Tactical Handcuffs (PATH)
  - Personal Protective Baton Tactics (PPBT)

Day 2

- CPR
- Advanced Bleeding Control (ABC)
- NRA Law Enforcement Pistol: Part 1
  - Classroom (9 Hrs)

Day 3

- NRA Law Enforcement Pistol: Part 2
  - Range (8 Hrs)

Day 4

- NRA Law Enforcement Pistol: Part 3
  - Range (8 Hrs)

3

# Daily Breakdown

Day 5

- Axon Int'l Taser 7: Part 1
  - PowerPoint Presentation (8 Hrs)

Day 6

- Axon Int'l Taser 7: Part 2
  - Practical Application / Drills – Daylight Qualification

Day 7

- Axon Int'l Taser 7: Part 3
  - Practical Application / Drills – Lowlight/Night Force on Force Qualificati
  - Demonstration of Skill Set in high stress environment for all programs
    - Red/Sim gun
    - ECD
    - Baton
    - Handcuff

4

# Practical Application of Tactical Han

Classroom (4 Hrs)
- Fundamentals of Handcuffing
- Handcuffing Nomenclature
- Pressure Points
- Control Holds
- Practical Handcuffing
- Tactical Handcuffing
- Double Lock and Test Procedures
- Pat down / Frisk Procedures
- Positional Asphyxia Awareness
- Protocol for Stabilizing a Handcuffed Subject (No Knee on Ne
- Skills Test / Written Exam

5

# Personal Protective Baton Tactics (P

Classroom (4 Hrs)
- Baton types
- Baton nomenclature
- Deployment from holster, low ready and high ready
- Weapon manipulation
- Striking in preferred Target Zones
- Defense Against Incoming Attacks
- Weapon Retention
- Force on Force with safety training equipment
- Baton Control-hold methods
- Baton Closed-mode options
- Skills Test/Written Exam

6

# American Safety & Health Institute –

- Conduct training in cardio-pulmonary resuscitation
- Basic First Aid training
- AED training
- Practical test

7

# American Safety & Health Institute – Adv Control Certification

- Conduct advanced bleeding control training
- Severe traumatic bleeding control identification
- Life-threatening injury identification
- Proper use of life-saving tools
- GSW Protocol
- Practical Skills test

8

# NRA Law Enforcement Certification

- Part 1: Classroom (9 Hrs)
- Part 2: Range (8 hrs)
  - Standing Shooting Stance
  - Shooting from the seated position
  - 4 Step Draw
  - Down and Scan/Reholster
  - Loading and Unloading
  - Safety Circle
  - Speed Reloading
  - Tactical Reloading
  - Trigger Reset
  - Immediate Action Drill
  - Feedway Clearance Drill
  - Qualification 1
  - Qualification 2

9

# NRA Law Enforcement Certification

- Part 3: Range (8 Hrs)
    - Challenge Command Procedures
    - Shoot and Move/Move and Shoot Drill
    - Multiple Targets
    - Body Armor/Failure to Stop Drill (2+1)
    - One Handed Shooting
    - Support Hand Shooting
    - High Kneeling/Low Kneeling/Two Knees Down
    - Cover Drill (Firing from cover, standing, kneeling)
    - Contact Distance Shooting
    - Incapacitation Drills (Dry-NO AMMUNIATION, use inert training rou
    - Qualification 3

10

# NRA Law Enforcement Certification

- NRA TQ-21 Silhouette Target will be used
- 3 opportunities
  - 2 on Day 1
  - 1 on Day 2
- The qualification course will require fifty rounds
  - Hits on the edge of the silhouette or the inner ring will be considere

11

# NRA Law Enforcement Range Qualifi

| Distance | Time | Rounds |
|---|---|---|
| 25 yds | 60 sec | 6 |
| 15 yds | 15 sec | 12 |
| 15 yds | 6 sec | 6 |
| 7 yds | 8 sec | 6 |
| 7 yds | 15 sec | 12 |
| 3 yds | 3 sec<br>2 sec<br>2 sec<br>3 sec | 8 |

12

# AXON Electronic Control Device

Axon Int'l Taser 7: Part 1
- Classroom (8 Hrs)
- PowerPoint Presentation

Axon Int'l Taser 7: Part 2
- Practical
- Support-Side Carry, Draw
- Holstering, Unholstering
- Battery function
- CID display function
- Function test
- Loading / Unloading Cartridges
- Staging Weapon System
  - Draw
  - Arm
  - Paint
  - Deploy

13

# AXON Electronic Control Device

Axon Int'l Taser 7: Part 2 Cont'd
- Moving while painting
- Drive, Stun & Warning Arc Practice
- Live Fire Practice on Front & Back Target
- 3 drills from Axon's Drill booklet
- Two Daylight Qualifications
  - Students must deploy at least 2 cartridges in green zone during a stres
  - Students must demonstrate a minimum of 2 de-escalation scenarios d

Axon Int'l Taser 7: Part 3
- Practical
- Fundamentals of weapon manipulation in confined space enviro
- Critical decision-making skills for de-escalation, less than lethal,
- Intro to contact cover with all skill set
- Low light / night time drills

14

# AXON Electronic Control Device

Axon Int'l Taser 7 Day 3 Practical, Cont'd

- Flashlight drills
- Force on force (red man) Axon drills
- Night-blindness reactions with counter-flashlight
- Nighttime qualification 1
  - Students must deploy at least 2 cartridges in green zone during a s
  - Students must demonstrate a minimum of 2 de-escalation scenario
  - Stun & Move
- Nighttime qualification 2
  - Students must deploy at least 2 cartridges in green zone during a s
  - Students must demonstrate a minimum of 2 de-escalation scenario
  - Stun & Cuff Under Power
- Two written exams (Basic Axon Info, Nomenclature)

15

# Texas Private Security Board – Level

- Conduct 16-classroom hours of state certified personal prote
- Skills Test
- Written Exam

16