# EXHIBIT 43



# JOB DESCRIPTION

| | |
|---|---|
| **JOB TITLE:** | Field Supervisor |
| **REPORTS TO:** | Branch Manager, Client Manager, or Service Manager |
| **DIVISION:** | Allied Universal/Operations |
| **CLASSIFICATION:** | Regular / Full-time / Non-Exempt |
| **SUPERVISES:** | Operations Manager |
| **APPROVED BY:** | _____<br>Human Resources<br><br>_____<br>Manager |
| **SUMMARY:** | This position is responsible for interfacing between Branch management and Security Professionals on post to ensure operations are functioning effectively and according to Post Orders and Company policies, and all after-hours operations and employee relations issues are being addressed in a timely manner. |

**ESSENTIAL JOB DUTIES AND RESPONSIBILITIES:** Those duties necessary to meet the minimum requirements of the position. Other duties may be assigned:

1. Responsible for visiting assigned post locations on a regular basis (specific schedule varies but is typically after normal daytime business hours) to monitor the performance of on-duty Security Professionals, address daily operations issues, communicate policy changes or company information, adjust staffing schedules as needed, and make post inspections to ensure professional image (including the hygiene and uniform appropriateness of officers) and quality standards are being maintained. Post inspections also include checking that Post Orders and all other post and training information is being properly maintained and updated, and that the Post is being properly maintained, cleaned and organized.
2. Responsible for conducting on-the-job training, in coordination with Post Commander or other site or branch leadership, of new employees assigned to post, or when changes to post orders are made. This may include orientation to the post, review of post orders, routine responsibilities, and how to respond to emergency situations or specific client needs.
3. Respond to call-offs that occur during the incumbent's shift, which may include identifying other individuals to fill-in and/or standing post until such replacements arrive. May assist Operations Manager or Call Center personnel with scheduling for call-offs or other changes that occur at the site creating a need to adjust the staff scheduling.
4. Identify any personnel problems occurring at posts, such as payroll issues, employee relations complaints or other concerns, and forward any such issues to Branch Manager

**JOB DESCRIPTION**
Field Supervisor

    and/or Regional Human Resource team. May be responsible for writing a report of the situation or assisting with an investigation, as directed by Branch Manager or Regional Human Resource team.

5. May be responsible for administering counseling or disciplinary actions that have been initiated by Branch Manager and/or Regional Human Resource team. Field Supervisor may not make or initiate such decisions on his/her own, but may execute such actions at the specific direction of Branch/ Regional Human Resource team.
6. Distribute information to posts as directed by Branch or Corporate office, which may include communicating such information to Security Professionals at posts and/or obtaining signed acknowledgements or other documents, and returning such documents to Branch or Corporate office.
7. Respond to client or site emergencies as they arise, including ensuring appropriate communication to Branch Manager.
8. In the event of an abandoned or open post, Field Supervisor is responsible for identifying available personnel to fill the post as quickly as possible with qualified personnel; however, Field Supervisor may be required to "stand post" on an as needed basis for an undefined period of time, based on business needs. This may include long-term assignments to specific posts or various posts, as the need arises. Field Supervisor is responsible for maintaining all current required licenses and ensuring a working knowledge of all posts within his or her regional area of responsibility.
9. Other duties and tasks as assigned.

**OTHER RESPONSIBILITIES:** Other duties or responsibilities that may typically be assigned to this position include but are not limited to:

1. NONE

**QUALIFICATIONS:** To perform this job successfully, the individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skills, and/or experience required. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

- Minimum high school diploma or equivalent required. Some college education in criminal justice or related field a plus.

- Minimum 1 – 3 years of professional-level work experience required. Prior experience in the security industry, law enforcement, military and/or customer service highly desired.

- As a condition of employment, employee must successfully complete a background investigation (as allowed and in accordance with federal and state laws as may be in force at the time the incumbent is hired) and a post-offer/pre-employment drug/alcohol test. Additionally, as a condition of continued employment, employee must maintain current active status of any required guard license at all times, and must carry the license at all times while on duty.

