# EXHIBIT 44



## Security Professional ID Badge Receipt and Acknowledgement

I certify and acknowledge the following:

- I was issued an ID badge by the local Allied Universal Branch office on _____
  Date

- I understand I must wear and display this ID badge on my outer most garment while on duty for Allied Universal.

- I understand the ID badge must always be visible while on duty for Allied Universal.

- I understand this ID badge is the property of Allied Universal and as such must be returned to Allied Universal if my employment ends.

- I understand this ID badge is not a state Security Guard license and it is for internal Allied Universal identification purposes only.

- I understand if I am found on duty without my ID badge displayed and visible I may be subject to disciplinary action.

- I understand if I'm approached by a State Licensing Inspector I must present my Allied Universal ID badge and state license if asked to do so.

_____
Employee signature

TUFAA AHMED
Employee's printed name

12-15-21
Date

AUS 00665