# EXHIBIT 45



AhmedAllied000590



AUS 001804



# Inspection: 26 Mar 2022 / 6:15 PM / Twana Ahmed / San Felipe

[ Open ]

## Inspection Details

Company  H-E-B:Allied Universal - Elite
Officer  Twana Ahmed | #9352791 Armed
SQAM  Mike Rinehart
Inspection Date Open  26 Mar 2022 6:15 PM
Inspection Date Closed  26 Mar 2022 6:15 PM
Location  San Felipe | #687

## Regular Inspection Details

Category  Performance
Grade  Yellow
Performance  Failure to conduct thorough patrol while under observation
Description



I arrived onsite at 1815, the officer was posted at the front of the building in vehicle with lights on. The officer was engaged in conversation with partners until 1841. At this point he seemed to be starting a patrol but drove to his personal car and right back to the front entrance where he exited the vehicle and entered the store. As I circled the lot waiting for the officer to return, I noticed that there was a vehicle with its side door open and no one around. I parked and approached the vehicle, after realizing that it was not only open but also still running and with no one around I called over one of the cart pushers and had them notify management. When management arrived, I explained what I saw. He called for security and to have the cameras reviewed for any information about the vehicle's owner. When Officer Twana approached, I identified myself and explained what I found as well as what management was doing. The officer assumed that this was a staged event by me to test him. I corrected him and from there I moved back to evaluate the officers' actions. He made contact again with management then notified his supervisor via phone. As this was going on he secured the area as best he could and waited for information to come in. the customer was eventually located, and they returned to the car. At this point I pulled the officer to the side and did a quick debrief so he could continue with his reporting.

Notes from our conversation below:
- We discussed his control of the situation and communication with higher authority throughout.
- I explained the importance of a through patrol being conducted at the times listed in his post orders.

Recommendations and Observations:

1. Officer displayed a calm demeanor throughout the situation. other than slight hesitation when deciding on a course of action once he had decided on one he committed to it.

2. I would suggest the officer be coached on the importance of presence patrols. The situation we found ourselves in could have been concluded sooner had he been actively patrolling the lot.

Photos





Videos  No videos

## Follow Up Notes

## Training history

| Date | Type | Passed | Grade |
|---|---|---|---|
| January 14, 2022 | TMO 1 | Yes | 100 (Houston) |

AUS 00732