# EXHIBIT 46



# City of Bellaire

**POLICE DEPARTMENT**
Onesimo Lopez – Chief of Police
5110 Jessamine Street, Bellaire, Texas 77401-4411
P 713.668.0487   |   F 713.662.8289
www.bellairepolice.com



CFS - Command Log

Printed on March 7, 2023

| | |
|---|---|
| **CFS #** | 220404-0292 |
| **Call Taker** | MMCLIN |
| **Location** | 5106 BISSONNET ST, Bellaire, TX |
| **Location Details** | |
| **Primary Incident Code** | Shoplifting : Shoplifting |
| **Mod** | |
| **Priority** | 2 |
| **Primary Disposition** | |
| **Beat** | D3 |
| **Call Time** | 04/04/22 16:58:48 |
| **Completed Time** | 04/04/22 17:44:54 |

---

### Reporters

**kevin (Initial Reporter)**

| | |
|---|---|
| **Sex** | |
| **DOB** | |
| **Address** | 5106 BISSONNET ST |
| | Bellaire, TX |
| **Report Time** | 04/04/22 16:58:48 |
| **How Reported** | Phone |
| **From Phone** | (979) 492-6148 |
| **Contact Phone** | |
| **Comments** | |

---

### Other Names

**hernandez, roberto (Other)**

| | |
|---|---|
| **Sex** | Male |
| **DOB** | |
| **Address** | |
| **Comments** | |

**HERNANDEZ, ROBERTO (Other)**

| | |
|---|---|
| **Sex** | Unknown |
| **DOB** | |
| **Address** | |
| **Comments** | |

**martinez, elmer (Other)**

| | |
|---|---|
| **Sex** | Unknown |
| **DOB** | |
| **Address** | |
| **Comments** | |

**MENDEZ, VICTOR (Other)**

| | |
|---|---|
| **Sex** | Male |
| **DOB** | |
| **Address** | |
| **Comments** | |

AhmedAllied000526



# City of Bellaire

POLICE DEPARTMENT

Onesimo Lopez – Chief of Police
5110 Jessamine Street, Bellaire, Texas 77401-4411
P 713.668.0487 | F 713.662.8289
www.bellairepolice.com



Case 220404-0292                                              Printed on March 7, 2023

| | |
|---|---|
| **Status** | Approved |
| **Report Type** | Patrol |
| **Primary Officer** | UNKNOWN |
| **Investigator** | None |
| **Reported At** | 04/04/22 17:31 |
| **Incident Date** | 04/04/22 17:31 |
| **Incident Code** | |
| **Location** | |
| **Beat** | |
| | |
| **Disposition** | Closed - Converted |
| **Disposition Date/Time** | 04/04/22 17:45 |
| **Disposition Comments** | |
| **Review for Gang Activity** | None |

## Case Comments

## Offense Information

| | |
|---|---|
| **Offense** | PUBLIC INTOXICATION |
| **Statute** | Converted Statute |
| **NIBRS Code** | 90E - Drunkenness |
| **Counts** | 1 |
| **Include In NIBRS** | No |
| **Completed** | Yes |
| **Entry Forced** | No |

## Dispatch Information

**CFS #** 220404-0292
**Location** 5106 BISSONNET ST, Bellaire, TX
**Incident Code** Shoplifting : Shoplifting
**Occurred Between** 04/04/22 16:58:48 and 04/04/22 17:44:54
**Assigned** 17:00:30   **Enroute** 17:01:00   **On Scene** 17:04:44   **Completed** 17:44:54

## Reporters

| | |
|---|---|
| **Name** | kevin |
| **Involvement** | Initial Reporter |
| **Sex** | |
| **DOB** | |
| **Address** | 5106 BISSONNET ST<br>Bellaire, TX |
| **Report Time** | 04/04/22 16:58:48 |
| **How Reported** | Phone |
| **From Phone** | (979) 492-6148 |
| **Contact Phone** | |
| **Comments** | |

