# EXHIBIT 47



# INCIDENT REPORT

TYPE OF INCIDENT:

**CRIMINAL**
___ ASSAULT
___ ROBBERY/HOLD UP
___ BURGLARY
___ HARASSMENT
___ SEX OFFENSE
___ STOLEN VEHICLE
✓ THEFT
___ VANDALISM
___ UNDERAGE DRINKING
___ NARCOTICS USE/POSS.
___ DISTURBANCE

**OPERATIONS**
___ ALARM
___ FIRE
___ OPERATIONS EMERGENCY
___ PERSONAL ACCIDENT
___ AUTO ACCIDENT
___ BOMB THREAT
___ UNSECURED PROPERTY
___ SMOKE/ODOR INVEST.
___ SAFETY HAZARD

**SERVICES**
___ MEDICAL EMERG.
___ LOST/FOUND
___ PROPERTY
___ ASSIST OTHER DEPARMENTS
___ OTHER _____

DATE OF INCIDENT: 4/4/22   TIME OF INCIDENT: _____ Hrs (use military time)

DATE OF INCIDENT REPORTED: 4/4/22   TIME OF INCIDENT REPORTED: _____ Hrs (use military time)

COMPLAINANT/PERSON REPORTING:

NAME: Twanda Uma   AGE: ___   SEX: (MALE) (FEMALE)   PHONE# 832-896-9276 HOME

ADDRESS/CITY/STATE/ZIP: 9919 Richmond Houston TX 77042   PHONE# 832-896-9276 WORK

IS REPORTING PARTY INVOLVED IN INCIDENT? (YES) (NO)

IF NO DESCRIBE THE RELATIONSHIP OF REPORTING PARTY (witness, relative, etc.): _____

VICTIM (if other than reporting party):

NAME: _____   AGE: ___   SEX: (MALE) (FEMALE)   PHONE# _____ HOME

ADDRESS/CITY/STATE/ZIP: _____   PHONE# _____ WORK

HOW WAS REPORT RECEIVED: ___ AT TIME OF INCIDENT   ___ DELAYED IN PERSON   ___ DELAYED BY TELEPHONE

REASON FOR DELAY (if any): _____

WERE LOCAL AUTHORITIES NOTIFIED: (YES) (NO)   BY WHOM: _____

POLICE: ✓   FIRE: ___   AMBULANCE: ___   OFFICERS BADGE/VEHICLE # _____   # _____

TIME OF ARRIVAL: _____ Hrs (use military time)   REPORT/COMPLAINT # _____

CONTRACT/LOCATION: _____

TYPE OF PREMISES: MGR MALL ___ OFFICE BUILDING ___ BANK ___ CONSTRUCTION
___ CONDOMINIUM ___ PARKING GARAGE ___ NURSING HOME ___ OTHER (describe)

EXACT LOCATION OF INCIDENT (give landmarks): 5106 Bissonnet St

WAS CLIENT NOTIFIED? (YES) (NO)   TIME: 4:50   WHOM WAS NOTIFIED? MIC   (name and title)

WAS ACCOUNT MANAGER NOTIFIED? (YES) (NO)   TIME: 5:59 PM

AUS 00671

# Use of Force and Reporting Policy; Use of Force Report Form

**DATE ISSUED:** 02/28/2005
**DATE REVISED:** 08/19/2021

## Use of Force Incident Report

*Instructions*: Security Professionals are required to complete this report within 24 hours of any incident involving the application of force as defined in the Allied Universal Firearms and Use of Force Policies. Additionally, this form is to be forwarded by the Account Manager or Field Operations Manager over the Security Professional involved in the event to the Legal Services Group (force@aus.com) with copies to the supervisor's management chain (i.e. BM, RVP, RPs).
If a firearm was discharged, do not complete this form; complete the *Preliminary Report of Firearm Discharge*.

4-4-22  @1900
Date and Time of Report:          Police Report No. (if known):

4-4-22  1650
Date and Time of Incident:        Location of Incident:
                                  HEB 738
Customer/Site Name                Job No.

HEB 738
Branch                            Region

Identity of all Allied Universal personnel involved:
Twona Ahmed

Identity of Person(s) Restrained, Detained, or otherwise subject to Use of Force:

CONFIDENTIAL AND PRIVILEGED
PREPARED AT THE REQUEST OF THE ALLIED UNIVERSAL LEGAL DEPARTMENT

AUS 00672

Identity of all Witnesses to the Incident (include addresses and phone numbers):

N/A

Description of Injuries to Allied Universal personnel:

N/A

Description of Injuries to other than Allied Universal personnel:

N/A

Description of Property Damage:

N/A

CONFIDENTIAL AND PRIVILEGED
PREPARED AT THE REQUEST OF THE ALLIED UNIVERSAL LEGAL DEPARTMENT

AUS 00673



### ALLIEDUNIVERSAL℠ SECURITY SERVICES

**Employee Statement**

Today's Date: 11-4-22                          Date HR Rec'vd: _____

**Employee Information**

Name: TWRNA AHMED                              Emp. #: _____
Phone 1: 822-896-9276                          Phone 2: _____
Manager: _____                              Site Name: _____

Allied Universal Concern Resolution process provides employees with an opportunity to communicate work-related issues or concerns. Please assist us in collecting the information necessary to conduct a full and fair investigation into the issue in question. Your input is a vital part of our investigation.

Allied Universal has a compelling interest in protecting the integrity of its investigations. During investigations, Allied Universal has a strong desire to protect witnesses from harassment, intimidation and retaliation, to keep evidence from being destroyed, to ensure that testimony is not fabricated, and to prevent a cover-up. AlliedBarton may request in some circumstances that in order to achieve these objectives, information shared in investigation remain confidential.

**1. List your concern and or complaint. Please be as specific as possible**

Please answer the questions below. Use additional sheets as necessary. Once complete please return to the Human Resources Department using one of the methods listed below. Once statement is received it will be reviewed and you will be contacted.

Fax:              Allied Universal Security/ HR – 713-802-1326
Mail:             Allied Universal Security/HR – 1235 N Loop West Suite 400 Houston, TX 77008
In person drop-off:   Allied Universal Security/HR – 1235 N. Loop West 4th Floor

HEB MIC Kevin ixated ME on MY POSTSIDE PHONE ABOUT COUPLE GUYS THEY ARE ATTEMPTED TO STAING MERCHANDISE ~~ALMS~~ FROM THE STORE HE SAID ALREADY KICKED STORE THE MIGHT COMEback aGain HE called ME back FEW minutes later in HE THEY GIRL COME INSIDE THE STORE KEEP YOUR EYS OTHEM I WENT back inside THE STORE THEY Had a ~~basket off full~~ alcohol in DEER

**2. List all facts that support your concerns. Who, What, When, Where**

AUS 00674