# EXHIBIT 48

| | |
|---|---|
| **From:** | King, Bill on behalf of King, Bill <Bill.King@aus.com> |
| **To:** | McKinnon, Kareem; Solis-Ramirez, Felicia |
| **Cc:** | Freeney, Patrick; Westman, Mark |
| **Subject:** | RE: ***Attorney Client Privilege*** UOF Twana Ahmed 04042022 |
| **Date:** | Thursday, April 7, 2022 1:55:06 PM |
| **Attachments:** | image002.jpg |
| | image004.png |

Approved on my end as well.

Felicia – Let's resubmitted this one via force@aus.com, Justin, etc. from you or me with our panel results and next steps.

Patrick – Sorry that this process may be a surprise to you. Long story short.

**Bill King**
Regional Vice President

**Allied Universal**
C: 346.802.8305 | bill.king@aus.com

**From:** McKinnon, Kareem
**Sent:** Thursday, April 7, 2022 12:49 PM
**To:** Solis-Ramirez, Felicia <Felicia.Solis-Ramirez@aus.com>; King, Bill <Bill.King@aus.com>
**Cc:** Freeney, Patrick <Patrick.Freeney@aus.com>; Westman, Mark <Mark.Westman@aus.com>
**Subject:** RE: ***Attorney Client Privelidge*** UOF Twana Ahmed 04042022

While I hate to lose an Elite s/p. I totally agree.

This is a good review process. Thank you!

**Kareem McKinnon**
Regional Vice President

**Allied Universal**
C: 832.687.9248 | kareem.mckinnon@aus.com
License # C15802

**From:** Solis-Ramirez, Felicia <Felicia.Solis-Ramirez@aus.com>
**Sent:** Thursday, April 7, 2022 12:39 PM
**To:** McKinnon, Kareem <Kareem.McKinnon@aus.com>; King, Bill <Bill.King@aus.com>
**Cc:** Freeney, Patrick <Patrick.Freeney@aus.com>; Westman, Mark <Mark.Westman@aus.com>
**Subject:** FW: ***Attorney Client Privelidge*** UOF Twana Ahmed 04042022

Hi HEB Team,

In reviewing the attached and speaking with Patrick, it is my recommendation that the officer be terminated. Here are some highlights from the attached:
- SP signed UoF checkpoint in the field with FS on 2/14/22 (pictured below).
- SP knowingly violated the policy by restraining a shoplifter that was not a threat to the SP or the public.
- SP refused to complete a written statement and did not submit a HeliAUS report following the incident (activity, event or incident).
- SP refused to sign disciplinary counseling.

Thank you so much and have a *PHENOMENAL* day!

**Felicia Solis-Ramirez**
Branch Manager, San Antonio
C: 210.260.1355 | Felicia.Solis-Ramirez@aus.com

---

**From:** Freeney, Patrick <Patrick.Freeney@aus.com>
**Sent:** Thursday, April 7, 2022 9:36 AM
**To:** Solis-Ramirez, Felicia <Felicia.Solis-Ramirez@aus.com>
**Subject:** ***Attorney Client Privelidge*** UOF Twana Ahmed 04042022


Thanks in advance!

**Patrick G. Freeney**
Elite Client Manager for HEB/Houston
**Allied Universal Security Services**
11811 North Freeway| Suite 810 | Houston, TX  77060
C: 762.524.1023 | **patrick.freeney@aus.com**
License number: C15802
www.AUS.com

[?]

HE>i

AUS 00826