# EXHIBIT 49

 (https://my.aus.com)

# Personnel Action Notice Service Staff Separation: PANHS2022-0426-1401

**Submitted By**

Patrick Freeney

**Submitted On**

Tuesday, April 26, 2022 11:43 AM

**Subject**

Twana Ahmed Termination

**Selected Stakeholders**

| Ralon Hardy |
| Brenda Richmond |
| Deja Ingram |
| Matthew Gaussen |
| Catherine Barnes |

**Employee Details**

**Employee Number**

(9352791) Twana Ahmed

**Supervisor**

(9345448) Patrick Freeney

**Name**

Twana Ahmed

**Job Number**

(WE572174) HEB - UGS (Admin) Houston Supervision



(https://my.aus.com)

**State**

```
TX
```

## Separation Details

**Separation Date** ⓘ (https://my.aus.com/sites/SSO/Shared%20Documents/Guidelines%20for%20Determining%20Separation%20Date.xlsx)

```
04/04/2022
```

**Last Day Worked** ⓘ

```
04/04/2022
```

**Separation Type**

```
Involuntary
```

**Separation Reason**

```
Terminated - Failure To Comply With Job Req
```

**Company Gave Notice?**

[ Yes ] [ **No** ]

**Notice Date** ⓘ

```
mm/dd/yyyy
```

**Eligible for Rehire?**

[ Yes ] [ **No** ]

## Check Request Details

**Unpaid Timekeeping** ⓘ

| Job | Work Date | Hours Type | Hours | Rate |
|---|---|---|---|---|
| There are no unpaid timekeeping records available. | | | | |

AUS 00701

**ALLIEDUNIVERSAL** (https://my.aus.com)

### Other Compensations & Deductions ⓘ            Add ➕

| Type | Job | Description | Amount |
|---|---|---|---|
| There is no withholding information available. | | | |

### Process On

[ Next Check ] [ **Separate Check** ]

### Delivery Method

[ **Normal** ] [ Hand Delivered ]

### Additional Details

[                                                                 ]

### Schedule ⓘ                                              Refresh ↻

| Job | Work Date | Hours Type | Hours | Rate |
|---|---|---|---|---|
| There are no scheduled work dates available. | | | | |

**Here's the remaining vacation and sick balances we know about, which will be paid out based on state and contractual requirements.**

### Sick

**Eligible**

0.00

### Vacation (Calendar 1-2=40 (0.7693),3-7=80 (1.5385),8+=120 (2.3077))

**Eligible**

2.30

**Scheduled**

0.00

**Balance**

2.30

**Vacation Billable?**

AUS 00702

 (https://my.aus.com)

Yes No

## Attachments

| File Name | Description | Type | |
|---|---|---|---|
| | | | |

## Request History

| When | Added By | Notes |
|---|---|---|
| | | |

## Request Action History

| When | Actioned By | Action Taken |
|---|---|---|
| Over a year ago | Patrick Freeney | Request Submitted |
| Over a year ago | kehess | Complete Request |

AUS 00703