IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Twana Ahmed, <br><br> *Plaintiff,* <br><br> v. <br><br> Universal Protection Service, LP, d/b/a Allied Universal Security Services, <br><br> *Defendant.* | § § § § § § § § § § § § § § No. 4:23-cv-02823 |

**ORDER**

The Court GRANTS the *Unopposed Motion to Extend the Summary Judgment Response and Reply Deadlines*. It is therefore ORDERED that

1. any response to Defendant's Motion for Summary Judgment [ECF Doc. No. 27], including supporting evidence, shall be filed on or before January 22, 2025; and

2. any reply in support of Defendant's Motion for Summary Judgment [ECF Doc. No. 27] shall be filed on or before February 21, 2025.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Lee H. Rosenthal
United States District Judge