Case 4:23-cv-02823   Document 33   Filed on 01/09/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 09, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § | |
| *Plaintiff,* | § | |
| v. | § | No. 4:23-cv-02823 |
| Universal Protection Service, LP, d/b/a Allied Universal Security Services, | § | |
| *Defendant.* | § | |

## ORDER

The Court GRANTS the Unopposed Motion to Extend the Summary Judgment Response and Reply Deadlines. It is ORDERED that

1. any response to Defendant's Motion for Summary Judgment, including supporting evidence, will be filed on or before January 22, 2025; and

2. any reply in support of Defendant's Motion for Summary Judgment will be filed on or before February 21, 2025.

Signed on January 9, 2025, at Houston, Texas.

Hon. Lee H. Rosenthal
Senior United States District Judge

1