IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| | § | No. 4:23-cv-02823 |
| | § | |
| Universal Protection Service, LP, d/b/a | § | |
| Allied Universal Security Services, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Having considered Defendant's Motion for Summary Judgment [ECF Doc. No. 27], all associated briefing and proffered evidence supporting and opposing it, and the applicable law, the Court is of the considered opinion that this motion should be, and hereby is, DENIED. In accordance with Federal Rule of Civil Procedure 56(a), the Court states that the reason it is denying this motion is because there are genuine disputes as to material facts and so Defendant is not entitled to judgment as a matter of law.

IT IS SO ORDERED.

Signed on _____, at Houston, Texas, by

_____
Hon. Lee H. Rosenthal
United States District Judge

1