AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| TWANA AHMED<br>*Plaintiff*<br>v.<br>UNIVERSAL PROTECTION SERVICE, LP<br>*Defendant* | )<br>)<br>) Case No. 4:23-CV-02823<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNIVERSAL PROTECTION SERVICE, LP.

Date: 01/27/2025

*Attorney's signature*

Nathan Shine, SDTX Bar No. 3874604
*Printed name and bar number*

500 Davis Street
Suite 1010
Evanston, IL 60201

*Address*

nshine@martensonlaw.com
*E-mail address*

(224) 350-3123
*Telephone number*

(312) 586-8546
*FAX number*