# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge Lee H. Rosenthal |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : : : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

Considering the foregoing Motion to Substitute Counsel:

IT IS HEREBY ORDERED that the Motion to Substitute Counsel is GRANTED. Jessica E. Chang of Martenson, Hasbrouck & Simon LLP is hereby substituted as counsel of record for Defendant, Universal Protection Service, LP d/b/a Allied Universal Security Services and Kelly Eisenlohr-Moul is removed as counsel for Defendant.

SIGNED this ____ day of _____, 2025.

_____
Honorable Judge Lee H. Rosenthal