United States District Court
Southern District of Texas

**ENTERED**

January 29, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

TWANA AHMED,                                      :

          Plaintiff,                               :        Case No. 4:23-cv-02823

                                  :

v.                                                :        Hon. Judge Lee H. Rosenthal

                                  :

UNIVERSAL PROTECTION SERVICE,    :
LP d/b/a ALLIED UNIVERSAL
SECURITY SERVICES,                        :

                                  :

          Defendant.                              :

                                  :

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

The Motion to Substitute Counsel is GRANTED. Jessica E. Chang is substituted as counsel of record for Defendant, Universal Protection Service, LP, and Kelly Eisenlohr-Moul is withdrawn as counsel for Defendant.

SIGNED this 28 day of January , 2025.

Honorable Judge Lee H. Rosenthal