# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge Lee H. Rosenthal |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

The Court GRANTS the Unopposed Motion to Extend Defendant's Deadline to Reply in Support of Summary Judgment. It is therefore ORDERED that:

1. Any reply in support of Defendant's Motion for Summary Judgement [ECF Doc. No. 27] shall be filed on or before March 14, 2025.

SO ORDERED.

Signed on _____, at Houston, Texas

_____
Hon. Lee. H. Rosenthal
United States District Judge