United States District Court
Southern District of Texas
**ENTERED**
February 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TWANA AHMED, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. 23-2823 |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | § |
| Defendant. | § |

## ORDER

The defendant, Universal Protection Service, has moved for a three-week extension of its deadline to file a reply to the pending motion for summary judgment. (Docket Entry No. 38). The motion is unopposed. Universal has good reason for the extension that it seeks. The motion is granted. Universal may file its reply by March 17, 2025.

SIGNED on February 21, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge