# EXHIBIT A

| | |
|---|---|
| **From:** | Hernandez, Nathan on behalf of Hernandez, Nathan <Nathan.Hernandez@aus.com> |
| **To:** | Freeney, Patrick; Westman, Mark |
| **Cc:** | Parham, Patrick; Zepeda, Mauricio |
| **Subject:** | Re: 2022 COE not completed- HOUSTON |
| **Date:** | Thursday, April 14, 2022 11:28:44 AM |
| **Attachments:** | image003.png |
| | image005.png |
| | image006.png |
| | image001.jpg |

Please pan these ppl
Jomel wade
Fidencio Velasquez
Damaso Mota
Maurice Spencer
Christopher Douglas
Brandon confair
Twana Ahmed

**NATHAN HERNANDEZ**

Field Supervisor

**Allied Universal Security Services**

11811 North Freeway | Suite 810 | Houston, TX 77060

C: 281.219.7191 |Nathan.hernandez@aus.com
www.AUS.com

---

**From:** Westman, Mark <Mark.Westman@aus.com>
**Sent:** Thursday, April 14, 2022 11:12:22 AM
**To:** Freeney, Patrick <Patrick.Freeney@aus.com>
**Cc:** Hernandez, Nathan <Nathan.Hernandez@aus.com>; Parham, Patrick <Patrick.Parham@aus.com>; Zepeda, Mauricio <Mauricio.Zepeda@aus.com>
**Subject:** 2022 COE not completed- HOUSTON

Here's the updated list.  Please call each officer (right now) and have them complete this in the edge.  Takes 10 minutes.

If they are on post, tell them to take a break and go the breakroom and do it on their phone.

Must be completed by COB Friday.

Respectfully,

S. Mark Westman- US Navy Vet
Client Portfolio Director

**Allied Universal Security**

AUS 01083