# EXHIBIT C

Case 4:23-cv-02823   Document 40-3   Filed on 03/17/25 in TXSD   Page 1 of 2

# Nathan Shine

| | |
|---|---|
| **From:** | Amanda Hernandez <amanda@ahfirm.com> |
| **Sent:** | Thursday, January 16, 2025 10:55 PM |
| **To:** | Nathan Shine; Jessica E. Chang |
| **Cc:** | Amy Gibson; David L. Wiley |
| **Subject:** | Ahmed v. Universal |
| **Attachments:** | 2025.01.16 Pl second supplemental Initial discovery disclosures (part a).pdf |

Nathan,

Attached are Twana's:

1. Amended initial discovery disclosures [part a—persons with knowledge]—this is adding one person that I just became aware of: Kamesha Sterling

2. Supplemental production, via this link due to size, which includes:
   AhmedAllied 000665-000687 news articles.pdf
   AhmedAllied 000688-000695 Communications [job application responses].pdf
   AhmedAllied 000696-000755 Documents [other lawsuits].pdf
   AhmedAllied 000756-000785 Documents [police records].pdf
   AhmedAllied 000783.wav
   AhmedAllied 000784.wav
   AhmedAllied 000785.wav
   AhmedAllied 000786-000788 Pictures [allied shirt].pdf
   AhmedAllied 000789-000791.pdf
   AhmedAllied 000790.mp4
   AhmedAllied 000791.mov

   The link will expire in 30 days.

Amanda Hernandez
AH LAW, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
Office: 713.588.4359
Direct: 915.204.8928