UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Twana Ahmed

v.  Case Number: 4:23–cv–02823

Universal Protection Service, LP

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/29/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Docket Call

Date:   March 25, 2025

Nathan Ochsner, Clerk