# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge Lee H. Rosenthal |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : | |
| | : | |
| Defendant. | : | |

**ORDER GRANTING DEFENDANT'S REQUEST FOR A STAY**

The defendant, Universal Protection Service, LP d/b/a Allied Universal Security Services, has moved for a stay of the Joint Pretrial Order and Motions in Limine deadlines pending the entry of an order on Defendant's Motion for Summary Judgment. The Court, having considered the motion, is of the opinion that it has merit and is therefore granted. The Court therefore issues the following order:

It is hereby ORDERED that the Joint Pretrial Order and Motions in Limine deadlines are hereby STAYED, and the Docket Call to be rescheduled, pending resolution of Defendant's Motion for Summary Judgment.

Signed on _____, at Houston, Texas.

_____
Hon. Lee. H. Rosenthal
Senior United States District Judge

1