# Exhibit A

# email chain requesting conference on joint pretrial order

**Subject:** Ahmed v. Universal Protection JPTO
**Date:** Monday, March 24, 2025 at 8:38:18 AM Central Daylight Time
**From:** Amanda Hernandez
**To:** Nathan Shine
**CC:** Amy Gibson, David L. Wiley, Jessica E. Chang

Nathan/Jessica:

Let me know your availability to confer on the joint pretrial order. I have availability Tuesday and Wednesday this week, and Tuesday and Wednesday next week.


Amanda Hernandez
AH LAW, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
Office: 713.588.4359
Direct: 915.204.8928

| | |
|---|---|
| **Subject:** | RE: Ahmed v. Universal Protection JPTO |
| **Date:** | Monday, March 24, 2025 at 2:13:19 PM Central Daylight Time |
| **From:** | Nathan Shine |
| **To:** | Amanda Hernandez |
| **CC:** | Amy Gibson, David L. Wiley, Jessica E. Chang |
| **Attachments:** | image001.png |

Amanda,

Next week, Tuesday is preferred as Jessica is traveling this week. Is there a time that works better for you?

Where the MSJ was fully briefed as of last week, and it remains pending with the Court, would you oppose an extension of the JPTO/MIL deadline and Docket Call? It's anticipated that respective positions and the necessary work to complete all pre-trial work will change depending on the Court's ruling. This would also limit additional expenses until we know the issue(s) to be tried. We could ask the Case Manager for available dates 3-4 months out.

Thanks,
Nathan

**Nathan A. Shine** | Of Counsel
**Martenson, Hasbrouck & Simon LLP**
500 Davis Street, Suite 1010
Evanston, IL 60201
T: (224) 350-3123 | F: (312) 586-8546
nshine@martensonlaw.com | martensonlaw.com



Page 2 of 4

| | |
|---|---|
| **Subject:** | Re: Ahmed v. Universal Protection JPTO |
| **Date:** | Tuesday, March 25, 2025 at 9:52:49 AM Central Daylight Time |
| **From:** | Amanda Hernandez |
| **To:** | Nathan Shine |
| **CC:** | Amy Gibson, David L. Wiley, Jessica E. Chang |
| **Attachments:** | image001.png |

Hey Nathan,

Let's plan for 10:00am next Tuesday to confer.

Regarding extension, we don't expect the court to grant summary judgment here. We don't agree to extending 3-4 months, but since the summary judgment briefing bled into our pretrial deadlines, we would agree to extending the joint pretrial deadline and docket call 4-5 weeks so we can better work together at providing quality pretrial items. This would put us at May 2nd or May 9th for JPTO, and May 9th or May 16th for docket call.

Amanda Hernandez
AH LAW, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
Office: 713.588.4359
Direct: 915.204.8928

Page 3 of 4

| | |
|---|---|
| **Subject:** | RE: Ahmed v. Universal Protection JPTO |
| **Date:** | Tuesday, March 25, 2025 at 10:29:11 AM Central Daylight Time |
| **From:** | Nathan Shine |
| **To:** | Amanda Hernandez |
| **CC:** | Amy Gibson, David L. Wiley, Jessica E. Chang |
| **Attachments:** | image001.png |

Thanks, Amanda. I circulated a calendar invite for next Tuesday at 10:00 AM.

**Nathan A. Shine** | Of Counsel
**Martenson, Hasbrouck & Simon LLP**
500 Davis Street, Suite 1010
Evanston, IL 60201
T: (224) 350-3123 | F: (312) 586-8546
nshine@martensonlaw.com | martensonlaw.com

