IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § § § | CIVIL ACTION NO. 4:23-cv-02823 |
| Universal Protection Service, LP, d/b/a Allied Universal | § § § § | Jury Trial Demanded |
| *Defendant.* | § § § | |

# PLAINTIFF TWANA AHMED'S EXHIBIT LIST

Twana Ahmed may offer or use any exhibit listed on Defendant's exhibit list, including any amended or supplemental exhibit list.

| No. | Description | Offer | Object | Date Admit | Date N/Admit |
|---|---|---|---|---|---|
| | 2021 blank calendars | | | | |
| 1 | November 2021 calendar [AhmedAllied 792] | | | | |
| 2 | December 2021 calendar [AhmedAllied 793] | | | | |
| | 2022 blank calendars | | | | |
| 3 | January 2022 calendar [AhmedAllied 794] | | | | |
| 4 | February 2022 calendar [AhmedAllied 795] | | | | |
| 5 | March 2022 calendar [AhmedAllied 796] | | | | |
| 6 | April 2022 calendar [AhmedAllied 797] | | | | |
| 7 | May 2022 calendar [AhmedAllied 798] | | | | |
| 8 | June 2022 calendar [AhmedAllied 799] | | | | |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | **Allied Universal policies & procedures** |   |   |   |   |
| 9 | Allied Universal Code of Ethics [AhmedAllied 230-254] |   |   |   |   |
| 10 | Allied Universal "Values—'What we believe'" [AUS 1623] |   |   |   |   |
| 11 | Allied Universal "Our Clients" [AUS 1624] |   |   |   |   |
| 12 | Allied Universal Policy Against Harassment and Discrimination [AUS 571-574] |   |   |   |   |
| 13 | Allied Universal "Zero Tolerance Policy" [AUS 1662-1663] |   |   |   |   |
| 14 | Allied Universal "Types of Bullying" [AUS 1669] |   |   |   |   |
| 15 | Allied Universal "Reporting Harassment" [AUS 1671] |   |   |   |   |
|   |   |   |   |   |   |

| | | | | | |
|---|---|---|---|---|---|
| 16 | Allied Universal "Final Thought— Would you want your child to be on the receiving end . . . ?" [AUS 1673] | | | | |
| 17 | Allied Universal Career Org Chart [AUS 1690] | | | | |
| 18 | Allied Universal Disciplinary Matrix [AUS 743-746] | | | | |
| 19 | Allied Universal Use of Force and Reporting Policy [AUS 734-742] | | | | |
| 20 | Allied Incident Reporting & Response Policy [AUS 713-721] | | | | |
| 21 | Allied Universal Employee Relations Investigation Guidelines [AUS 1918-1921] | | | | |
| 22 | Allied Universal Employee Relations Investigative Interview Process— Step 1 [AUS 1922-1925] | | | | |
| 23 | Allied Universal Employee Relations Investigative Interview Forms [AUS 1930-1946] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | Allied Universal ESG Report 2022 [AhmedAllied 358-408] | | | | | |
| 25 | Allied Universal –About Ethics Point [AhmedAllied 409-414] | | | | | |
| 26 | AlliedUniversal employee handbook [AUS 81-268] | | | | | |
| | 2021 hiring | | | | | |
| 27 | December 15, 2021 onboarding certificates [AUS 663-664] | | | | | |
| 28 | December 15, 2021 onboarding badge receipt form [AUS 665] | | | | | |
| 29 | blank private security form requiring country of birth [AUS 01548] | | | | | |
| 30 | December 29, 2021 completed private security form with Iraq as country of birth [AUS 656] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | picture of Allied uniform issued to Twana Ahmed [AhmedAllied 787-788] | | | | | |
| 32 | picture of correct Allied Elite Security Officer uniform [AhmedAllied 584] | | | | | |
| | January 2022 training | | | | | |
| 33 | picture of Twana Ahmed with Monroe McCain during training [AhmedAllied 591] | | | | | |
| 34 | picture of some people in training class with beards [AUS 1803] | | | | | |
| 35 | picture of Twana Ahmed at target qualification training [AUS 1804] | | | | | |
| 36 | video of Mauro Siboldi in Allied Taser training [AhmedAllied 617] | | | | | |
| 37 | video of Twana Ahmed in Allied Taser training [AhmedAllied 612] | | | | | |

