UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge Lee H. Rosenthal |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : : : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**TRIAL EXHIBIT LIST OF DEFENDANT UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES**

| No. | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 1. | Incident Reporting and Response<br><br>*[AUS 00983; AUS 00824]* | | | | |
| 2. | Inspection Report by Chameleon Associates<br><br>*[AUS 00731 - AUS 00732]* | | | | |
| 3. | Poster - Avoid Using Force<br><br>*[AUS 00958]* | | | | |
| 4. | TMO Pocket Training Guide HEB<br><br>*[AUS 00956]* | | | | |
| 5. | HEB Elite Team Mandatory Training<br><br>*[AUS 00921]* | | | | |
| 6. | Firearms, Less Lethal Weapons, Defensive Tactics and Equipment Policy; Use of Force | | | | |

1

|    |                                                                                                                                                     |   |   |   |   |
|----|-----------------------------------------------------------------------------------------------------------------------------------------------------|---|---|---|---|
|    | Policy Acknowledgement Form<br><br>*[AUS 00938 - AUS 00989]*                                                                                         |   |   |   |   |
| 7. | Firearms, Less Lethal Weapons, Defensive Tactics and Equipment Policy; Armed Officer Certification and Acknowledgment Form<br><br>*[AUS 00922 - 00927]* |   |   |   |   |
| 8. | Disciplinary Matrix Guidelines<br><br>*[AUS 00743 - AUS 00746]*                                                                                      |   |   |   |   |
| 9. | Legal - Use of Force and Reporting Policy<br><br>*[AUS 00734 - AUS 00742]*                                                                           |   |   |   |   |
| 10.| 2023 Ahmed's Form 1099<br><br>*[AhmedAllied 000658]*                                                                                                 |   |   |   |   |
| 11.| 2022 Ahmed's Form 1099<br><br>*[AhmedAllied 000492]*                                                                                                 |   |   |   |   |
| 12.| 2021 Ahmed's W-2 AUS<br><br>*[AhmedAllied 000656]*                                                                                                   |   |   |   |   |
| 13.| Ahmed's Earnings Statement with Western Eagle Security (Amerom, Inc.)<br><br>*[AhmedAllied 000646 - AhmedAllied 000653]*                             |   |   |   |   |
| 14.| 2022 Ahmed W-2 Amerom, Inc.<br><br>*[AhmedAllied 000654]*                                                                                            |   |   |   |   |
| 15.| 2021 Ahmed W-2 Amerom, Inc.<br><br>*[AhmedAllied 000655]*                                                                                            |   |   |   |   |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16. | 2022 Ahmed's W-2 AUS  [AhmedAllied 000627] | | | | | |
| 17. | Ahmed's Earning Statement with AUS  [AUS 00682 - AUS 00695] | | | | | |
| 18. | Ahmed NEO Certificate  [AUS 00663] | | | | | |
| 19. | Ahmed Training Certification - Preventing Unlawful Discrimination & Harassment  [AUS 00664] | | | | | |
| 20. | Ahmed Security Professional ID Badge Receipt and Acknowledgment  [AUS 00665] | | | | | |
| 21. | PATH Basis Course Certification Forms - Multiple Employees  [AUS 00653- AUS 00654] | | | | | |
| 22. | Ahmed Weapon Issue/Return Form  [AUS 00448- AUS 00449] | | | | | |
| 23. | Ahmed HEB Store Officer Training Checklist Form  [AUS 00644 – AUS 00652] | | | | | |
| 24. | 738 Bellaire Market Post Orders  [AUS 00643] | | | | | |
| 25. | AUS Elite Officer PowerPoint  [AUS 00940 – AUS 00955] | | | | | |
| 26. | AUS HEB Support Structure PowerPoint | | | | | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | [AUS 00910 – AUS 00920] | | | | | |
| 27. | Proof of Completion of Use of Force Wallet Card<br><br>[AUS 01002; AUS 00829] | | | | | |
| 28. | AUS Hot Sheet - All HEB Sites - General Post Orders<br><br>[AUS 00638 – AUS 00642] | | | | | |
| 29. | AUS Hot Sheet - AUS Security Officer Post Orders<br><br>[AUS 01036 – AUS 01042] | | | | | |
| 30. | PAN Form - Freeney Separation<br><br>[AUS 001906 - AUS 001909] | | | | | |
| 31. | PAN Form - Ahmed Termination<br><br>[AUS 00700 – AUS 00703] | | | | | |
| 32. | Email communication between Freeney and Hernandez regarding PAN for Ahmed on 4/14/2022<br><br>[AUS 01078 – AUS 001082] | | | | | |
| 33. | TDPS Criminal History Search – Ahmed<br><br>[AUS 00635 – AUS 00637] | | | | | |
| 34. | AUS Incident Report 4/4/2022 (written by Ahmed)<br><br>[AUS 00671] | | | | | |
| 35. | Employee Statement 4/4/2022 (written by Ahmed)<br><br>[AUS 00674] | | | | | |

