UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge Lee H. Rosenthal |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : : : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S WITNESS LIST

Defendant Universal Protection Service LP d/b/a Allied Universal Security Services ("Allied" or "Defendant"), anticipate calling the following witnesses at trial:

| Name | Contact Information | Subject Matter |
|---|---|---|
| Plaintiff Twana Ahmed | c/o Amanda C. Hernandez<br>AH Law, PLLC<br>5718 Westheimer, Suite 1000<br>Houston, Texas 77057<br>amanda@ahfirm.com | Twana Ahmed is expected to testify about the allegations contained within the operative complaint, including but not limited to, any alleged damage(s) suffered and/or sustained. |
| Alexzander Bergeron, Mobility Tech. *former Field Supervisor* | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Mr. Bergeron is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, the circumstances of his termination, and Allied Universal's applicable training, policies, and procedures. At all relevant times during Plaintiff's employment, Mr. Bergeron was employed as a Field Supervisor and any testimony given would be from his employment in such capacity. |

1

| | | |
|---|---|---|
| Nathan Hernandez, Account Manager<br>*former Field Supervisor* | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Mr. Hernandez is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, the circumstances of his termination, and Allied Universal's applicable training, policies, and procedures. At all relevant times during Plaintiff's employment, Mr. Hernandez was employed as a Field Supervisor and any testimony given would be from his employment in such capacity. |
| Monroe McClain, Account Manager<br>*former Regional Trainer* | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Mr. McClain is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment and Allied Universal's applicable training, policies, and procedures, including the Use of Force Policy, and the relationship between H-E-B and Allied Universal. At all relevant times during Plaintiff's employment, Mr. McClain was employed as a Regional Trainer and any testimony given would be from his employment in such capacity. |
| Katherine Alyea, Sr. Regional HR Manager | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Ms. Alyea is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, the circumstances of his termination, and Allied Universal's training, policies, and procedures including the reporting and investigation of internal complaints. |
| Wayne Oliver, Regional HR Rep. | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Mr. Oliver is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, the circumstances of his termination, and Allied Universal's policies and procedures including the reporting and investigation of internal complaints. |

| | | |
|---|---|---|
| Catherine Barnes, Account Manager, *former Candidate Experience Specialist and HR Coordinator* | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Ms. Barnes is expected to testify about the allegations contained in the operative complaint, including but not limited to, Plaintiff's preemployment onboarding forms and requirements including background checks, required licensing forms, and eligibility. At all relevant times during Plaintiff's employment, Ms. Barnes was employed as a Candidate Experience Specialist and HR Coordinator and any testimony given would be from her employment in such capacity. |
| Representative(s) of Allied Universal | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Allied Universal representative(s), to be formally designated, who have knowledge and/or information of the allegations within the operative complaint, including but not limited to Plaintiff's employment with Allied Universal. Such representative(s) may also lay the foundation for and/or testify to the authenticity of certain document(s) produced in the course of discovery, including but not limited to Allied Universal's policies and procedures. |
| Patrick Freeney, *former Client Manager for H-E-B Account* | Patrick Freeney<br>17011 Colt Creek Court<br>Humble, Texas 77346<br>(762) 524-1023<br><br>*This is the last known and available contact information.* | Mr. Freeney is expected to testify about information of the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, issued discipline, the circumstances of his termination, the relationship between H-E-B and Allied Universal, and Allied Universal's training, policies, and procedures, including H-E-B account specific policies and procedures, if any. |
| Felicia Solis-Ramirez<br>*former General Manager* | Felicia Solis-Ramirez<br>165 S. Hill Drive<br>Lytle, Texas 78052<br>(210) 260-1355<br><br>*This is the last known and available contact information.* | Ms. Solis-Ramirez is expected to testify about information of the allegations contained within the operative complaint, including but not limited to, the circumstances of Plaintiff's termination and Allied Universal's training, policies, and procedures, including H-E-B account |

| | | specific policies and procedures, if any. |
|---|---|---|
| Mauricio Zepeda, SP<br>*former Field Supervisor* | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Mr. Zepeda is expected to testify about information of the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, the circumstances of his termination, and Allied Universal's applicable training, policies, and procedures. At all relevant times during Plaintiff's employment, Mr. Zepeda was employed as a Field Supervisor and any testimony given would be from his employment in such capacity. |
| Jim Grant, Director Weapons & Use of Force Policy | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Mr. Grant is expected to testify about the allegations contained within the operative complaint, including but not limited to, Allied Universal's policies and procedures, including the Use of Force Policy, documentation and reporting requirements, and the panel review process. |
| Matthew Gaussen, *former Operations Director* | Matthew Gaussen<br>323 Remington Heights Drive<br>Houston, Texas 77073<br>(832) 973-2523<br><br>*This is the last known and available contact information.* | Mr. Gaussen is expected to testify about the allegations contained within the operative complaint, including but not limited to, Allied Universal's policies and procedures, including the Use of Force Policy, documentation and reporting requirements, and the panel review process. |
| Bill King, *former Regional VP* | Bill King<br>6556 Braylin Lane<br>Castle Pines, Colorado 80108<br>(713) 939-4209<br><br>*This is the last known and available contact information.* | Mr. King is expected to testify about the allegations contained within the operative complaint, including but not limited to, Allied Universal's policies and procedures, including the Use of Force Policy, documentation and reporting requirements, and the panel review process. |

