AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Twana Ahmed ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:23-cv-02823 |
| Universal Protection Service, LP ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Universal Protection Service, LP                                                                                                      .

Date:   05/09/2025                                                            /s/ Gary R. Kessler
                                                                                          *Attorney's signature*

                                                      Gary R. Kessler (Fed No. 61089, GA No. 416562)
                                                                     *Printed name and bar number*

                                                               2573 Apple Valley Road NE
                                                                          Atlanta, Georgia 30319

                                                                                                   *Address*

                                                                      gkessler@martensonlaw.com
                                                                          *E-mail address*

                                                                        (404) 915-7207
                                                                      *Telephone number*

                                                                        (404) 909-8120
                                                                          *FAX number*