United States District Court
Southern District of Texas
**ENTERED**
May 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TWANA AHMED, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 23-2823 |
| § | |
| UNIVERSAL PROTECTION SERVICE, § | |
| LP d/b/a ALLIED UNIVERSAL § | |
| SECURITY SERVICES, § | |
| § | |
| Defendant. § | |

# ORDER

The defendant, Universal Protection Service, has moved to supplement the joint pretrial order. (Docket Entry No. 51). The motion is unopposed by the plaintiff, Twana Ahmed. The motion is granted. The amended joint pretrial order, (Docket Entry No. 52), is deemed filed as of May 8, 2025.

SIGNED on May 12, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge