UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § § | |
| *Plaintiff*, | § § | Civil Action No. 4:23-cv-02823 |
| v. | § § | The Honorable Lee H. Rosenthal |
| Universal Protection Service, LP, d/b/a Allied Universal Security Services | § § § | Jury Demand |
| *Defendant*. | § § | |

**PROPOSED ORDER ON JOINT MOTION TO EXTEND**

The parties' joint motion to extend the deadline for submitting proposed trial time for both sides is granted. The parties must submit proposed trial time for both sides on May 21, 2025.

SIGNED on _____, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge