UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge Lee H. Rosenthal |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : | |
| | : | |
| Defendant. | : | |

# DEFENDANT'S PROPOSED TIMING ORDER

Pursuant to the Court's Order [ECF No. 59], Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services ("Defendant") respectfully submits its proposed timing order for the upcoming jury trial. The parties were unable to reach agreement on a joint proposal. Therefore, Defendant submits its proposed timing order separately.

**A. Jury Selection**
- Estimated Time: 0.5 day

**B. Opening Statements**
- Plaintiff: 15 minutes
- Defendant: 15 minutes

**C. Plaintiff's Case-in-Chief**
- Direct and Cross-Examination of Plaintiff's Witnesses: 1.5 days

**D. Defendant's Case-in-Chief**
- Direct and Cross-Examination of Defendant's Witnesses: 1.5 days

**E. Rebuttal (if any)**
- Estimated Time: 0.5 day

**F. Closing Arguments**
- Plaintiff: 45 minutes

- Defendant: 45 minutes

- Plaintiff Rebuttal (if permitted): 15 minutes

Dated: May 21, 2025                                  Respectfully submitted,

                                            **MARTENSON, HASBROUCK & SIMON LLP**

*/s/ Jessica E. Chang*
Jessica E. Chang, attorney-in-charge
(SDTX No. 3905098, IL6319080)
Nathan A. Shine (SDTX No. 3874604, IL6316753)
Martenson, Hasbrouck & Simon LLP
500 Davis Street, Suite 1010
Evanston, Illinois 60201
(224) 350-3127
jchang@martensonlaw.com
nshine@martensonlaw.com

Gary R. Kessler
  (SDTX No. 61089, GA416562)
  Martenson, Hasbrouck & Simon LLP
  2573 Apple Valley Road NE
  Atlanta, Georgia 30319
  (404) 909-8100
  gkessler@martensonlaw.com

*Counsels for Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I caused a copy of the foregoing document to be filed using the Court's CM/ECF system to serve notice and a copy on all counsel of record as follows:

Amanda C. Hernandez
AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
amanda@ahfirm.com

Amy Gibson
David Wiley
Gibson Wiley PLLC
1500 Jackson Street, #109
Dallas, Texas 75201
amy@gwfirm.com
david@gwfirm.com

*/s/ Jessica E. Chang*
Jessica E. Chang