# Exhibit A

**one-page bios of Twana Ahmed's attorneys: David Wiley, Amy Gibson, and Amanda Hernandez**



David L. Wiley
Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
david@gwfirm.com

**Education**
St. Mary's School of Law, J.D. 1996

Comment Editor,
St. Mary's Law Journal

Stephen F. Austin State University, B.S. 1992

**Rankings**
Top 50 Jury Verdicts in United States [labor & employment], 2019; Top 20 Jury Verdicts in United States [labor & employment], 2023

Top 1 Jury Verdict in Texas [wrongful termination, whistleblower retaliation], 2023; Top 50 Jury Verdicts in Texas [all case types], 2019, 2023

Texas Super Lawyer for plaintiffs' employment litigation, 2017-2025; Thomson Reuters

Texas Rising Star for plaintiffs' employment litigation, 2007-2009; Thomson Reuters

**Bar Licenses**
Texas, Louisiana (inactive), Tennessee (inactive), and various federal courts

I am an attorney and principal in the law firm Gibson Wiley PLLC. I focus my practice of law on protecting workers in employment matters.

I am frequently asked to teach lawyers about employment law and litigation at continuing legal education seminars.

Over the past 20+ years, I have represented nurses, police officers, laborers, executives, administrative assistants, lawyers, sales associates, managers, teachers, and others in our community.

I guide people through employment problems, counsel workers through severance, and when necessary, sue employers that violate our laws.

I previously worked in the Commercial Litigation Section of Jenkens & Gilchrist, P.C. — one of the largest law firms in Texas at the time. I also previously worked in the Litigation Section of King & Ballow — a nationally recognized management-side labor and employment defense law firm.

I began my career assisting a federal judge: I worked as a two-year law clerk to the Honorable Mary Ann Vial Lemmon of the United States District Court for the Eastern District of Louisiana in New Orleans.

**Professional**

Chair, Governing Council, State Bar of Texas
Labor & Employment Law Section 2019-2020

Governing Council, State Bar of Texas
Labor & Employment Law Section 2009-2023

President, Texas Employment Lawyers Association 2019-2023

Instructor and Master Graduate,
Keenan Trial Institute



Amy E. Gibson
Gibson Wiley PLLC
Dallas, Texas
amy@gwfirm.com

**Education**
Baylor University School of Law, J.D. 1995

Senior Notes & Comments Editor, Baylor Law Review

The University of Texas at Austin, B.A. 1991

**Admissions**
Texas 1995
Northern District of Texas
Southern District of Texas
Western District of Texas
Eastern District of Texas
Fifth Circuit Court of Appeals

**Professional**
Governing Council, State Bar of Texas
Labor & Employment Law Section, 2021-present

Chair, Dallas Bar Association
Labor & Employment Law Section, 2025

Governing Council, Dallas Bar Association
Labor & Employment Law Section, 2019-present

Planning Committee, The University of Texas School of Law,
Annual Labor & Employment Law Conference, 2009-present

Chair, The University of Texas School of Law,
Annual Labor & Employment Law Conference,
May 2019, May 2025

Instructor, Keenan Trial Institute

Texas Employment Lawyers Association

**Jury verdicts & honors**
Top 20 labor & employment jury verdicts in United States 2023

Top 50 jury verdicts for all case types in Texas, 2019, 2023

Texas Super Lawyer, plaintiffs' employment litigation, 2019-2025; Thomson Reuters

Bands 1 & 2 for mostly-plaintiff-side labor & employment in Texas; Chambers USA

Trial Lawyer of the Year, Keenan Trial Institute, 2023

**Experience**
I'm a trial lawyer in the law firm Gibson Wiley PLLC. I've focused on representing workers in employment disputes for close to two decades. Our firm intentionally keeps a low case volume and focuses on cases that can help the community.

I'm often asked to teach employment law to groups that include defense lawyers, plaintiffs' lawyers, in-house counsel, and human resources professionals.

I teach trial, mediation and settlement, witness preparation, and employment for Keenan Trial Institute. I teach other lawyers from across the country on all kinds of cases — such as employment, child sexual abuse, catastrophic injury, wrongful death. I teach lawyers at all levels, from puppy lawyers to some of the best, most experienced lawyers in the country.

The song *The People in Your Neighborhood* describes the people we represent. Rancher, teacher, librarian, police officer, security officer, firefighter, juvenile probation officer, factory worker, oil and gas foreman, doctor, nurse, physical therapist, social worker, city engineer, rocket scientist, national defense satellites project manager, office manager, human resources manager, secretary, paralegal, attorney, salesperson, computer whiz, and workers in the retail, restaurant, car wash, airplane repair, and radio station industries.



Amanda C. Hernandez
AH Law, PLLC
Houton, Texas
amanda@ahfirm.com

**Experience**
I am a trial lawyer and founder of the law firm AH Law, PLLC. For over a decade I have focused my practice on helping workers stand up against discrimination, retaliation, and minimum wage and overtime pay violations.

**Education**
The University of Texas at Austin, J.D. 2011

University of Notre Dame, B.B.A. 2003

**Admissions**
Texas 2011

Southern District of Texas

**Professional**
Governing Council, State Bar of Texas
Labor & Employment Law Section, 2021-present
Co-Chair, Jury-Charge and Verdict committee

Board Member, Texas Employment Lawyers Association
2023-present

Secretary, Houston Chapter of the National Employment Lawyers Association
2024-present

Planning Committee, The University of Texas School of Law,
Annual Labor & Employment Law Conference, 2024-present

Keenan Law Firm Fellow, 2025

Instructor and Master Graduate, Keenan Trial Institute

National Employment Lawyers Association