UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 4:23-cv-02823 |
| | § | |
| v. | § | The Honorable Lee H. Rosenthal |
| | § | |
| Universal Protection Service, LP, d/b/a | § | Jury Demand |
| Allied Universal Security Services | § | |
| | § | |
| *Defendant*. | § | |

**PROPOSED ORDER ON TRIAL TIMING**

Having considered the parties' separate proposed timing estimates for the trial set to begin August 18, 2025, the Court herby orders that each side will be limited to the following number of trial hours:

Plaintiff Twana Ahmed: 35 hours

Defendant Universal Protection Service: 12 hours

SIGNED on _____, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge