Case 4:23-cv-02823   Document 64   Filed on 05/22/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 4:23-cv-02823 |
| | § | |
| v. | § | The Honorable Lee H. Rosenthal |
| | § | |
| Universal Protection Service, LP, d/b/a | § | Jury Demand |
| Allied Universal Security Services | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ON JOINT MOTION TO EXTEND**

The parties' joint motion to extend the deadline for submitting proposed trial time for both sides is granted. The parties must submit proposed trial time for both sides on May 21, 2025.

SIGNED on __May 22__, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge