# EXHIBIT C

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge Lee H. Rosenthal |
| | : | |
| UNIVERSAL PROTECTION SERVICE, | : | |
| LP d/b/a ALLIED UNIVERSAL | : | |
| SECURITY SERVICES, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## AMENDED TRIAL EXHIBIT LIST OF DEFENDANT UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES

| No. | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 1. | Incident Reporting and Response<br><br>*[AUS 00983; AUS 00824]* | | | | |
| 2. | Inspection Report by Chameleon Associates<br><br>*[AUS 00731 - AUS 00732]* | | | | |
| 3. | Poster - Avoid Using Force<br><br>*[AUS 00958]* | | | | |
| 4. | TMO Pocket Training Guide HEB<br><br>*[AUS 00956]* | | | | |
| 5. | HEB Elite Team Mandatory Training<br><br>*[AUS 00921]* | | | | |
| 6. | Firearms, Less Lethal Weapons, Defensive Tactics and Equipment Policy; Use of Force | | | | |

1

| | | | | | |
|---|---|---|---|---|---|
| | Policy Acknowledgement Form<br><br>*[AUS 00938 - AUS 00989]* | | | | |
| 7. | Firearms, Less Lethal Weapons, Defensive Tactics and Equipment Policy; Armed Officer Certification and  Acknowledgment Form<br><br>*[AUS 00922 - 00927]* | | | | |
| 8. | Disciplinary Matrix Guidelines<br><br>*[AUS 00743 - AUS 00746]* | | | | |
| 9. | Legal - Use of Force and Reporting Policy<br><br>*[AUS 00734 - AUS 00742]* | | | | |
| 10. | 2023 Ahmed's Form 1099<br><br>*[AhmedAllied 000658]* | | | | |
| 11. | 2022 Ahmed's Form 1099<br><br>*[AhmedAllied 000492]* | | | | |
| 12. | 2021 Ahmed's W-2 AUS<br><br>*[AhmedAllied 000656]* | | | | |
| 13. | Ahmed's Earnings Statement with Western Eagle Security (Amerom, Inc.)<br><br>*[AhmedAllied 000646 - AhmedAllied 000653]* | | | | |
| 14. | 2022 Ahmed W-2 Amerom, Inc.<br><br>*[AhmedAllied 000654]* | | | | |
| 15. | 2021 Ahmed W-2 Amerom, Inc.<br><br>*[AhmedAllied 000655]* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 16. | 2022 Ahmed's W-2 AUS<br><br>*[AhmedAllied 000627]* | | | | |
| 17. | Ahmed's Earning Statement with AUS<br><br>*[AUS 00682 - AUS 00695]* | | | | |
| 18. | Ahmed NEO Certificate<br><br>*[AUS 00663]* | | | | |
| 19. | Ahmed Training Certification - Preventing Unlawful Discrimination & Harassment<br><br>*[AUS 00664]* | | | | |
| 20. | Ahmed Security Professional ID Badge Receipt and Acknowledgment<br><br>*[AUS 00665]* | | | | |
| 21. | PATH Basis Course Certification Forms - Multiple Employees<br><br>*[AUS 00653- AUS 00654]* | | | | |
| 22. | Ahmed Weapon Issue/Return Form<br><br>*[AUS 00448- AUS 00449]* | | | | |
| 23. | Ahmed HEB Store Officer Training Checklist Form<br><br>*[AUS 00644 – AUS 00652]* | | | | |
| 24. | 738 Bellaire Market Post Orders<br><br>*[AUS 00643]* | | | | |
| 25. | AUS Elite Officer PowerPoint<br><br>*[AUS 00940 – AUS 00955]* | | | | |
| 26. | AUS HEB Support Structure PowerPoint | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | *[AUS 00910 – AUS 00920]* | | | | |
| 27. | Proof of Completion of Use of Force Wallet Card<br><br>*[AUS 01002; AUS 00829]* | | | | |
| 28. | AUS Hot Sheet - All HEB Sites - General Post Orders<br><br>*[AUS 00638 – AUS 00642]* | | | | |
| 29. | AUS Hot Sheet - AUS Security Officer Post Orders<br><br>*[AUS 01036 – AUS 01042]* | | | | |
| 30. | PAN Form - Freeney Separation<br><br>*[AUS 001906 - AUS 001909]* | | | | |
| 31. | PAN Form - Ahmed Termination<br><br>*[AUS 00700 – AUS 00703]* | | | | |
| 32. | Email communication between Freeney and Hernandez regarding PAN for Ahmed on 4/14/2022<br><br>*[AUS 01078 – AUS 001082]* | | | | |
| 33. | TDPS Criminal History Search – Ahmed<br><br>*[AUS 00635 – AUS 00637; AUS 002107-002109]* | | | | |
| 34. | AUS Incident Report 4/4/2022 (written by Ahmed)<br><br>*[AUS 00671-00674; AUS 002091-2094]* | | | | |
