# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Twana Ahmed

v.   Case Number: 4:23–cv–02823

Universal Protection Service, LP

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 8/13/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Final Pretrial Conference

Date:   July 23, 2025

Nathan Ochsner, Clerk