IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § § § | CIVIL ACTION NO. 4:23-cv-02823 |
| Universal Protection Service, LP, d/b/a Allied Universal Security Services | § § § § § | Jury Trial Demanded |
| *Defendant.* | § § | |

## PLAINTIFF TWANA AHMED'S MOTION TO USE JUROR QUESTIONNAIRE

Through his undersigned counsel, Plaintiff Twana Ahmed attaches hereto a proposed juror questionnaire. He does so for the convenience of the Court. He does so to save time and resources in jury selection. He requests that it be given to venire panel members before they are brought to the courtroom for examination. He requests that answers be distributed to counsel for the parties before voir dire examination. He notes that it is substantially in the same form as that Judge Sean Jordan used to try another recent race discrimination case—*Yarbrough v. Glow Networks, Inc.*, No. 19-cv-00905 (E.D. Tex.). It is adopted from one the American Board of Trial Advocates ("ABOTA") publishes.

Respectfully submitted,

*/s/Amanda C. Hernandez*
Amanda C. Hernandez
Attorney-in-charge
Texas State Bar No. 24064411
Southern District Bar No. 1531045

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370
amanda@ahfirm.com

and

Amy E. Gibson
Of Counsel
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

*Attorneys for Twana Ahmed*

**CERTIFICATE OF CONFERENCE**

In accordance with Local Rule 7.1(D), I certify that I have attempted to conference with defense counsel regarding this motion. I gave adequate time for response—two weeks. I first requested consideration on July 18, 2025. I followed-up on July 25, 2025. I followed up again on July 30, 2025. I have received no response.

*/s/Amanda C. Hernandez*
Amanda C. Hernandez

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 1, 2025, *Plaintiff Twana Ahmed's Motion to Use Juror Questionnaire* was filed via the Court's CM/ECF system, serving Defendant's attorneys of record as follows:

Jessica E. Chang, attorney-in-charge
jchang@martensonlaw.com

Nathan A. Shine
nshine@martensonlaw.com

 Martenson, Hasbrouck & Simon LLP
 500 Davis Street, Suite 1010
 Evanston, Illinois 60201

Gary R. Kessler
gkessler@martensonlaw.com

 Martenson, Hasbrouck & Simon LLP
 2573 Apple Valley Road NE
 Atlanta, Georgia 30319

*Attorneys for Defendant*

*/s/Amanda C. Hernandez*
Amanda C. Hernandez

# EXHIBIT A

# JUROR QUESTIONNAIRE

Juror Name: _____     Juror # _____

| 1. Name:<br><br>Age: | 2. Highest grade you completed in school?<br><br>If college, please list any degrees received and major area of study: | 3. If you or a loved one were seriously harmed by someone's negligence, would you file a lawsuit?<br><br>☐ YES  ☐ NO |
|---|---|---|
| 4. Who is your current employer?<br><br>What is your job title and duties:<br><br>Type of business:<br><br>How long have you worked there? | 5. If retired or not working, what was your last job?<br><br>What was your job title and duties:<br><br>Type of business:<br><br>How long did you work there? | 6. Marital/relationship status:<br><br>Significant other's educational background:<br><br>His/her occupation: |
| 7. Number of children and stepchildren and ages:<br><br>Children's occupations:<br><br>Parents' occupations (or previous occupations if retired or deceased): | 8. Which group do you identify with most?<br><br>☐ Executives<br>☐ Managers<br>☐ Workers | 9. Do you believe in awarding money for mental anguish?<br><br>☐ YES    ☐ NO |
| 10. Have you or someone close to you ever been a Plaintiff (person suing) or Defendant (person being sued) in a civil lawsuit?<br><br>☐ YES     ☐ NO<br><br>If YES, describe the case: | 11. Have you ever owned a business or been a senior manager of a company?<br><br>☐ YES    ☐ NO<br><br>If YES, what kind of business?<br><br>Was that business ever sued?<br><br>When? | 12. Have you or someone close to you ever worked for or done business with Universal Protection Service, LP, d/b/a Allied Universal Security Services?<br><br>☐ YES     ☐ NO<br><br>If YES, please describe: |

Juror Name: _____                         Juror # _____

| | | |
|---|---|---|
| 13. In general, what is your opinion of companies? | 14. In general, what is your opinion of people who file lawsuits against companies? | 15. Companies routinely compromise safety in order to increase profits.<br><br>☐ Strongly agree<br>☐ Agree<br>☐ Disagree<br>☐ Strongly disagree |
| 16. There are too many restrictions and regulations placed on companies today.<br><br>☐ Strongly agree<br>☐ Agree<br>☐ Disagree<br>☐ Strongly disagree | 17. People are too quick to blame a company if they are harmed at work, whether or not the company was at fault<br><br>☐ Strongly agree<br>☐ Agree<br>☐ Disagree<br>☐ Strongly disagree | 18. Have you or a close family member ever been terminated from work?<br><br>☐ YES    ☐ NO<br><br>If YES, please explain: |
| 19. Have you or a close family member ever been wrongfully terminated from work?<br><br>☐ YES    ☐ NO<br><br>If YES, please explain: | 20. Have you or someone close to you ever filed a charge of discrimination with any state or federal agency?<br><br>☐ YES    ☐ NO<br><br>If YES, when and please describe: | 21. Which best describes your view regarding limiting the amount of money a person can receive in civil lawsuits?<br><br>☐ Strongly favor<br>☐ Favor<br>☐ Oppose<br>☐ Strongly oppose |
| 22. There should be laws making it more difficult to file a lawsuit.<br><br>☐ Strongly agree<br>☐ Agree<br>☐ Disagree<br>☐ Strongly disagree | 23. The amount of money awarded in lawsuits is:<br><br>☐ Often too high<br>☐ Too high<br>☐ Too low<br>☐ Often too low | |