IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| | § | No. 4:23-cv-02823 |
| | § | |
| Universal Protection Service, LP, d/b/a | § | Jury Demanded |
| Allied Universal Security Services, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER GRANTING PLAINTIFF TWANA AHMED'S MOTION TO USE JUROR QUESTIONNAIRE

Having considered Plaintiff's Motion, the Court is of the considered opinion that this motion should be, and hereby is, GRANTED.

IT IS SO ORDERED.

Signed on _____, at Houston, Texas, by

_____
Hon. Lee H. Rosenthal
United States District Judge

1