United States District Court
Southern District of Texas

**ENTERED**
August 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-02823 |
|---|---|---|---|
| | TWANA AHMED | | |
| | *versus* | | |
| | UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES | | |

| | |
|---|---|
| Lawyer's Name | David C. Hamilton |
| Firm | MARTENSON, HASBROUCK & SIMON LLP |
| Street | 500 Davis Street; Suite 1010 |
| City & Zip Code | Evanston, IL 60201 |
| Telephone & Email | (224) 350-3124 |
| Licensed: State & Number | GA Bar No. 141397 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 8/1/2025     Signed: [signature]

The state bar reports that the applicant's status is: active member in good standing.

Dated: 8/1/2025   Clerk's signature [signature]

**Order**

Dated: 8/1/2025

**This lawyer is admitted *pro hac vice*.**

[signature: Lee H. Rosenthal]
United States District Judge