Case 4:23-cv-02823   Document 73   Filed on 08/01/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-02823 |
|---|---|---|---|

TWANA AHMED

*versus*

UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Marty N. Martenson<br>MARTENSON, HASBROUCK & SIMON LLP<br>2573 Apple Valley Rd NE<br>Atlanta, GA 30319<br>(404) 909-8100<br>GA Bar No. 471100 |
|---|---|

| Name of party applicant seeks to appear for: | UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 08/01/2025 | Signed: /s/ |
|---|---|

| The state bar reports that the applicant's status is: | active member in good standing. |
|---|---|
| Dated: 8/1/2025 | Clerk's signature   *Glenda Hassan* |

**Order**

Dated: 8/1/2025

This lawyer is admitted *pro hac vice*.

*Lee H. Rosenthal*
United States District Judge