United States District Court
Southern District of Texas
**ENTERED**
August 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-23-2823 |
| | § | |
| UNIVERSAL PROTECTION SERVICE, LP, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff, Twana Ahmed, has moved the court to use a particular juror questionnaire to give to members of the venire before they are brought to the courtroom for examination. (Docket Entry No. 71). The motion is denied. The court has its own juror questionnaire that it intends to use for this trial.

SIGNED on August 8, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge