UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Twana Ahmed

v.                                                                 Case Number: 4:23−cv−02823

Universal Protection Service, LP

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 8/13/2025

**TIME:** 12:00 PM

**TYPE OF PROCEEDING:** Final Pretrial Conference

Date:   August 8, 2025

                                                                                   Nathan Ochsner, Clerk