IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:23-cv-02823 |
| | § | |
| Universal Protection Service, LP, | § | Jury Trial Demanded |
| d/b/a Allied Universal | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

---

**PLAINTIFF TWANA AHMED'S SUPPLEMENTAL WITNESS LIST**

---

Twana Ahmed files his supplemental witness list (attached), which updates witness Manaure Bethencourt's address, and adds lines and pages under Defendant's deposition transcript page and line list. The added lines are marked with blue-colored font for ease of distinguishing each line that was added.

Date: August 10, 2025

Respectfully submitted,

*/s/ Amanda Hernandez*

_____

Ms. Amanda C. Hernandez
Attorney-in-charge
Texas State Bar No. 24064411
Southern District Bar No. 1531045
amanda@ahfirm.com

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

*and*

Ms. Amy E. Gibson
Of Counsel
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

Mr. David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

*Attorneys for Twana Ahmed*