# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge Lee H. Rosenthal |
| | : | |
| UNIVERSAL PROTECTION SERVICE, | : | |
| LP d/b/a ALLIED UNIVERSAL | : | |
| SECURITY SERVICES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## REVISED TRIAL EXHIBIT LIST OF DEFENDANT UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES

Defendant Universal Protection Service, LP, d/b/a Allied Universal ("Allied") by and through undersigned counsel, files this Revised Trial Exhibit List of Defendant Universal Protection Service, LP, d/b/a Allied Universal. In an effort to streamline the presentation of evidence, Allied has withdrawn a number of its exhibits and consolidated others in a manner designed to facilitate a more organized and efficient presentation of its evidence. More specifically, in addition to the below revised Exhibit List, Allied has withdrawn the following previously identified trial exhibits: Exhibits 6, 7, 28, 35, 39, 40, 42, 43, 45, 46, 49, 50, 53, 57, 58, 59, 63, 70, 71, 73, 74, 76, 81, 91, and 95.

| New Ex. No. | Previous Ex. No. | DESCRIPTION | OFFER | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|---|
| 1 | 67 | AUS Employee Handbook - All U.S. Locations *[AhmedAllied000010-AhmedAllied000198]* | | | 05/09/25 | |
| 2 | 26 | AUS HEB Support Structure PowerPoint *[AUS 00910 - AUS 00920]* | | | 05/09/25 | |
| 3 | 93 | Use of Force Wallet Card *[AUS 002122 - AUS 002125]* | | | | |
| 4 | 3 | Poster - Avoid Using Force *[AUS 00958]* | | | | |
| 5 | 80 | Internal Email Communication regarding Rehire Eligibility Status *[AUS 01009]* | | | | |
| 6 | 47 | AUS Job Description - Human Resources Coordinator *[replaced with correct version AUS 002134-002137]* | | | | |
| 7 | 69 | AUS Human Resources Org Charts as of 10/2021 *[AUS 001839 - AUS 001882]* | | | 05/09/25 | |
| 8 | 78 | Ahmed's Job Application with AUS *[AhmedAllied000479 - AhmedAllied000480]* | | | 05/09/25 | |
| 9 | 77 | Ahmed's Contingent Job Offer with AUS *[AhmedAllied000477 - AhmedAllied000478]* | | | 05/09/25 | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | 68 | AUS New Employee Orientation<br>[AUS 001615 - AUS 001802] | | | | |
| 11 | 94 | Video: Steve Jones Use of Force – New Employee Orientation<br>[AUS 002126] | | | | |
| 12 | 18 | Ahmed NEO Certificate<br>[AUS 00663] | | | | |
| 13 | 19 | Ahmed Training Certification - Preventing Unlawful Discrimination & Harassment<br>[AUS 00664] | | | | |
| 14 | 20 | Ahmed Security Professional ID Badge Receipt and Acknowledgment<br>[AUS 00665] | | | | |
| 15 | 75 | Ahmed's Electronically Signed Onboarding Documents<br>[AUS 00036, AUS 00554 - AUS 00595] | | | 05/09/25 | |
| 16 | 92 | Ahmed's Compliance/Training Tracker<br>[AUS 00698-00699; AUS 002119-002121] | | | | |
| 17 | 33 | TDPS Criminal History Search – Ahmed<br>[AUS 00635 – AUS 00637; AUS 002107-002109] | | | | |
| 18 | 36 | TDPS Employee Information Update Form (Ahmed)<br>[AUS 01546] | | | 05/09/25 | |
| 19 | 88 | Email Communications between Ahmed and Catherine Barnes in April 2022<br>[AhmedAllied000435 - AhmedAllied000436] | | | 05/09/25 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | 41 | AUS Job Description - Elite Security Professional - Armed [AUS 00629 – AUS 00631] | | | 05/09/25 | |
| 21 | 5 | HEB Elite Team Mandatory Training [AUS 00921] | | | | |
| 22 | 25 | AUS Elite Officer PowerPoint [AUS 00940 – AUS 00955] | | | | |
| 23 | 4 | TMO Pocket Training Guide HEB [AUS 00956] | | | | |
| 24 | 21 | PATH Basis Course Certification Forms - Multiple Employees [AUS 00653 - AUS 00654] | | | 05/09/25 | |
| 25 | 64 | Photographs of Ahmed [AhmedAllied000590]; all other photographs in prior Exhibit 64 withdrawn. | | | | |
| 26 | 90 | HEB SP Inspection Reports [AUS 002075-002090] | | | | |
| 27 | 62 | Text Messages Between MIC Kevin and Ahmed [AhmedAllied000594 - AhmedAllied000597; supplemented with AUS 002129 - AUS 002133 | | | | |
| 28 | 61 | City of Bellaire CFS - Command Log [AhmedAllied000526 - AhmedAllied000536; AhmedAllied000539 - AhmedAllied000540] | | | 05/09/25 | |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | 24 | 738 Bellaire Market Post Orders [AUS 00643] | | | 05/09/25 | |
| 30 | 29 | AUS Hot Sheet - AUS Security Officer Post Orders [AUS 01036 – AUS 01042] | | | 05/09/25 | |
| 31 | 27 | Proof of Completion of Use of Force Wallet Card [AUS 01002] | | | | |
| 32 | 44 | AUS Job Description - Field Supervisor [AUS 001817 – AUS 001820] | | | 05/09/25 | |
| 33 | 65 | Disciplinary Notice - 2/15/2022 [AUS 00668] | | | | |
| 34 | 66 | Disciplinary Notice - 4/5/2022 [AUS 00669; AUS 00670; AUS 01055] | | | | |
| 35 | 34 | AUS Incident Report 4/4/2022 (written by Ahmed) [AUS 002091-2092, AUS 00674 and AUS 00672-00673, AUS 002094] | | | | |
| 36 | 82 | Email communication between Alexzander Bergeron and Wayne Oliver regarding Ahmed's termination [AUS 01065] | | | | |
| 37 | 48 | AUS Job Description - Client Manager [AUS 001813 – AUS 001816] | | | 05/09/25 | |
| 38 | 85 | Photo of Patrick Freeney [AUS 002127] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | 23 | Ahmed HEB Store Officer Training Checklist Form [AUS 00644 – AUS 00652] | | | | |
| 40 | 2 | Inspection Report by Chameleon Associates [AUS 00731 - AUS 00732] supplemented to add AUS 001098 – AUS 001099 | | | 05/09/25 in part. | |
| 41 | 55 | April 5, 2022 Email and attachments from Patrick Freeney [AUS 00891- AUS 00895] | | | | |
| 42 | 60 | April 6, 2022 Email and attachment from Jim Grant to Patrick Freeney [AUS 00871-AUS 00890] | | | | |
| 43 | N/A | April 6, 2022 Email from Kareem McKinnon [AUS 00845] | | | | |
| 44 | N/A | April 7, 2022 Email from Bill King to Patrick Freeney [AUS 00836] | | | | |
| 45 | 89 | April 7, 2022 Email from Patrick Freeney to Bill King, Jim Grant and Kareem McKinnon [AUS 00842- AUS 00844 which was a portion of prior Exhibit 89] | | | | |
| 46 | 1 | April 7, 2022 Email and attachments from Patrick Freeney to Felicia Solis-Ramirez [AUS 00820 - AUS 00824] Former Exhibit 1 included AUS 00824 | | | | |
| 47 | N/A | April 7, 2022 Email from Felicia Solis-Ramirez to Kareem McKinnon and copy to Patrick Freeney [AUS 00830] | | | 05/09/25 (agreed | |

