AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| Twana Ahmed <br><br> *Plaintiff* <br> v. <br> Universal Protection Service, LP, d/b/a Allied Universal <br> *Defendants* | ) ) ) ) ) ) ) <br><br> Civil Action No. 4:23-cv-02823 <br><br> Jury |

*(handwritten: ACCEPTED BY: [signature] 8/5/2025 @ 9:40 AM  Ck #2785 For $301.80)*

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   Felicia Solis-Ramirez

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: <br> Bob Casey United States Courthouse <br> 515 Rusk Avenue, Houston, Texas 77002 | Courtroom No.: 11B |
|---|---|
| | Date and Time: **August 19, 2025 at 9:00 AM*** <br> ***Please contact Amanda Hernandez to confirm exact date and time date at**: amanda@ahfirm.com (915) 204-8928 |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: <u>July 17, 2025</u>

CLERK OF COURT

OR

_____        _____[signature]_____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing Twana Ahmed , who issues or requests this subpoena, are:

Amanda Hernandez: 5718 Westheimer, Suite 1000, Houston, Texas 77057
amanda@ahfirm.com, (915) 204-8928

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-02823

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Felicia Solis-Ramirez</u> was received by me on *(date)* <u>July 18, 2025, 2:26 pm.</u>

[X] I personally served the summons on the individual at *(place)* <u>8223 TEXAS HIGHWAY 151 (Starbucks Parking Lot), SAN ANTONIO, TX 78245</u> on *(date)* <u>August 05 2025</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: August 6, 2025

*Server's signature*

Richard D. Ramos PSC# 2051

*Printed name and title*

P.O. Box 100021, San Antonio, TX 78201

*Server's address*

Additional information regarding attempted service, etc.: