# Google Maps

**8223 Texas 151, San Antonio, TX to Federal Courthouse**

Drive 208 miles, 3 hr 4 min



Map data ©2025 Google, INEGI   20 mi

- **via I-10 E** — 3 hr 4 min, 208 miles
  Fastest route now, avoids road closure on I-10 E.
  ⚠ This route has tolls.

- **via US-290 E and I-10 E** — 3 hr 45 min, 233 miles

- ✈ **San Antonio, TX—Houston, TX** — 55 min, from $330

**Explore new places along this route**
Add suggested stops