IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:23-cv-02823 |
| Universal Protection Service, LP, | § | Jury Trial Demanded |
| d/b/a Allied Universal | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF TWANA AHMED'S MOTION TO SEAL CERTAIN TRIAL EXHIBITS AND RELATED TRIAL TESTIMONY**

**I. NATURE AND STAGE OF PROCEEDING**

This case concerns the civil rights of workers. It involves allegations that Allied fails to protect its workers from retaliation when they report discrimination, Allied's manager threatened to physically harm a worker, and Allied's manager called the worker a sand-nigg*r while suspending him for refusing to sign a false incident report. Allied disputes the allegations. The final pretrial conference is set for August 13, 2025, and jury trial is set for August 18, 2025.

## II. ISSUE & STANDARD OF REVIEW

The issue is whether to grant Mr. Ahmed's motion to seal certain trial exhibits and related trial testimony. Courts have discretion to seal judicial records, which is reviewed for an abuse of discretion. *SEC v. Van Waeyenberghe,* 990 F.2d 845, 848 (5th Cir. 1993).

## III. ARGUMENT & AUTHORITY

Though the public has a general right to access court records, that right is "not absolute." *Nixon v. Warner Commc'ns, Inc.,* 435 U.S. 589, 597 (1978). "Every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes." *Id.* at 598. Courts have sealed judicial records to preserve confidentiality of nonpublic information when disclosure would harm a party. *See, e.g., id.* (providing examples, such as preventing use of court records to gratify private spite); *DISH Network, LLC v. WLAJ- TV, LLC*, CV 16-0869, 2017 WL 1333057, at *2 (W.D. La. Apr. 3, 2017) (business information and competitive standing).

Plaintiff Twana Ahmed moves to seal confidential trial exhibits and certain related trial testimony. The trial exhibits in question were marked "CONFIDENTAL" and provided to Defendant Allied Universal pursuant to agreement that the information would remain confidential, be used solely for this case, and not publicly filed. Even public disclosure of the *basis* for sealing could cause serious physical injury or death. So, Mr. Ahmed's attorneys request *in camera* presentation of the factual basis for sealing and this motion. They request

the opportunity to do so at the final pretrial hearing or such other time as the Court may direct before the evidentiary portion of trial starts.

## IV. Conclusion

To prevent serious physical injury or death, Plaintiff Twana Ahmed respectfully requests that the Court order Mr. Ahmed's trial exhibits 81 and 98, and certain related trial testimony, sealed.

| | |
|---|---|
| Date: August 12, 2025 | Respectfully submitted, |
| | */s/ Amanda Hernandez* |

Ms. Amanda C. Hernandez
Attorney-in-charge
Texas State Bar No. 24064411
Southern District Bar No. 1531045
amanda@ahfirm.com

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

*and*

Ms. Amy E. Gibson
Of Counsel
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

Mr. David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

*Attorneys for Twana Ahmed*

## CERTIFICATE OF CONFERENCE

I certify that plaintiff's counsel attempted to conference with defense counsel regarding this motion. Defense counsel previously agreed to keep the exhibits in question confidential but have not responded regarding their agreement or opposition to this motion. The parties were scheduled to confer on various pre-trial matters today at 5:00pm, but defense counsel cancelled that meeting, so we do not anticipate them responding with their position on this motion before tomorrow.

*/s/Amanda C. Hernandez*
Amanda C. Hernandez

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 12, 2025, *Plaintiff Twana Ahmed's Motion to Seal Certain Trial Exhibits and Related Trial Testimony* was filed via the Court's CM/ECF system, thereby serving Defendant's attorneys of record.

*/s/Amanda C. Hernandez*
Amanda C. Hernandez
