UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 4:23-cv-02823 |
| | § | |
| v. | § | The Honorable Lee H. Rosenthal |
| | § | |
| Universal Protection Service, LP, d/b/a | § | Jury Demand |
| Allied Universal Security Services | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ON PLAINTIFF TWANA AHMED'S MOTION TO SEAL**

Having considered Twana Ahmed's motion to seal and the reasons for the motion stated in camera, the motion is GRANTED. Plaintiff's trial exhibit numbers 81 and 98, and related testimony is hervy sealed.

SIGNED on _____, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge