# Exhibit A

*Defendant's proposed trial exhibit 47— email string showing Felicia Solis-Ramirez's involvement in the decision to fire Twana Ahmed.*

| | |
|---|---|
| **From:** | Solis-Ramirez, Felicia on behalf of Solis-Ramirez, Felicia <Felicia.Solis-Ramirez@aus.com> |
| **To:** | McKinnon, Kareem; King, Bill |
| **Cc:** | Freeney, Patrick; Westman, Mark |
| **Subject:** | FW: ***Attorney Client Privelidge*** UOF Twana Ahmed 04042022 |
| **Date:** | Thursday, April 7, 2022 12:38:58 PM |
| **Attachments:** | Twana Ahmed UOF 04042022.pdf<br>image001.png<br>image002.png |

Hi HEB Team,

In reviewing the attached and speaking with Patrick, it is my recommendation that the officer be terminated. Here are some highlights from the attached:

- SP signed UoF checkpoint in the field with FS on 2/14/22 (pictured below).
- SP knowingly violated the policy by restraining a shoplifter that was not a threat to the SP or the public.
- SP refused to complete a written statement and did not submit a HeliAUS report following the incident (activity, event or incident).
- SP refused to sign disciplinary counseling.



Thank you so much and have a *PHENOMENAL* day!

**Felicia Solis-Ramirez**
Branch Manager, San Antonio
C: 210.260.1355 | Felicia.Solis-Ramirez@aus.com

---

**From:** Freeney, Patrick <Patrick.Freeney@aus.com>
**Sent:** Thursday, April 7, 2022 9:36 AM
**To:** Solis-Ramirez, Felicia <Felicia.Solis-Ramirez@aus.com>
**Subject:** ***Attorney Client Privelidge*** UOF Twana Ahmed 04042022


Thanks in advance!

**Patrick G. Freeney**
Elite Client Manager for HEB/Houston
**Allied Universal Security Services**
11811 North Freeway| Suite 810 | Houston, TX  77060
C: 762.524.1023 | **patrick.freeney@aus.com**
License number: C15802
www.AUS.com



HE>i

AUS 00830