UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § § | |
| *Plaintiff*, | § § | Civil Action No. 4:23-cv-02823 |
| v. | § § | The Honorable Lee H. Rosenthal |
| Universal Protection Service, LP, d/b/a Allied Universal Security Services | § § § | Jury Demand |
| *Defendant*. | § § | |

# ORDER ON DEFENDANT'S MOTION TO QUASH
## SUBPOENA OF FELICIA SOLIS-RAMIREZ

Having considered Defendant's motion and Plaintiff's response, the motion is DENIED.

SIGNED on _____, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge