# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 460-2023-00103 |

**Texas Workforce Commission Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Twana M. Ahmed | (713) 588-4359 | 04/19/1990 |

| Street Address | City, State and ZIP Code |
|---|---|
| 9919 Richmond Ave. Apt. 1122 | Houston, Texas 77042 |
| Email address : twana_202020@yahoo.com | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Universal Protection Service, LP | >500 | (713) 844-6403 |

| Street Address | City, State and ZIP Code |
|---|---|
| 161 Washington Street, Suite 600, Eight Tower Bridge | Conshohocken, PA 19428 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| d/b/a Allied Universal | | 832-786-3911 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1811 North Freeway, Suite 810 | Houston, Texas 77060 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest   Latest   **Continues**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I believe that Universal Protection Service, LP, which does business as Allied Universal ("Allied"), violated and continues to violate Title VII of the Civil Rights Act of 1964 and Chapter 21 of the Texas Labor Code (Texas Commission on Human Rights Act) through discrimination because of race (middle eastern Kurdish), national origin (Iraq) and religion (Muslim), and retaliation because of reporting race, national origin, and religious discrimination. This discrimination includes discrimination against me. It may also include systemic discrimination that includes others.

I believe that Allied also violated other laws that the EEOC does not investigate, such as 42 U.S.C. § 1981.

This is the story of what happened. In November of last year Allied hires a new batch of security guards for Elite unit. I was one of the new hires. The Elite program is specifically for former military and police officers. Allied conducts training for these new recruits. During the class, one of the managers named Patrick Freeney repeatedly makes fun of a Hispanic recruit's accent. The recruit eventually quits, stating that Patrick is racist.

During training, Patrick also tells me that I have to shave my beard. I tell him that I cannot shave my beard because it is part of my religion to have a beard.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

9-28-22
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 9/28/22
(month, day, year)

LAUREN ALICIA WEAVER
My Notary ID # 132290377
Expires December 19, 2023

*Stamp: RECEIVED 28 SEP 2022 Houston District Office US EEOC*

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA<br>☒ EEOC | **460-2023-00103** |

**Texas Workforce Commission Civil Rights Division** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

A few weeks later, a supervisor comes up to me and also tells me that I have to shave my beard. Again, I tell him no, it is part of my religion, I need my beard.

Eventually I end up shaving my beard. I do not want to lose my job. But when I start working at different posts, I notice that other security guards have beards, some way longer than the beard that I used to have. I also notice that I was not issued a body camera and several other officers were issued one.

Sometime after I started working, Patrick accused me of missing a day. I proved to him that I did not miss a day. He said something like, "If you're lying to me, I will fry you like a f***ing chicken. I will f**k up your world. This is America." Patrick starts screaming at me, yelling something along the lines of this: "This is not where you came from. This is America, we run things differently. I don't know how the f*** you got into the military, a dumb ass like you."

In April of this year, I was stationed at an HEB grocery store. One night, I receive a text message from the store manager with a picture of a man. Under the picture, the store manager writes: "Attempted beer theft. If he is still on the premises, he needs to leave." I recognize the man from a different HEB. The man has been arrested before. The store manager calls me and says he needs me inside the store. I recognize that there are two men working together and they are not allowed on any HEB property. The store manager says the guys are stealing. He tell me they were kicked out earlier today and are stealing a lot of beer and merchandise. The men went around the cashier to leave the premises. The manager told me not to let the men take the merchandise and asked me to stop them. I went by the door and asked them to pay for the merchandise. One of the men says, "I have a knife, I'm gonna cut you up." The man is drunk. I ask the store manager to call the police. While I was detaining the man in handcuffs, the police arrive. The police officers take custody of both men. I tell the police officers that the men had been arrested a couple days earlier.

The next day Allied's manager, Patrick asks me to sign a report of the incident. The report states that I got out of my car and approached the drunk man for no reason, then pushed and handcuffed him. The report is a lie. I refuse to sign the report because it is not true. Patrick says it will look bad on me. Patrick gets angry and says "I'm done with your dumbass." Patrick then says that I am suspended. He says I have to turn in my gun and taser the next day. He says something like, "I will recommend you be fired. If you're not fired, I will do the best of my ability to get rid of you and fire you. I am gonna take your security license away. I will press charges on you for stealing my stuff if you don't return it. I will destroy you and fry you like a chicken. If you don't like it, you can go back to where you came from."

The next day I return to turn in my taser and hand gun. Patrick was on the phone. He tells the person on the phone, "Hold on, I'm just here dealing with this sand-n****r." I told Patrick, you are discriminating against me. Patrick gets up, closes the door, and starts cussing me out and threatening me again.

After I am suspended, I begin reporting everything to Allied's Human Resources. I report in writing my belief that I am being discriminated against. I report that Allied's account manager (Patrick) has threatened me and used racial slurs toward me. I also report my belief that I am being discriminated against because of my religion (Muslim). About a month after my reports, I find out that I am fired.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 9-28-22

Charging Party Signature: *[signature]*

NOTARY – When necessary for State and Local Agency Requirements

*[signature]*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 9/28/22
(month, day, year)

LAUREN ALICIA WEAVER
My Notary ID # 132290377
Expires December 19, 2023

RECEIVED 28 SEP 2022 Houston District Office U.S. EEOC