## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Twana Ahmed

v.  Case Number: 4:23−cv−02823

Universal Protection Service, LP

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Miscellaneous Hearing set for 8/25/2025 at 10:50 AM before Judge Lee H Rosenthal, by video.

Date: August 22, 2025

Nathan Ochsner, Clerk, Clerk<br>
s/ 4 AntonioBanda, Deputy Clerk