United States District Court
Southern District of Texas
**ENTERED**
August 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-23-2823 |
| | § | |
| UNIVERSAL PROTECTION SERVICE, LP, | § | |
| | § | |
| Defendant. | § | |

**FOURTH AMENDED SCHEDULING AND
DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following amended schedule:

1. N/A  **MOTIONS TO ADD NEW PARTIES**
   No new parties are needed.

2. N/A  **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
   Parties filing motions to amend pleadings must show good cause.

3. N/A  **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**
   No new experts will be designated.

4. October 17, 2025  **MEDIATION**
   Mediation or other form of dispute resolution must be completed by this deadline.

| | | |
|---|---|---|
| 5. | November 3, 2025 | **COMPLETION OF DISCOVERY** |
| | | Limited, additional discovery will be completed by this deadline. |
| 6. | November 4, 2025 | **PRETRIAL DISPOSITIVE MOTIONS DEADLINE** |
| | | Defendant will submit any motion for sanctions by this deadline. |
| | November 19, 2025 | Plaintiff will respond to any motion for sanctions by this deadline. |
| 7. | November 19, 2025 | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE** |
| | | The parties will file any motions in limine pertinent to the limited, additional discovery and, if needed, amend the Joint Pretrial Order by this deadline. |
| 8. | November 26, 2025 | **FINAL PRETRIAL CONFERENCE** |
| | | Final Pretrial Conference will be held at 9:30 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Final Pretrial Conference will be considered. |
| 9. | January 5, 2026 | **JURY TRIAL** |
| | | Jury selection and trial will begin at 9:00 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. The court will seat a 12-person jury. |

Any party wishing to make any discovery motions should arrange for a premotion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Ms. Hassan at Glenda_Hassan@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on August 26, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge