UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed | § | |
| | § | |
| *versus* | § | Case Number: 4:23−cv−02823 |
| | § | |
| Universal Protection Service, LP | § | |

## Notice of Reassignment

By agreement of the judges, this case is reassigned to the docket of United States District Judge David Hittner. Deadlines in scheduling orders remain in effect, and all court settings are vacated.

Date: September 15, 2025

Nathan Ochsner, Clerk