United States District Court
Southern District of Texas
**ENTERED**
September 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-23-2823 |
| | § | |
| UNIVERSAL PROTECTION SERVICE, LP | § | |
| | § | |
| | § | |
| Defendant. | § | |

## FIFTH AMENDED SCHEDULING ORDER

On September 15, 2025, this matter was reassigned to the docket of the undersigned.[1] A review of the docket in this case reveals that this matter was removed from state court on August 1, 2023. The Court notes that the initial trial date in this matter was set for July 19, 2024.[2] A further review of the record in this case reveals that the parties have now requested a total of five continuances over the span of two years.[3] As a result, the trial date in this matter is currently set for January

---

[1] *See Court Notice of Reassignment*, Document No. 96.

[2] *See Initial Scheduling Order*, Document No. 10.

[3] *See First Joint Motion to Modify Scheduling and Docket Control Order*, Document No. 18; *Second Joint Motion to Modify Scheduling and Docket Control Order*, Document No. 28; *Plaintiff's Unopposed Motion for Extension of Time to Respond to Summary Judgment Motion*, Document No. 32; *Defendant's Unopposed Motion for Extension of Time to Reply in Support of Motion for Summary Judgment*, Document No. 38; *Joint Motion for Extension of Time on Submitting Proposed Trial Times*, Document No. 61.

5, 2026, over seventeen months after the initial trial date in this matter.[4] Having considered the Fourth Amended Scheduling and Docket Control Order in this case, the Court determines that the following schedule is appropriate to resolve this case. Accordingly, the Court hereby

**ORDERS** that a Joint Pretrial Order and any accompanying motions in limine or evidentiary objections must be filed with the Court on or before Tuesday, October 14, 2025. The Court further

**ORDERS** that the Final Pretrial Conference in this matter will take place on Monday, October 20, 2025, at 2:00PM. The Court further

**ORDERS** that counsel in this matter must be physically present for the forthcoming final pretrial conference. The Court further

**ORDERS** that jury selection will commence on Monday, November 3, 2025, at 10:30AM.

SIGNED at Houston, Texas, on this __18__ day of September, 2025.

_David Hittner_
DAVID HITTNER
United States District Judge

---

[4] *See Fourth Amended Scheduling and Docket Control Order*, Document No. 92 at 1.