UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge David Hittner |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : : : : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## DEFENDANT UNIVERSAL PROTECTION SERVICE, LP'S RENEWED MOTION FOR SANCTIONS

NOW COMES Defendant Universal Protection Service, LP, Inc.'s ("Allied" or "Defendant"), by and through its undersigned counsel, files this Renewed Motion for Sanctions against Plaintiff Twana Ahmed ("Plaintiff"). Allied initially filed its Motion for Sanctions on August 13, 2025. On August 26, 2025, Judge Rosenthal issued a Fourth Amended Scheduling and Docket Control Order (ECF 92) in which Defendant was instructed to submit any updated Motion for Sanction on or before November 4, 2025. Given this Court's subsequent Fifth Amended Scheduling Order (ECF 97) in which jury selection is scheduled to commence on November 3, 2025, Defendant is now filing this Renewed Motion for Sanctions in advance of the November 4, 2025 deadline.

1

Defendant respectfully moves the Court to sanction Plaintiff for deliberate and repeated perjury committed throughout the course of this case. For the reasons stated herein and in the accompanying Memorandum in Support, Defendant respectfully requests that the Court grant this Motion, dismiss Plaintiff's Complaint with prejudice, and grant Allied its fees and costs.

Dated: October 2, 2025

        Respectfully submitted,

        **MARTENSON, HASBROUCK & SIMON LLP**

        */s/ Jessica E. Chang*
Jessica E. Chang, attorney-in-charge
(SDTX No. 3905098, IL6319080)
Nathan A. Shine (SDTX No. 3874604, IL6316753)
David Hamilton (PHV)
Martenson, Hasbrouck & Simon LLP
500 Davis Street, Suite 1010
Evanston, Illinois 60201
(224) 350-3127
jchang@martensonlaw.com
nshine@martensonlaw.com
dhamilton@martensonlaw.com
    *--and--*
Marty N. Martenson (PHV)
Martenson, Hasbrouck & Simon LLP
2573 Apple Valley Road NE
Atlanta, Georgia 30319
(404) 909-8104
mnmartenson@martensonlaw.com
*Counsels for Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2025, I caused to be served a true and correct copy of the foregoing document on all counsel of record via electronic mail as follows:

Amanda C. Hernandez
AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
amanda@ahfirm.com

Amy Gibson
David Wiley
Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201
amy@gwfirm.com
david@gwfirm.com

                                                */s/ Jessica E. Chang*
                                                Jessica E. Chang