# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge David Hittner |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## PROPOSED ORDER

Pending before the Court is Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services' Renewed Motion for Sanctions ("Motion"). Having considered the Motion, the evidence, any response or reply, the applicable law, and the arguments of counsel, if any:

IT IS ORDERED that Defendant's Renewed Motion for Sanctions is **GRANTED**. Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that Defendant is awarded its fees and costs.

**IT IS SO ORDERED.**

This _____ day of _____, 2025.

_____
Judge David Hittner
United States District Judge