| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Ahmed
v.
Universal Protection

§
§
§
§
§
§

CASE NUMBER 4:23CV2823

United States Courts
Southern District of Texas
FILED

OCT 03 2025

Nathan Ochsner, Clerk of Court

Flash Drive Exh A to #98

_____
_____
_____
_____

**DOCUMENT IS:**

[✓] **LOOSE IN FILE**

[ ] **IN VAULT SEALED**

[ ] **IN BROWN EXPANDABLE FOLDER**

INSTRUMENT #_____



**MARTENSON HASBROUCK & SIMON LLP**

**Jessica Chang**
Attorney at Law
(224) 350-3127
jchang@martensonlaw.com

*United States Courts*
*Southern District of Texas*
*FILED*
*OCT 03 2025*
*Nathan Ochsner, Clerk of Court*

October 3, 2025

**Via Hand Delivery**
ATTN: Clerk of Court
United States Courthouse
515 Rusk Street, Rm. 8509
Houston, Texas 77002

    Re:    *Twana Ahmed vs. Universal Protection Service, LP d/b/a Allied Universal*
           Case No.: 4:23cv2823

Dear Mr. Ochsner:

Pursuant to Court procedures, enclosed is a flash drive containing video attachments referenced in Exhibit A (as attachments 1-3) of Defendant Universal Protection Service, LP's Renewed Motion for Sanctions, ECF 98.

Should you have any questions or concerns about accessing the video files, please do not hesitate to contact me using the information above.

Sincerely yours,

MARTENSON, HASBROUCK & SIMON LLP

*Jessica Chang*

Jessica Chang, Esq.

ATLANTA | CARLSBAD | CHICAGO | DALLAS | NEW YORK | SACRAMENTO
Atlanta Office | 2573 Apple Valley Road NE | Atlanta, Georgia 30319 | 404-909-8100 | martensonlaw.com