UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § § | |
| *Plaintiff*, | § § | Civil Action No. 4:23-cv-02823 |
| v. | § § | |
| Universal Protection Service, LP, d/b/a Allied Universal Security Services, | § § § § § | Jury Demand |
| *Defendant*. | § § | |

**PLAINTIFF TWANA AHMED'S PROPOSED QUESTIONS FOR EXAMINATION OF PROSPECTIVE JURORS**

Attached are Mr. Ahmed's proposed questions for judicial-led and attorney-led voir dire.

**proposed questions for judicial-led voir dire**

1. The plaintiff in this case is Twana Ahmed. Do you know Mr. Ahmed?

2. The attorneys for Mr. Ahmed are Amanda Hernandez, Amy Gibson, and David Wiley. Do you know any of these attorneys?

3. The defendant in this case is Universal Protection Service, LP, which does business as Allied Universal. Within the last decade, this company resulted from the merger of two companies: AlliedBarton and Universal Services of America. Do you know any of these companies?

   If you have had dealings with this company, what was the nature of those dealings? When did your experience with Allied Universal or the people that work for Allied Universal take place? Would your past experience with Allied Universal have any effect on your ability to be impartial as a juror in this case?

4. The attorneys for Allied Universal are Jessica Chang, Nathan Shine, Marty Martenson, David Hamilton, and Gary Kessler. And its previous attorneys in this case were Kelly Eisenlohr-Moul and Jennifer Pope. Do you know any of these attorneys or this firm?

5. Do you know any of the following persons who may be called as witnesses in this case [read names on each party's witness list]?

6. Have you, or someone you care about, ever been a party, either a plaintiff or defendant, in a civil case that was filed in the last 10 years? What was the nature of the case? What was the outcome? Were you satisfied with the outcome?

7. Have you ever been a witness in a case? If yes, what was your experience like?

8. Have you ever served on a jury before? If yes, did you reach a verdict? Were you satisfied with the verdict? Did you serve as the jury foreperson?

9. Have you, or someone you care about, ever owned a business, or been an executive or senior manager of a company?

    If yes, what kind of business?

    Was the business ever sued?

10. Have you, or someone you care about, ever worked as a member of Human Resources for a company?

    If so, who? What company? When/How long?

11. Have you, or someone close to you, ever filed a charge of discrimination with any state or federal agency?

    If yes, were you satisfied with the outcome?

**proposed questions for attorney-led voir dire**

1. What do you think is going to happen now, what kinds of questions do y'all think I'm going to ask? Here's the deal. If you feel like one of your answers crosses the line and might invade your privacy, will you please let me know? And I'll respect that. I will respect that boundary. I won't pry into that, and you do not need to answer.

2. Our judge has given the lawyers a limited amount of time to ask questions. So, is it okay with you if I do not specifically ask each person each question? Is anyone going to be offended if I don't get to spend the same amount of time with each you?

3. The next question is about your passion in life. Most people honestly answer the question that their passion is their faith or spirituality, and their family. But with no disrespect to faith or spirituality or family, I'm asking instead: what is your other passion … if you had no work or other obligations and could do only one thing the entire day?

4. I've heard that many, many people have negative feelings about trial lawyers. What have y'all heard?

I get it. I'm not asking for your trust now. You don't know us yet. But I am asking if you will give us a chance to earn your trust. Is there anyone who feels, for whatever reason, that you just can't give us a chance to earn your trust?

6. So far today, what kinds of rules did you depend on to protect you? What kinds of rules in your day-to-day life do you depend on to keep you safe?

7. Have you ever found yourself driving in the dead of night, when no one is around, and you come to an intersection. It's pitch black and you see the lights turn yellow, then red as you arrive at the intersection. You can clearly see that no one is around, and no one is coming in any direction. How many of you would still stop and wait for the light to turn green?

   Why do you still stop and wait for the light to turn green, even if no one is around? Do you feel that everyone else on the road that night should also stop and wait at that red light?

8. If anyone read the handbook for trial jurors on the Court's website, you might remember that the handbook stresses the importance of jurors to our American

system of justice. It has been said by judges, and legal scholars, and has been written over the years, that when a jury gets together, to decide matters, they speak for the community, and they are tasked with upholding justice among our fellow citizens. Now let me ask you a very important question. How many of you are either unwilling or unable, or simply feel like, for whatever reason, you cannot be part of that jury function? Just too heavy a burden?

9. Can anyone think of another situation where safety rules are important that isn't about driving? Can anyone think of safety rules that would be important to protect employees in the workplace?

10. Has anyone been let go from a job before? Do you believe it was unfair?

11. Has anyone you love been let go from a job before? Did that person believe it was unfair?

12. What generally do you believe an employer should be able to expect from an employee?

13. What generally do you believe an employee should be able to expect from an employer?

14. Who feels discrimination in the workplace is worse than it was 20 years ago?

15. Who feels that government is overreaching or micromanaging with workplace discrimination laws?

16. Who has witnessed or faced some form of discrimination in the workplace? For those that have, did you report it to human resources? For those that have faced it personally, who was not happy about the outcome, did not feel they got justice?

17. In general, what do you expect to happen when an employee reports discrimination to a member of human resources? Does anyone think it is unfair to expect that a company will immediately investigate all reports of discrimination?

18. Has anyone ever had the chance to sue their employer or former employer, but chose not to move forward with the lawsuit?

19. How many of you have family members, even distant ancestors, who came to the United States from another country?

20. Does anyone believe that someone should be treated differently in our justice system if they were not born here?

21. There's been a lot of talk recently about immigrants in our country. And I know I've heard that some people feel very negatively about immigrants. What have y'all heard?

22. Twana Ahmed was born in Iraq and is Muslim. I have heard some people have strong negative feelings about people from Iraq, or about people of the Muslim faith. What have y'all heard?

23. On a scale of 1 to 10, where 1 is not important at all, and 10 is the most important, how important is it to you, that you are not discriminated against because of your race, national origin, or religion?

22. Do you feel it is reasonable for you to expect that you will not be discriminated against because of your race, national origin, or religion?

23. Do you feel you deserve to be free from discrimination at work?

24. Do you feel that it is your right to be free from discrimination at work?

25. Would you tolerate it, if you, or someone you care about was discriminated against at work?

26. Some people believe someone who has experienced illegal discrimination is entitled to recover for the emotional harm that the evidence supports, and other people believe in no compensation for emotional harm. How many are leaning toward the second belief, that there should not be any compensation for emotional harm when someone has experienced illegal discrimination?

27. Some people believe that companies should be held accountable for firing someone who reported illegal discrimination. Other people believe that companies should have the power to hire or fire whoever they want because their employment is at-will. Who is leaning towards the second belief?

28. If anyone feels, for any reason, that you perhaps should not serve on this jury, and may be a better fit for a different jury on a different case, please let the marshal know or our judge's staff know, and we can address that more privately.

Respectfully submitted,

*/s/ Amanda Hernandez*

Ms. Amanda C. Hernandez
Attorney-in Charge
Texas State Bar No. 24064411
Southern District Bar No. 1531045
amanda@ahfirm.com

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370

*and*

Ms. Amy E. Gibson
Of Counsel
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

Mr. David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

*Attorneys for Twana Ahmed*