- Where incumbent is authorized to carry any weapons (including firearms, mace, pepper spray, baton, etc.) based solely on the account to which the incumbent is

JOB DESCRIPTION
Field Supervisor

- assigned, incumbent is solely responsible for obtaining and maintain all state/local licenses/registration for such permits, and for providing evidence of such to the Company at time of issuance and any time such is requested by the Company.

- Ability to maintain a reliable means to be contacted (home phone, cell phone, pager, etc.) for assignments or changes to schedule.

- Ability to write effective and concise reports in neat, legible handwriting is required. Working knowledge of personal computers and Microsoft Office software a considerable plus.

- This position requires excellent attendance and punctuality. Incumbents must commit to being on time, must be able to work in a very independent environment, and ensure all directions and instructions from the branch office are followed consistently and thoroughly (such as delivery of items to client sites, training of officers at sites, standing post as needed, etc.).

- Demonstrated ability to be very customer service oriented, with the ability to professionally interact with all levels of individuals in a courteous manner, and to de-escalate situations before they become hostile or unpleasant.

- Demonstrated ability to take initiative, successfully handle and prioritize multiple competing assignments and effectively manage deadlines.

- Energetic and focused personality with a demonstrated ability to take initiative, successfully handle and prioritize multiple competing assignments and effectively manage deadlines.

- Must be highly proficient and fully functional in all Microsoft Office applications and able to effectively utilize all available office management technology.

- Professional, articulate and able to use good independent judgment and discretion. Must have proven ability to maintain correspondence, discussions and materials in strictest confidence.  Must be able to work overtime as needed.

- Current state driver's license, clean driving record (no points in prior 3 years), minimum level of insurance as required by Company policy, and ability to safely operate a vehicle required.

- Professional, articulate and able to use good independent judgment and discretion.

- Outstanding verbal and written communication skills required.  Ability to successfully interact at all levels of the organization, including with clients, while functioning as a team player required.

**PHYSICAL/MENTAL REQUIREMENTS AND WORKING ENVIRONMENT:**

- While performing the duties of this job, the employee is regularly required to use both hands, is frequently required to stand, sit, stoop, talk and hear (communicate verbally

AUS 001819

- in person and via regular telephone equipment), and must be able to read computer screens, correspondence and reports in English.

- The employee must constantly walk, stand, reach with both hands and arms, and must be able to drive a vehicle. The employee may occasionally lift and/or move up to 25 pounds. May be required to climb stairs on an intermittent basis at client sites.

- The job is generally performed in an office setting; however, during site visits the employee may be subject to adverse conditions such as rain, cold or heat for short periods of time.

- The ambient noise level is usually quiet, consisting of normal conversations, business machines (copiers, printers, etc.) and telephones, but occasionally may be above-normal for portions of the shift.

- The employee must be able to concentrate on details, work under deadline pressures, apply sound logic and judgment, and prioritize tasks and responsibilities.

- Must be able to focus and multi-task in a busy environment, with the ability to successfully handle stressful situations in a calm and professional manner. Includes being able to effectively manage multiple employees with diverse personalities and engage them to perform at optimum levels.

- Must be able to clearly speak, read and write English.

*The above statements are intended to describe the general nature and level of work being performed by people assigned to this job. This is not intended to be an exhaustive list of all responsibilities, duties and skills required of personnel so classified. Other duties and responsibilities may be assigned, with or without notice.*

**I acknowledge receiving a copy of this job description. I further acknowledge that I am able to perform the essential functions of this position as listed, with or without reasonable accommodation. If I need reasonable accommodation, I agree to notify the Company of such need, including any recommendations for accommodation that I have. If I require accommodation, the Company will engage in an interactive process with me to discuss the possibility of reasonable accommodation in this position.**

**Please check the appropriate box below, sign/date this form, and return it to the Company.**

☐ I **DO** require reasonable accommodation to perform the essential functions of this job.

☐ I **DO NOT** require reasonable accommodation to perform the essential functions of this job.

_____        _____
Employee Signature                                                            Date Received