## Other Names

AhmedAllied000527

**Name**        hernandez, roberto
**Involvement**  Other
**Sex**         Male
**DOB**
**Address**
**Comments**

**Name**        HERNANDEZ, ROBERTO
**Involvement**  Other
**Sex**         Unknown
**DOB**
**Address**
**Comments**

**Name**        martinez, elmer
**Involvement**  Other
**Sex**         Unknown
**DOB**
**Address**
**Comments**

**Name**        MENDEZ, VICTOR
**Involvement**  Other
**Sex**         Male
**DOB**
**Address**
**Comments**

## Vehicles

## Call Details
9

## CFS Responders

| | |
|---|---|
| 305 (Primary) | BPD (Primary) |
| 313 | BPD (Primary) |
| 316 | BPD (Primary) |
| 330 | BPD (Primary) |

## Arrestee

**HERNANDEZ, ROBERTO E.**
   Male, DOB                        Converted Statute - PUBLIC INTOXICATION

   HOMELESS
   TX

   (832) 865-5900 Cell

**mendez, victor**
   Male, DOB                        Converted Statute - PUBLIC INTOXICATION

   homeless
   TX

# Primary Narrative By TIMOTHY QUIMBY, 04/04/22 17:49
**NARRATIVE**

AhmedAllied000528

NARRATIVE:
ON MONDAY, 04/04/2022 AT APPROXIMATELY 1700 HOURS, BELLAIRE OFFICERS WERE DISPATCHED TO
HEB IN REFERENCE TO A SHOPLIFTING. THE SUSPECTS STOPPED BEFORE THEY EXITED THE STORE.
BOTH WERE ARRESTED FOR PUBLIC INTOXICATION, ROBERTO HERNANDEZ, W/M▮▮▮▮▮▮ AND AN
UNKNOWN MALE WERE TRANSPORTED TO THE BELLAIRE JAIL FOR PROCESSING AND DETENTION. AFTER
BEING FOUND INTOXICATED IN PUBLIC.
CHARGE INFORMATOIN:
218167 PI NON-AUTO BOND $210.00

## Supplement Narrative By TIMOTHY QUIMBY, 04/04/22 17:49
**MEDICAL INFORMATION**



## Supplement Narrative By CHRISTOPHER BARBER, 04/04/22 17:51
**ARREST NARRATIVE**

AhmedAllied000529



# City of Bellaire

**POLICE DEPARTMENT**

Oresimo Lopez – Chief of Police
5110 Jessamine Street, Bellaire, Texas 77401-4411
P 713.668.0487  |  F 713.662.8289
www.bellairepolice.com



CFS - Command Log

Printed on March 9, 2023

| | |
|---|---|
| **CFS #** | 220404-0292 |
| **Call Taker** | MMCLIN |
| **Location** | 5106 BISSONNET ST, Bellaire, TX |
| **Location Details** | |
| **Primary Incident Code** | Shoplifting : Shoplifting |
| **Mod** | |
| **Priority** | 2 |
| **Primary Disposition** | |
| **Beat** | D3 |
| **Call Time** | 04/04/22 16:58:48 |
| **Completed Time** | 04/04/22 17:44:54 |

### Reporters

**kevin (Initial Reporter)**

| | |
|---|---|
| **Sex** | |
| **DOB** | |
| **Address** | 5106 BISSONNET ST |
| | Bellaire, TX |
| **Report Time** | 04/04/22 16:58:48 |
| **How Reported** | Phone |
| **From Phone** | (979) 492-6148 |
| **Contact Phone** | |
| **Comments** | |

### Other Names

**hernandez, roberto (Other)**

| | |
|---|---|
| **Sex** | Male |
| **DOB** | ▮ |
| **Address** | |
| **Comments** | |

**HERNANDEZ, ROBERTO (Other)**

| | |
|---|---|
| **Sex** | Unknown |
| **DOB** | ▮ |
| **Address** | |
| **Comments** | |

**martinez, elmer (Other)**

| | |
|---|---|
| **Sex** | Unknown |
| **DOB** | |
| **Address** | |
| **Comments** | |

**MENDEZ, VICTOR (Other)**

| | |
|---|---|
| **Sex** | Male |
| **DOB** | ▮ |
| **Address** | |
| **Comments** | |