|  | **January 2022 meeting with Allied Manager Patrick Freeney** |  |  |  |  |
|---|---|---|---|---|---|
| 38 | January 31, 2022 texts between Twana Ahmed and Patrick Freeney [AhmedAllied 566] |  |  |  |  |
|  | **February 2022** |  |  |  |  |
| 39 | texts about working City of Houston Allied account with Ms. Travis [AhmedAllied 565] |  |  |  |  |
|  | **March 2022 encounter with drunk men arrested at H-E-B** |  |  |  |  |
| 40 | March 19, 2022 police records of two men arrested due to conduct at H-E-B on San Felipe [AhmedAllied 494-521] |  |  |  |  |
| 41 | March 19, 2022 audio recording of 911 call due to conduct at H-E-B on San Felipe [AhmedAllied 562] |  |  |  |  |
| 42 | March 19, 2022 picture of men arrested at H-E-B on San Felipe [Ahmed Allied 589] |  |  |  |  |

|  | April 2022 encounter with same drunk men arrested at H-E-B | | | | | |
|---|---|---|---|---|---|---|
| 43 | April 4, 2022 texts including picture of man about whom H-E-B manager is claiming theft and other problems [AhmedAllied 594-595] | | | | | |
| 44 | April 4, 2022 pictures of two men about whom H-E-B manager is claiming theft and other problems [AhmedAllied 588] | | | | | |
| 45 | April 4, 2022 incident report and statement [AUS 671-674] | | | | | |
| 46 | Twana Ahmed phone note about April 4, 2022 incident [AhmedAllied 661] | | | | | |
|  | April 2022 suspension meeting and aftermath | | | | | |
| 47 | April 5, 2022 Twana Ahmed message to Freeney—arrived at the office [AhmedAllied 569] | | | | | |
| 48 | April 6, 2022 weapon return forms [AhmedAllied 448-449] | | | | | |

| 49 | Allied emails discussing Patrick Freeney's use of force report about Twana Ahmed [AUS 891-895, 814, 817- 820, 871, 837, 845, 836, 825, 826, 991, 972, 804, 959, 991] | | | | |
|---|---|---|---|---|---|
| 50 | April 8, 2022 incident report signed by Felicia Solis-Ramirez [AUS 708-711] | | | | |
| 51 | April 11, 2022 email from Allied human resources produced without date [AUS 1547-1548; AhmedAllied 446 (with date)] | | | | |
| 52 | April 21, 2022 text requesting call with human resources [AhmedAllied 566] | | | | |
| 53 | April 25, 2022 email reporting discrimination [AUS 1543] | | | | |
| 54 | April 26, 2022 Patrick Freeney's submission form requesting Twana Ahmed's termination [AUS 700-703] | | | | |
| | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | April 26, 2022 email confirming termination request—cc Catherine Barnes [AUS 1542] | | | | | |
| 56 | Undated Alex Bergeron Disciplinary Notice—Bergeron did not complete Heliaus Report for April 4, 2022 incident [AUS 667] | | | | | |
| | **May 2022** | | | | | |
| 57 | Early May 2022 emails with human resources [AUS 1541, 1527, 1539, 1535, 1530] | | | | | |
| 58 | May 16, 2022 email to human resources about status [AUS 1527] | | | | | |
| 59 | May 24, 2022 – May 25, 2022 texts saying ineligible for rehire and so revealing termination [AhmedAllied 570, 572] | | | | | |
| 60 | May 25, 2022-May 27, 2022 human resources communications and hotline summary [AUS 1257-1262, 1268, 1412] | | | | | |