| 36. | TDPS Employee Information Update Form (Ahmed) [AUS 01546] | | | | |
|---|---|---|---|---|---|
| 37. | DHS Employment Eligibility Verification Form (Ahmed) [AUS 01558 – AUS 01561] | | | | |
| 38. | Permanent Resident Card (Ahmed) [AUS 01562 – AUS 01563] | | | | |
| 39. | EEOC Charge of Discrimination (Ahmed) [AUS 00001- AUS 00002] | | | | |
| 40. | E-mails dated 6/3/2022 re: case information and paperwork for 36149, 36184 [AUS 01252 – AUS 01253] | | | | |
| 41. | AUS Job Description - Elite Security Professional - Armed [AUS 00629 – AUS 00631] | | | | |
| 42 | AUS Job Description - General Manager [AUS 001805 – AUS 001808] | | | | |
| 43. | AUS Job Description - Branch Manager [AUS 001809 – AUS 001812] | | | | |
| 44. | AUS Job Description - Field Supervisor [AUS 001817 – AUS 001820] | | | | |
| 45. | AUS Job Description - Regional Human Resources Manager [AUS 001821 – AUS 001824] | | | | |
| | AUS Job Description - Regional Human | | | | |

5

| 46 | Resources Representative<br><br>*[AUS 001825 – AUS 001828]* | | | | |
|---|---|---|---|---|---|
| 47. | AUS Job Description - Human Resources Coordinator<br><br>*[AUS 001829 – AUS 001832]* | | | | |
| 48. | AUS Job Description - Client Manager<br><br>*[AUS 001813 – AUS 001816]* | | | | |
| 49. | AUS Job Description - Candidate Experience Specialist<br><br>*[AUS 001833 – AUS 001835]* | | | | |
| 50. | AUS job Description - Regional Trainer<br><br>*[AUS 001836 – AUS 001838]* | | | | |
| 51. | Root Cause Analysis - Version 1<br><br>*[AUS 00807 – AUS 00808]* | | | | |
| 52. | Root Cause Analysis - Version 2<br><br>*[AUS 01200 – AUS 01201]* | | | | |
| 53. | Use of Force and Reporting Policy; Use of Force Report Form (Handwritten)<br><br>*[AUS 00672 – AUS 00673]* | | | | |
| 54. | Use of Force and Reporting Policy; Use of Force Report Form (Typed - Version 1)<br><br>*[AUS 00968 – AUS 00971]* | | | | |
| 55. | Use of Force and Reporting Policy; Use of Force Report Form (Typed - Version 2)<br><br>*[AUS 00998 – AUS 01001]* | | | | |
| | Hotline Complaint - Case No. 36184 | | | | |