| Kareem McKinnon, Senior Regional VP | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Mr. McKinnon is expected to testify about the allegations contained within the operative complaint, including but not limited to, Allied Universal's policies and procedures, including the Use of Force Policy, documentation and reporting requirements, and the panel review process. |
|---|---|---|
| Michael Barnett, Regional Training Director | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Mr. Barnett is expected to testify about the allegations contained within the operative complaint, including, but not limited to, Allied Universal's applicable training, policies, and procedures, including but not limited to, the Use of Force Policy, and the documentation and reporting requirements. |
| S. Mark Westman, *former Client Portfolio Director* | Stephen Westman<br>3500 Oak Gate Drive #407<br>San Antonio, Texas 78230<br>(210) 251-5439<br><br>*This is the last known and available contact information.* | Mr. Westman is expected to testify about the allegations contained within the operative complaint, including, but not limited to, Allied Universal's policies and procedure, including personal appearance and grooming standards, and H-E-B Post Orders. |
| Michael Rinehart | Michael Rinehart<br>c/o Chameleon Associates<br>22020 Clarendon Street, Suite 112<br>Woodland Hills, California 91367<br>(818) 713-8448<br>(832) 373-6207<br><br>*This is the last known and available corporate contact information.* | Mr. Rinehart is expected to testify about the allegations contained within the operative complaint, including but not limited to, the relationship between H-E-B and Chameleon Associates, training, compliance audits, and field observations. |
| Kevin (LNU), H-E-B Store Manager | Kevin (LNU)<br>H-E-B<br>5106 Bissonnet Street<br>Bellaire, Texas 77401<br>(979) 492-6148<br><br>*This is the last known and available corporate contact information.* | Kevin is expected to testify about the allegations contained within the operative complaint, including but not limited to, the relationship between Allied Universal and H-E-B and the use of force incident involving Plaintiff. |

| | | |
|---|---|---|
| Patrick Parham<br>*former Field Supervisor* | Patrick Parham<br>4604 Cypresswood Drive, #1111<br>Spring, Texas 77379<br>(509) 598-1566<br><br>*This is the last known and available contact information.* | Mr. Parham is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, the circumstances of his termination, and Allied Universal's applicable training, policies, and procedures. |
| Anna Soja, Regional HR Director | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Ms. Soja is expected to testify about the allegations contained within the operative complaint, including but not limited to Plaintiff's employment, Allied Universal's applicable training, policies, and procedures, including the Use of Force Policy and employee reporting and investigation procedures. |
| Timothy Quimby, Bellaire Police Department | Timothy Quimby<br>Bellaire Police Department<br>City Hall<br>7008 S. Rice Avenue<br>Bellaire, Texas 77401<br>(713) 662-8222 | Officer Quimby is expected to testify as to his training and experience as a police officer, and including but not limited to, his reason(s) for responding to and observations made at the H-E-B store at 5106 Bissonnet, Bellaire, Texas, on April 4, 2022. |
| Christopher Barber, Bellaire Police Department | Christopher Barber<br>Bellaire Police Department<br>City Hall<br>7008 S. Rice Avenue<br>Bellaire, Texas 77401<br>(713) 662-8222 | Officer Barber is expected to testify as to his training and experience as a police officer, and including but not limited to, his reason(s) for responding to and observations made at the H-E-B store at 5106 Bissonnet, Bellaire, Texas, on April 4, 2022. |
| Dwayne Trahan<br>*former Client Manager* | Dwayne Trahan<br>155 County Road 2803<br>Cleveland, Texas 77327<br>(281) 223-6143<br><br>*This is the last known and available contact information.* | Mr. Trahan is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment and Allied Universal's applicable training, policies, and procedures. |
| Donald Massey<br>*former General Manager* | Donald Massey<br>58 N. Bluff Creek Circle<br>The Woodlands, Texas 77382<br>(281) 725-8623<br><br>*This is the last known and available contact information.* | Mr. Massey is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, and Allied Universal's policies and procedures, including the Use of Force Policy and panel review process. |

| | | |
|---|---|---|
| All witness(es) Plaintiff identifies. | | |
| Any witness(es) necessary for to established foundation, impeachment and/or rebuttal. | | |

Dated: May 2, 2025

Respectfully submitted,

**MARTENSON, HASBROUCK & SIMON LLP**

*/s/ Jessica E. Chang*
Jessica E. Chang, attorney-in-charge
(SDTX No. 3905098, IL6319080)
Nathan A. Shine (SDTX No. 3874604, IL6316753)
Martenson, Hasbrouck & Simon LLP
500 Davis Street, Suite 1010
Evanston, Illinois 60201
(224) 350-3127
jchang@martensonlaw.com
nshine@martensonlaw.com

Gary R. Kessler (*SDTX Admission To Be Filed*)
Martenson, Hasbrouck & Simon LLP
2573 Apple Valley Road NE
Atlanta, Georgia 30319
(404) 909-8100
gkessler@martensonlaw.com

*Counsels for Defendant Universal Protetion Service, LP d/b/a Allied Universal Security Services*

7

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2025, I caused a copy of the foregoing document to be filed using the Court's CM/ECF system to serve notice and a copy on all counsel of record as follows:

Amanda C. Hernandez
AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
amanda@ahfirm.com

Amy Gibson
David Wiley
Gibson Wiley PLLC
1500 Jackson Street, #109
Dallas, Texas 75201
amy@gwfirm.com
david@gwfirm.com

/s/ *Jessica E. Chang*
Jessica E. Chang