| 35. | Employee Statement 4/4/2022 (written by Ahmed)<br><br>*[AUS 00674]* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 36. | TDPS Employee Information Update Form (Ahmed)<br><br>*[AUS 01546]* | | | | |
| 37. | DHS Employment Eligibility Verification Form (Ahmed)<br><br>*[AUS 01558 – AUS 01561; AUS 002095-002097; AUS 002101]* | | | | |
| 38. | Permanent Resident Card (Ahmed)<br><br>*[AUS 01562 – AUS 01563]* | | | | |
| 39. | EEOC Charge of Discrimination (Ahmed)<br><br>*[AUS 00001- AUS 00002]* | | | | |
| 40. | E-mails dated 6/3/2022 re: case information and paperwork for 36149, 36184<br><br>*[AUS 01252 – AUS 01253]* | | | | |
| 41. | AUS Job Description - Elite Security Professional - Armed<br><br>*[AUS 00629 – AUS 00631]* | | | | |
| 42 | AUS Job Description - General Manager<br>*[AUS 001805 – AUS 001808]* | | | | |
| 43. | AUS Job Description - Branch Manager<br><br>*[AUS 001809 – AUS 001812]* | | | | |
| 44. | AUS Job Description - Field Supervisor<br><br>*[AUS 001817 – AUS 001820]* | | | | |
| 45. | AUS Job Description - Regional Human Resources Manager<br><br>*[AUS 001821 – AUS 001824]* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 46 | AUS Job Description - Regional Human Resources Representative<br><br>*[AUS 001825 – AUS 001828]* | | | | |
| 47. | AUS Job Description - Human Resources Coordinator<br><br>*[AUS 001829 – AUS 001832]* | | | | |
| 48. | AUS Job Description - Client Manager<br><br>*[AUS 001813 – AUS 001816]* | | | | |
| 49. | AUS Job Description - Candidate Experience Specialist<br><br>*[AUS 001833 – AUS 001835]* | | | | |
| 50. | AUS job Description - Regional Trainer<br><br>*[AUS 001836 – AUS 001838]* | | | | |
| 51. | Root Cause Analysis - Version 1<br><br>*[AUS 00807 – AUS 00808]* | | | | |
| 52. | Root Cause Analysis - Version 2<br><br>*[AUS 01200 – AUS 01201]* | | | | |
| 53. | Use of Force and Reporting Policy; Use of Force Report Form (Handwritten)<br><br>*[AUS 00672 – AUS 00673]* | | | | |
| 54. | Use of Force and Reporting Policy; Use of Force Report Form (Typed - Version 1)<br><br>*[AUS 00968 – AUS 00971]* | | | | |
| 55. | Use of Force and Reporting Policy; Use of Force Report Form (Typed - Version 2)<br><br>*[AUS 00998 – AUS 01001]* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 56. | Hotline Complaint - Case No. 36184<br><br>*[AUS 00008 – AUS 00013]* | | | | |
| 57. | AUS Unacceptable Behavior Hot Sheet<br><br>*[AUS 00704 – AUS 00705]* | | | | |
| 58. | HEB Store Officer Training Checklist (Blank) - Version 1 (10 pages)<br><br>*[AUS 01023 – AUS 01032]* | | | | |
| 59. | HEB Store Officer Training Checklist (Blank) - Version 2 (9 pages)<br><br>*[AUS 00747 – AUS 00755]* | | | | |
| 60. | Incident Reporting and Response - Tab 07<br><br>*[AUS 00713 – AUS 00730]* | | | | |
| 61. | City of Bellaire CFS - Command Log<br><br>*[AhmedAllied000526 - AhmedAllied000536; AhmedAllied000539 - AhmedAllied000540]* | | | | |
| 62. | Text Messages Between MIC Kevin and Ahmed<br><br>*[AhmedAllied000594 - AhmedAllied000597]* | | | | |
| 63. | Court Records of Roberto E. Hernandez<br><br>*[AhmedAllied000551 - AhmedAllied000555]* | | | | |
| 64. | Photographs of Ahmed<br><br>*[AhmedAllied000590, AUS001804; AUS 002087-002090; AUS 002103, AUS 002107, AUS 002109]* | | | | |
| | Disciplinary Notice - 2/15/2022 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 65. | *[AUS 00596; AUS 00668]* | | | | |
| 66. | Disciplinary Notice - 4/5/2022<br><br>*[AUS 00669; AUS 00670; AUS 01055]* | | | | |
| 67. | AUS Employee Handbook - All U.S. Locations<br><br>*[AhmedAllied000010, AhmedAllied000198]* | | | | |
| 68. | AUS New Employee Orientation<br><br>*[AUS 001615 - AUS 001802]* | | | | |
| 69. | AUS Human Resources Org Charts as of 10/2021<br><br>*[AUS 001839 - AUS 001882]* | | | | |
| 70. | AUS Diversity, Equity, and Inclusion Policy<br><br>*[AhmedAllied000255 -AhmedAllied000259]* | | | | |