6

| | | | | | as to prior version) | |
|---|---|---|---|---|---|---|
| 48 | 89 | April 7, 2022 Email from Bill King to Kareem McKinnon with copy to Patrick Freeney [*AUS 00825 - AUS 00826*] which was a portion of prior Exhibit 89 | | | | |
| 49 | 1, 52 | April 7, 2022 Email and attachments from Patrick Freeney to Jim Grant [*AUS 00981- AUS 00985*] Former Exhibit 1 included AUS 00983 | | | | |
| 50 | N/A | April 8, 2022 Email from Jim Grant [*AUS 00979- AUS 00980*] | | | | |
| 51 | 54, 51 | April 8, 2022 Email and attachments from Bill King to Jim Grant and Patrick Freeney [*AUS 00963- AUS 00971*] Former Exhibit 54 was AUS 00968-00971 | | | | |
| 52 | 22 | Ahmed Weapon Issue/Return Form [*AhmedAllied 448-449 previously misidentified as AUS 00448- AUS 00449*] | | | | |
| 53 | 32 | Email communication between Freeney and Hernandez regarding PAN for Ahmed on 4/14/2022 [*AUS 001078 – AUS 001082*] | | | | |
| 54 | 31 | PAN Form - Ahmed Termination [*AUS 00700 – AUS 00703*] | | | | |