AhmedAllied000530

**Vehicles**

**Responders**

305 (Primary)                                      BPD (Primary)
313                                                BPD (Primary)
316                                                BPD (Primary)
330                                                BPD (Primary)

**Response Times**

**Assigned**    04/04/22 17:00:30
**Enroute**     04/04/22 17:01:00
**Arrived**     04/04/22 17:04:44
**Leaving**     04/04/22 17:14:34
**Arrived At**  04/04/22 17:18:57
**Completed**   04/04/22 17:44:54

**IR / External Agency Numbers**

220404-0292                                        PO: UNKNOWN

**Command Log** Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Shown

04/04/22 16:58:48 | MMCLIN | Call Received
04/04/22 16:58:48 | MMCLIN | log - [04/05/2022 00:35:43 : pos1 : mbledsoe]




******************** END OF TLETS RESPONSE ********************

[04/04/2022 17:30:59 : pos23 : mmclin]



AhmedAllied000531



\*\*\*\* DRIVER RECORD INFORMATION IS PERSONAL INFORMATION PROTECTED UNDER THE
FEDERAL DRIVER PRIVACY ACT OF 1994 (18 USC 2721, ET SEQ.) AS AMENDED AND THE
MOTOR VEHICLE RECORDS DISCLOSURE ACT, TEXAS TRANSPORTATION CODE 730 \*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\* END OF RECORD\*\*\*\*\*\*\*\*\*\*

AhmedAllied000532

******************* END OF TLETS RESPONSE ********************

[04/04/2022 17:30:15 : pos23 : mmclin]



AhmedAllied000533



AhmedAllied000534



[04/04/2022 17:14:06 : pos1 : mbledsoe]
[04/04/2022 17:13:42 : pos1 : mbledsoe]
305 MANAGER DIDNT WANT TO PURSUE CHARGES

[04/04/2022 17:13:30 : pos1 : mbledsoe]
305-ER PI
330 - ER PI

[04/04/2022 17:06:21 : pos23 : mmclin]
2 detained

[04/04/2022 17:05:13 : pos23 : mmclin]
at isle

[04/04/2022 17:04:35 : pos23 : mmclin]
going towards the self check out area

[04/04/2022 17:03:56 : pos23 : mmclin]
walking twrds the produce exit

[04/04/2022 17:02:45 : pos23 : mmclin]
they are going to the back of isle one

[04/04/2022 17:02:08 : pos23 : mmclin]
they are packing beer in the cart now

AhmedAllied000535

[04/04/2022 17:02:00 : pos23 : mmclin]
susps are both in their 50s-60s

[04/04/2022 17:01:48 : pos23 : mmclin]
they moved to isle 1... they are pushing a shopping cart with meats

[04/04/2022 17:01:21 : pos23 : mmclin]
security said that we do have a CTW on them and one of them will get violent when approched

[04/04/2022 17:00:47 : pos23 : mmclin]
They haven`t left the store yet. they are in the back of isle 2

[04/04/2022 17:00:12 : pos23 : mmclin]
Cross streets: S Rice Av//Cedar St
Landmark: HEB
Landmark Comment: BURG ███████
Fire ███████
    ███FIRE