| | June 2022 | | | | | |
|---|---|---|---|---|---|---|
| 61 | June 2022 human resources text messages [AhmedAllied 578-579] | | | | | |
| 62 | June 8, 2022 email to human resources [AUS 1332-1334] | | | | | |
| 63 | Allied emails concerning Twana Ahmed's reports of discrimination and harassment [AUS 763, 765, 769, 770, 798, 799, 802, 803, 1054, 1062, 1064, 1121, 1122, 1134-1137, 1189, 1190, 1192, 1194, 1219, 1232, 1242, 1399] | | | | | |
| 64 | June 2022 not my signature communication [AUS 1219, 1064, 1913, 1062, 1216, 1912, 1057, 1213, 1054, 1206, 1209, 1203] | | | | | |
| 65 | Allied HR emails— "he said, he said" [AUS 1297-1298] | | | | | |
| 66 | fabricated discipline forms [AUS 778-779, 668-670] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | Allied emails concerning need to interview about "falsification of the disciplinary" [AUS 1134-1137, 1297] | | | | | |
| 68 | June 3, 2022 Patrick Freeney text—quitting [AUS 1908] | | | | | |
| 69 | June 17, 2022 Patrick Freeney separation form [AUS 1906-1907, 1909] | | | | | |
| | **reports of other Allied security guard use of force for which no incident reports were produced** | | | | | |
| 70 | April 13, 2022 through June 21, 2022 news report about different Allied security guard's use of force —pepper spray and dragging female [AhmedAllied 680-681] | | | | | |
| 71 | News video from April 13, 2022 through June 21, 2022 incident with different Allied security guard [AhmedAllied 791] | | | | | |
| 72 | July 4, 2022 records about other Allied Security guard's use of force [AhmedAllied 757-758-782] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 73 | video — two different Allied security guard's use of force —beating male already on the ground [AhmedAllied 790] | | | | | |
| | other | | | | | |
| 74 | February 27, 2023 Allied's EEOC Position Statement [AhmedAllied 4-9] | | | | | |
| 75 | Allied training record [AUS 698-699] | | | | | |
| 76 | list of Allied Elite security officers, including Raymond Rodriguez, dated March 6, 2022 [AUS 1068-1071] | | | | | |
| | Allied Universal knowledge and history of discrimination and failure to train | | | | | |
| 77 | *EEOC v. Allied Universal* 2018 Consent Decree Order [AhmedAllied 697-715] | | | | | |
| 78 | November 18, 2021 report of religious discrimination and harassment [AUS 1915-1917] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 79 | May 11, 2023 Time Article: *The Problems Inside North America's Largest Security Firm—and Third-Biggest Employer* [AhmedAllied 668-678] | | | | | |
| | Allied Universal financial condition— punitive damages | | | | | |
| 80 | August 18, 2022 Allied Universal website statement—"Allied Universal Named to Inc. Magazine's Annual List of Fastest-Growing Private Companies for the 13th Time" [AhmedAllied 666-667] | | | | | |
| | compensatory damages | | | | | |
| 81 | pictures of Twana Ahmed's family [AhmedAllied 800-802] | | | | | |
| | exhibits to be used solely for purposes of equitable relief to be decided after a finding of liability | | | | | |
| 82 | communications job application responses [AhmedAllied 483-487, 688-695] | | | | | |
| 83 | pay records – doordash [AhmedAllied 489, 657-659, 803] | | | | | |
| 84 | pay records—Allied Universal [AUS 675-695] | | | | | |

Date: May 2, 2025

Respectfully submitted,

*/s/ Amanda Hernandez*

Ms. Amanda C. Hernandez
Attorney-in-charge
Texas State Bar No. 24064411
Southern District Bar No. 1531045
amanda@ahfirm.com

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

*and*

Ms. Amy E. Gibson
Of Counsel
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

Mr. David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

*Attorneys for Twana Ahmed*