| 56. | [AUS 00008 – AUS 00013] | | | | |
|---|---|---|---|---|---|
| 57. | AUS Unacceptable Behavior Hot Sheet [AUS 00704 – AUS 00705] | | | | |
| 58. | HEB Store Officer Training Checklist (Blank) - Version 1 (10 pages) [AUS 01023 – AUS 01032] | | | | |
| 59. | HEB Store Officer Training Checklist (Blank) - Version 2 (9 pages) [AUS 00747 – AUS 00755] | | | | |
| 60. | Incident Reporting and Response - Tab 07 [AUS 00713 – AUS 00730] | | | | |
| 61. | City of Bellaire CFS - Command Log [AhmedAllied000526 - AhmedAllied000536; AhmedAllied000539 - AhmedAllied000540] | | | | |
| 62. | Text Messages Between MIC Kevin and Ahmed [AhmedAllied000594 - AhmedAllied000597] | | | | |
| 63. | Court Records of Roberto E. Hernandez [AhmedAllied000551 - AhmedAllied000555] | | | | |
| 64. | Photographs of Ahmed [AhmedAllied000590, AhmedAllied001804] | | | | |
| 65. | Disciplinary Notice - 2/15/2022 [AUS 00596; AUS 00668] | | | | |
| 66. | Disciplinary Notice - 4/5/2022 | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| | *[AUS 00669; AUS 00670; AUS 01055]* | | | | |
| 67. | AUS Employee Handbook - All U.S. Locations<br><br>*[AhmedAllied000010, AhmedAllied000198]* | | | | |
| 68. | AUS New Employee Orientation<br><br>*[AUS 001615 - AUS 001802]* | | | | |
| 69. | AUS Human Resources Org Charts as of 10/2021<br><br>*[AUS 001839 - AUS 001882]* | | | | |
| 70. | AUS Diversity, Equity, and Inclusion Policy<br><br>*[AhmedAllied000255 -AhmedAllied000259]* | | | | |
| 71. | AUS North America Code of Ethics<br><br>*[AhmedAllied000230 - AhmedAllied000254]* | | | | |
| 72. | Ahmed's Job Applications for 2024<br><br>*[AhmedAllied000485 - AhmedAllied000487; AhmedAllied000620 - AhmedAllied000644]* | | | | |
| 73. | Ahmed's Letter to EEOC Investigator<br><br>*[AUS 00495 - AUS 00497]* | | | | |
| 74. | Ahmed's Counsel's communications with the EEOC Investigator<br><br>*[AUS 00509 - AUS 00510;*<br>*AUS 00480 - AUS 00484]* | | | | |
| 75. | Ahmed's Electronically Signed Onboarding Documents<br><br>*[AUS 00554 - AUS 00595]* | | | | |
| 76. | Ahmed's Interview Schedule with AUS | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | [AhmedAllied000481 -AhmedAllied000482] | | | | |
| 77. | Ahmed's Contingent Job Offer with AUS [AhmedAllied000477 - AhmedAllied000478] | | | | |
| 78. | Ahmed's Job Application with AUS [AhmedAllied000479 - AhmedAllied000480] | | | | |
| 79. | Email communication between Ahmed and Alyea in May 25/26, 2022 [AUS 01267] | | | | |
| 80. | Internal Email Communication regarding Rehire Eligibility Status [AUS 01009] | | | | |
| 81. | Email Communication between Felicia Solis-Ramirez and Bill King regarding SP's violation of UOF Policy [AUS 00972] | | | | |
| 82. | Email communication between Alexzander Bergeron and Wayne Oliver regarding Ahmed's termination [AUS 01065] | | | | |
| 83. | Email communication between Patrick Freeney and Wayne Oliver on June 10, 2022 regarding Ahmed [AUS 01165 - AUS 01166] | | | | |
| 84. | Email Communications Regarding Ahmed's Rehire Application to AUS [AUS 01220; AUS 01269 - AUS 01270] | | | | |
| 85. | Photos of Patrick Freeney [to be produced] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86. | Ahmed's Unemployment Application [AUS 01272; AUS 01526] | | | | | |
| 87. | Ahmed's Statement to Wayne Oliver on June 8, 2022 [AUS 01332 - AUS 01334] | | | | | |
| 88. | Email Communications between Ahmed and Catherine Barnes in April 2022 [AhmedAllied000435 - AhmedAllied000436] | | | | | |
| 89. | Internal Emails regarding Ahmed's violation of Use of Force Policy [AUS 01402 - AUS 01403; AUS 00825 - AUS 00826; AUS 00842 - AUS 00844; AUS 00959 - AUS 00962] | | | | | |

Date: May 2, 2025

**MARTENSON, HASBROUCK & SIMON LLP**

*/s/ Jessica E. Chang*
Jessica E. Chang, Attorney-in-Charge
(SDTX No. 3905098, IL6319080)
Nathan A. Shine (SDTX No. 3874604, IL6316753)
Martenson, Hasbrouck & Simon LLP
500 Davis Street, Suite 1010
Evanston, Illinois 60201
(224) 350-3127
jchang@martensonlaw.com
nshine@martensonlaw.com

Gary R. Kessler (*SDTX Admission To Be Filed*)
Martenson, Hasbrouck & Simon LLP
2573 Apple Valley Road NE
Atlanta, Georgia 30319
(404) 909-8100 gkessler@martensonlaw.com

*Counsels for Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2025, I caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system that will serve notice and a copy on all counsel of record as follows:

>Amanda C. Hernandez
>AH Law, PLLC
>5718 Westheimer, Suite 1000
>Houston, Texas 77057
>amanda@ahfirm.com
>
>Amy Gibson
>David Wiley
>Gibson Wiley PLLC
>1500 Jackson Street, #109
>Dallas, Texas 75201
>amy@gwfirm.com
>david@gwfirm.com

>*/s/ Jessica E. Chang*
>Jessica E. Chang