| 71. | AUS North America Code of Ethics<br><br>*[AhmedAllied000230 - AhmedAllied000254]* | | | | |
| 72. | Ahmed's Job Applications for 2024<br><br>*[AhmedAllied000485 - AhmedAllied000487; AhmedAllied000620 - AhmedAllied000644]* | | | | |
| 73. | Ahmed's Letter to EEOC Investigator<br><br>*[AUS 00495 - AUS 00497]* | | | | |
| 74. | Ahmed's Counsel's communications with the EEOC Investigator<br><br>*[AUS 00509 - AUS 00510;<br>AUS 00480 - AUS 00484]* | | | | |
| 75. | Ahmed's Electronically Signed Onboarding Documents | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | *[AUS 00554 - AUS 00595]* | | | | |
| 76. | Ahmed's Interview Schedule with AUS<br><br>*[AhmedAllied000481 -AhmedAllied000482]* | | | | |
| 77. | Ahmed's Contingent Job Offer with AUS<br><br>*[AhmedAllied000477 - AhmedAllied000478]* | | | | |
| 78. | Ahmed's Job Application with AUS<br><br>*[AhmedAllied000479 - AhmedAllied000480]* | | | | |
| 79. | Email communication between Ahmed and Alyea in May 25/26, 2022<br>*[AUS 01267]* | | | | |
| 80. | Internal Email Communication regarding Rehire Eligibility Status<br><br>*[AUS 01009]* | | | | |
| 81. | Email Communication between Felicia Solis-Ramirez and Bill King regarding SP's violation of UOF Policy<br><br>*[AUS 00972]* | | | | |
| 82. | Email communication between Alexzander Bergeron and Wayne Oliver regarding Ahmed's termination<br><br>*[AUS 01065]* | | | | |
| 83. | Email communication between Patrick Freeney and Wayne Oliver on June 10, 2022 regarding Ahmed<br><br>*[AUS 01165 - AUS 01166]* | | | | |
| 84. | Email Communications Regarding Ahmed's Rehire Application to AUS | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | *[AUS 01220; AUS 01269 - AUS 01270]* | | | | |
| 85. | Photos of Patrick Freeney<br><br>*[AUS 002127]* | | | | |
| 86. | Ahmed's Unemployment Application<br><br>*[AUS 01272; AUS 01526]* | | | | |
| 87. | Ahmed's Statement to Wayne Oliver on June 8, 2022<br><br>*[AUS 01332 - AUS 01334]* | | | | |
| 88. | Email Communications between Ahmed and Catherine Barnes in April 2022<br>*[AhmedAllied000435 - AhmedAllied000436]* | | | | |
| 89. | Internal Emails regarding Ahmed's violation of Use of Force Policy<br><br>*[AUS 01402 - AUS 01403;<br>AUS 00825 - AUS 00826;<br>AUS 00842 - AUS 00844;<br>AUS 00959 - AUS 00962]* | | | | |
| 90. | HEB SP Inspection Reports<br>*[AUS 002075-002090]* | | | | |
| 91. | E-Verify Tentative Nonconformance<br>*[AUS 001601-001603; AUS 002098-002100]* | | | | |
| 92. | Ahmed's Compliance/Training Tracker<br>*[AUS 00698-00699; AUS 002119-002121]* | | | | |
| 93. | Use of Force Wallet Card<br>*[AUS 002122-002125]* | | | | |
| 94. | Video: Steve Jones Use of Force – New Employee Orientation<br>*[AUS 002126]* | | | | |
| 95. | Video: Use of Force AUS EDGE Training<br><br>*[AUS 002128]* | | | | |

Date: July 18, 2025

**MARTENSON, HASBROUCK & SIMON LLP**

*/s/ Jessica E. Chang*
Jessica E. Chang, Attorney-in-Charge
(SDTX No. 3905098, IL6319080)
Nathan A. Shine (SDTX No. 3874604, IL6316753)
Martenson, Hasbrouck & Simon LLP
500 Davis Street, Suite 1010
Evanston, Illinois 60201
(224) 350-3127
jchang@martensonlaw.com
nshine@martensonlaw.com


Gary R. Kessler (SDTX No. 61089, GA416562)
Martenson, Hasbrouck & Simon LLP
2573 Apple Valley Road NE
Atlanta, Georgia 30319
(404) 909-8100
gkessler@martensonlaw.com

*Counsels for Defendant Universal Protection
Service, LP d/b/a Allied Universal Security Services*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system that will serve notice and a copy on all counsel of record as follows:

Amanda C. Hernandez
AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
amanda@ahfirm.com

Amy Gibson
David Wiley
Gibson Wiley PLLC
1500 Jackson Street, #109
Dallas, Texas 75201
amy@gwfirm.com
david@gwfirm.com

*/s/ Jessica E. Chang*
Jessica E. Chang