| 55 | 89 | June 4, 2022 Email from Patrick Freeney to Wayne Oliver [AUS 001402- AUS 001403] which was a portion of prior Exhibit 89 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 56 | 83 | Email communication between Patrick Freeney and Wayne Oliver on June 10, 2022 regarding Ahmed [AUS 01165 - AUS 01166] | | | | |
| 57 | 8 | Disciplinary Matrix Guidelines [AUS 00743 - AUS 00746] | | | 05/09/25 | |
| 58 | 9 | Legal - Use of Force and Reporting Policy [AUS 00734 - AUS 00742] | | | 05/09/25 | |
| 59 | 79 | Email communication between Ahmed and Alyea in May 25/26, 2022 [AUS 01267] | | | | |
| 60 | 86 | Ahmed's Unemployment Application [AUS 01272] | | | 05/09/25 | |
| 61 | 84 | Email Communications Regarding Ahmed's Rehire Application to AUS [AUS 01220; AUS 01269 - AUS 01270] | | | 05/09/25 | |
| 62 | 30 | PAN Form - Freeney Separation [AUS 001906 - AUS 001909] | | | 05/09/25 | |
| 63 | 56 | Hotline Complaint - Case No. 36184 [AUS 00008 – AUS 00013] | | | 05/09/25 | |

| 64 | 87 | Ahmed's Statement to Wayne Oliver on June 8, 2022<br>*[AUS 01332 - AUS 01334]* | | | 05/09/25 | |
| --- | --- | --- | --- | --- | --- | --- |
| 65 | 10 | 2023 Ahmed's Form 1099<br>*[AhmedAllied 000658]* | | | 05/09/25 | |
| 66 | 11 | 2022 Ahmed's Form 1099<br>*[AhmedAllied 000492]* | | | 05/09/25 | |
| 67 | 13 | Ahmed's Earnings Statement with Western Eagle Security (Amerom, Inc.)<br>*[AhmedAllied 000646 - AhmedAllied 000653]* | | | 05/09/25 | |
| 68 | 14 | 2022 Ahmed W-2 Amerom, Inc.<br>*[AhmedAllied 000654]* | | | 05/09/25 | |
| 69 | 15 | 2021 Ahmed W-2 Amerom, Inc.<br>*[AhmedAllied 000655]* | | | 05/09/25 | |
| 70 | N/A | Securitas Pay Records<br>*[AhmedAllied 000820-836]* | | | | |
| 71 | 12,16, 17 | Ahmed's Earning Statement with AUS<br>*[AUS 00682 - AUS 00695] supplementing to add AhmedAllied 656 and AUS 00627* | | | 05/09/25 | |
| 72 | 72 | Ahmed's Job Applications for 2024<br>*[AhmedAllied000485 - AhmedAllied000487; AhmedAllied000620 - AhmedAllied000644]* | | | 05/09/25 | |

| 73 | 37 | DHS Employment Eligibility Verification Form (Ahmed) *[AUS 01558 – AUS 01561 and AUS 002101]* | | | 05/09/25 | |
| 74 | 38 | Permanent Resident Card (Ahmed) *[AUS 01562 – AUS 01563]* | | | 05/09/25 | |

Date: August 10, 2025

**MARTENSON, HASBROUCK & SIMON LLP**

*/s/ Jessica E. Chang*
Jessica E. Chang, Attorney-in-Charge
(SDTX No. 3905098, IL6319080)
Nathan A. Shine (SDTX No. 3874604, IL6316753)
Martenson, Hasbrouck & Simon LLP
500 Davis Street, Suite 1010
Evanston, Illinois 60201
(224) 350-3127
jchang@martensonlaw.com
nshine@martensonlaw.com

*Counsels for Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2025, I caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system that will serve notice and a copy on all counsel of record as follows:

Amanda C. Hernandez
AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
amanda@ahfirm.com

Amy Gibson
David Wiley
Gibson Wiley PLLC
1500 Jackson Street, #109
Dallas, Texas 75201
amy@gwfirm.com
david@gwfirm.com

                                                */s/ Jessica E. Chang*
                                                Jessica E. Chang