2 hispanic males stealing beer
hispanic male, red-white plaid shirt, dark blue pants
hispanic male flalyn shirt, long black pants
04/04/22 16:58:48 | MMCLIN | log - Location Comment: Landmark Comment: BURG ███████
Fire ███
    ███FIRE
04/04/22 16:58:48 | MMCLIN | log - Directions: From :
From :
04/04/22 17:00:12 | MMCLIN | Call transmitted
04/04/22 17:00:30 | MMCLIN | 305 | Assign
04/04/22 17:01:00 | MMCLIN | 305 | enroute
04/04/22 17:01:51 | MMCLIN | 330 | Assign
04/04/22 17:01:55 | MMCLIN | 313 | Assign
04/04/22 17:01:56 | MMCLIN | 313 | enroute
04/04/22 17:01:58 | MMCLIN | 330-| enroute
04/04/22 17:04:42 | MMCLIN | 255 | Assign
04/04/22 17:04:44 | MMCLIN | 255 | onscene
04/04/22 17:04:48 | MMCLIN | 305 | onscene
04/04/22 17:05:19 | MMCLIN | 330 | onscene
04/04/22 17:07:10 | MMCLIN | 313 | onscene
04/04/22 17:07:26 | MMCLIN | 316 | Assign
04/04/22 17:07:29 | MMCLIN | 316 | enroute
04/04/22 17:12:00 | MMCLIN | 316 | available
04/04/22 17:14:34 | MMCLIN | 330 | leaving (Location: ER BOOKIN, 5106 BISSONNET ST, Bellaire )
04/04/22 17:18:57 | MMCLIN | 305 | arrived (Location: BOOKIN, 5106 BISSONNET ST, Bellaire )
04/04/22 17:27:10 | MMCLIN | 330 | arrived (Location: BOOKIN, 5106 BISSONNET ST, Bellaire )
04/04/22 17:44:54 | MMCLIN | 255 | complete
04/04/22 17:44:54 | MMCLIN | 305 | complete
04/04/22 17:44:54 | MMCLIN | 313 | complete
04/04/22 17:44:54 | MMCLIN | 330 | complete

| CLQ |
| --- |

**Requested At**
**Sent To**
**Status**
**Received At**
**Location**
**Accuracy**

AhmedAllied000536



# City of Bellaire

POLICE DEPARTMENT
Onesimo Lopez – Chief of Police
5110 Jessamine Street, Bellaire, Texas 77401-4411
P 713.668.0487 | F 713.662.8289
www.bellairepolice.com



## HERNANDEZ, ROBERTO E.



| | | | |
|---|---|---|---|
| **Sex** | Male | **Race** | White |
| **DOB** | ▮▮▮▮ | **Ethnicity** | Not Hispanic or Latino |
| **Current Age** | 56 | | |
| **Height** | 5' 6" | | |
| **Weight** | 210 lbs | **Eye Color** | Brown |
| **Deceased** | No | **Hair Color** | Brown |
| | | **Build** | Medium |
| | | **Complexion** | |

**Distinctive Markings**
None

## Contact Information

**Street Address** HOMELESS, TX
**Emergency Contact**                          **Phone #'s**
**Employer**                                   **Cell**     (832) 865-5900 Last Modified 4/4/22
**Occupation**

## Identification

**OLN**       TX▮▮▮▮▮▮▮

## Background

**Last Grade**             **Marital Status**              **Religion**
**Citizenship**            **Place of Birth**
**State of Birth**         **Country of Birth**

## Comments

age at arrest:: 55

## History

| 04/26/23 09:59 | Bellaire Police Department | CFS | #230426-2627 |
|---|---|---|---|
| HERNANDEZ, ROBERTO E (Arrestee); Incident Code Pris/Release : Prisoner Release | | | |

| 04/25/23 18:19 | Bellaire Police Department | Jail | Inmate #IN202300294 - HERNANDEZ, ROBERTO E - BPD (Male-5) |
|---|---|---|---|
| Charge: 400000 - BELLAIRE PD | | | |

| 04/25/23 17:39 | BPD | CFS | #230425-2569 |
|---|---|---|---|
| HERNANDEZ, ROBERTO E (Arrestee); Incident Code Warrant Service : Traffic/Warrant Arrest | | | |

| 04/04/22 17:31 | BPD | Incident | #220404-0292 |
|---|---|---|---|
| Involvements for HERNANDEZ, ROBERTO E. | | | |
| **Arrestee** | | | |
| Converted Statute - PUBLIC INTOXICATION | | | |

| 04/04/22 16:58 | BPD | CFS | #220404-0292 |
|---|---|---|---|
| hernandez, roberto (Other); Incident Code Shoplifting : Shoplifting | | | |

| 04/04/22 16:58 | BPD | CFS | #220404-0292 |
|---|---|---|---|
| HERNANDEZ, ROBERTO (Other); Incident Code Shoplifting : Shoplifting | | | |

| 05/13/19 01:59 | BPD | CFS | #190513-1014 |
|---|---|---|---|
| HERNANDEZ, ROBERTO E (Other); Incident Code Susp/Person : Suspicious Person | | | |

| 09/27/11 00:15 | BPD | CFS | #110927-2618 |
|---|---|---|---|
| HERNANDEZ, ROBERTO E (Other); Incident Code Traffic Stop : Traffic Stop | | | |

AhmedAllied000537

**Vehicles**

| | TX - Past Record Association |
|---|---|

| | | | |
|---|---|---|---|
| 09/27/11 00:15 | BPD | CFS | 110927-2618 |

AhmedAllied000538



# City of Bellaire

POLICE DEPARTMENT
Onesimo Lopez – Chief of Police
5110 Jessamine Street, Bellaire, Texas 77401-4411
P 713.668.0487  |  F 713.662.8289
www.bellairepolice.com



Case 220404-0292                                                            Printed on June 22, 2023

| | |
|---|---|
| **Status** | Approved |
| **Report Type** | Patrol |
| **Primary Officer** | UNKNOWN |
| **Investigator** | None |
| **Reported At** | 04/04/22 17:31 |
| **Incident Date** | 04/04/22 17:31 |
| **Incident Code** | |
| **Location** | |
| **Beat** | |

| | |
|---|---|
| **Disposition** | Closed - Converted |
| **Disposition Date/Time** | 04/04/22 17:45 |
| **Disposition Comments** | |
| **Review for Gang Activity** | None |

**Case Comments**

**Dispatch Information**

| | |
|---|---|
| **CFS #** | 220404-0292 |
| **Location** | 5106 BISSONNET ST, Bellaire, TX |
| **Incident Code** | Shoplifting : Shoplifting |
| **Occurred Between** | 04/04/22 16:58:48 and 04/04/22 17:44:54 |

| **Assigned** | 17:00:30 | **Enroute** | 17:01:00 | **On Scene** | 17:04:44 | **Completed** | 17:44:54 |
|---|---|---|---|---|---|---|---|

**CFS Responders**

| | |
|---|---|
| 305 (Primary) | BPD (Primary) |
| 313 | BPD (Primary) |
| 316 | BPD (Primary) |
| 330 | BPD (Primary) |

**Arrestee**

| | |
|---|---|
| **HERNANDEZ, ROBERTO E. - Age 55** | Converted Statute - PUBLIC INTOXICATION |
| **mendez, victor - Age 58** | Converted Statute - PUBLIC INTOXICATION |

## Primary Narrative By TIMOTHY QUIMBY, 04/04/22 17:49
**NARRATIVE**

NARRATIVE:
ON MONDAY, 04/04/2022 AT APPROXIMATELY 1700 HOURS, BELLAIRE OFFICERS WERE DISPATCHED TO
HEB IN REFERENCE TO A SHOPLIFTING. THE SUSPECTS STOPPED BEFORE THEY EXITED THE STORE.
BOTH WERE ARRESTED FOR PUBLIC INTOXICATION, ROBERTO HERNANDEZ, W/M DOB              , AND AN
UNKNOWN MALE WERE TRANSPORTED TO THE BELLAIRE JAIL FOR PROCESSING AND DETENTION. AFTER
BEING FOUND INTOXICATED IN PUBLIC.
CHARGE INFORMATOIN:
218167 PI NON-AUTO BOND $210.00

## Supplement Narrative By CHRISTOPHER BARBER, 04/04/22 17:51
**ARREST NARRATIVE**

AhmedAllied000539

Suspect and his companion were known shoplifters by HEB managment and security. HEB called police to wait for suspects to leave store. An overzelloues security officer jumped the gun and did not wait for suspects to pass final point of payment before confronting suspects. Suspects dumped merchandise but were both highly intoxicate. This suspect was too intoxicated to afis, of itentify and had no id documents on his person. He passed out upon being placed in holding cell H2. Will be moved to H3 per Sgt Norman
Subject was identified as Victor Mendez, dob
Charge
Bellaire Citation 218168 $210.00

AhmedAllied000540