UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge David Hittner |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : : : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services ("Allied Universal" or "Defendant"), by and through its undersigned counsel and in accordance with the Court's Procedures, respectfully submits the following proposed Voir Dire Questions. Allied Universal further reserves its right to amend, supplement, or modify this proposed voir dire in the event the Court rules on certain pending or anticipated motions or objections to evidence or testimony.

1

## Questions for Entire Panel

I. <u>Parties and Witnesses</u>

1. Twana Ahmed is the Plaintiff in this case. Does anyone on the panel know him or have any reason to believe that a family member or acquaintance knows him or his family?

2. Has anyone ever worked for Allied Universal Protection Service, which does business as Allied Universal Security Services or any of its related entities or affiliates?

3. Do any of you have a family member or acquaintance who has worked for Allied Universal or any of its related entities or affiliates? For any member of the panel who has answered "yes," please tell us:

    a. If not you, the name and relationship of the person;

    b. When and where the person was employed by Allied Universal;

    c. Is the person still employed by Allied Universal and, if not, did the individual leave voluntarily or involuntarily?

    d. Do you have an opinion of Allied Universal as an employer?

4. Has anyone ever worked as a security guard or in law enforcement?

    a. In what capacity

5. Have any of you, a member of your family, or an acquaintance ever had any experiences or interactions with Allied Universal?

6. Allied Universal is represented in this case by Martenson, Hasbrouck & Simon. Does anyone on the panel know or have experience with Allied Universal's law firm or attorneys:

    a. Marty Martenson

    b. Nathan Shine

    c. Jessica Chang

    d. David Hamilton

7. Plaintiff is represented in this case by AH Law, PLLC and Gibson Wiley PLLC. Does anyone on the panel know or have experience with Plaintiff's law firms or attorneys:

    a. Amy Gibson

    b. David Wiley

    c. Amanda Hernandez

8. Do you know or recognize any of the potential jurors here today?

9. Has anyone on the panel heard anything about this case prior to today?

10. Is there any member of the panel that feels that just because a lawsuit is filed and goes to trial that the plaintiff is entitled to win?

11. Is there any member of the panel who feels that just because a lawsuit is filed and there is a trial, that the plaintiff's claims must have some merit?

12. The Court may instruct the panel that it is not the role of the panel to second-guess an employment decision made by Allied Universal or to determine whether it is unfair or unjust, but to only determine whether discrimination or retaliation occurred. If the Court so instructs you, is there any member of the panel who would be unable to follow this instruction?

13. Is there anyone on the panel who is acquainted with, or has heard of, the following people who may appear as witnesses in this case?

    [*Read all witnesses listed on Plaintiff's and Defendant's Witness Lists.*]

II. <u>Workplace Experiences</u>

1. Is anyone on the panel an owner of your own business, self-employed, or have been self-employed in the past?

2. Has anyone ever held a managerial or supervisory position at your place of employment?

3. Has anyone on the panel had a significant, unpleasant experience with your manager or supervisor? If you answered "yes," detail the situation and how you handled it.

III. <u>Prior Litigation</u>

1. Have any of you served as a juror in a civil or criminal case in the past? If you answered "yes," what type of case was it?

2. Have you or anyone close to you ever worked in the legal field? If you answered "yes," what is/was the area of specialty?

3. Have you or anyone close to you ever been employed in a human resources position? If you answered "yes," in what capacity?

4. Do any of you believe that a lawsuit must have some validity simply because the case is going to trial?

IV. <u>Corporation as Party/Allied Universal</u>

1. Allied Universal is a company, a corporation. Do any of you have negative feelings about corporations or believe that corporations should always be found responsible in a lawsuit?

2. Do any of you harbor any animosity or ill feelings against employers in general?

3. Does anyone believe from prior experiences or jobs that an employee's version of events is more credible or worthy of belief than the employer's? If there are differences between an employee's and company's version,

       does anyone believe that the employee's version is always more trustworthy?

4. Does anyone on the panel feel that it is unfair or discriminatory for an employer to discipline an employee who violates an established policy?

5. Would anyone have difficulty giving a corporate entity the same consideration and fairness that you would give a person for the purposes of determining the issues presented in this lawsuit?

6. Do you believe that companies have a right to their day in court just as much as individuals?

V. <u>Military Experience</u>

1. Have you or anyone close to you served in the United States military? If so, could you briefly describe the branch of service and role?

2. Did any part of your military experience involve making or following rules related to discipline, investigations, or workplace conduct?

3. Have you had any experiences in the military that would impact your ability to fairly consider the facts which may be presented in this matter?

VI. <u>News Sources and Social Networking</u>

    1. Are there particular sources that you find to be credible when obtaining your news or current events? If you answered "yes," what are those sources?

    2. Are there specific news sources, such as websites, newspapers, or podcasts, that you read or follow regularly. If you answered "yes," what are those sources?

    3. Are there television or cable stations that you watch on a regular basis? If you answered "yes," what are those stations?

    4. Are social networking sites a source of news and current events for you?

    5. Are you active on social networking sites? If so, which ones?

VII. <u>Burden of Proof/Trial</u>

    1. Our judicial system provides it is up to the Plaintiff to prove his allegations by a preponderance of the credible evidence. It is not up to Allied Universal to disprove Plaintiff's allegations. If Plaintiff fails to convince you by a preponderance of the evidence that his allegations in this lawsuit are true, would any of you have difficulty returning a verdict for Allied Universal?

    2. Are there any of you who believe that if you were selected to serve on this jury, it would be difficult for you to decide the questions submitted to you

solely on the basis of the evidence presented during the trial because of some feeling of sympathy you may have for one of the parties or some bias or prejudice you may feel against one of the parties?

3. Does anyone on the panel believe that for any reason, taking into consideration your own beliefs, experiences, and background, that you would not be able to render a completely fair, impartial and unbiased verdict in this lawsuit?

VIII. Damages

1. In this case, the Plaintiff must also prove that he has been damaged by Allied Universal, and he must prove his damages by a preponderance of the evidence. Do any of you feel that just because someone files a lawsuit, they are entitled to win and get money?

2. Would all of you be able to find that the Plaintiff should receive no money from Allied Universal if Plaintiff cannot prove his case according to the instructions that the Court will give you after all of the evidence comes in?

3. Do any of you feel that a company should be punished by being made to pay significant money if they have been sued?

# **Questions for Individual Jurors**

I. <u>Workplace Experiences</u>

1. Have any of you or someone close to you ever experienced a job-related decision by your current or former employer, such as discipline or termination, that you strongly disagreed with? If you answered "yes,":

    a. What was the decision?

    b. Did the decision result in you having animosity or ill will against employers generally?

    c. Would the experience you had prevent you from rendering a fair, impartial, and unbiased verdict in this case?

2. Does anyone on the panel feel that you or someone close to you has ever been subjected to unlawful discrimination on the job? If you answered "yes":

    a. What were the circumstances?

    b. Was the conduct reported to the company?

    c. Was it resolved to your satisfaction?

    d. Do you feel that the experience resulted in your harboring any animosity or ill will against employers generally?

    e. Would your feelings about the experience, prevent you from rendering a fair, impartial or unbiased verdict in this case?

9

3. Have any of you or someone close to you ever been fired from a job? If so, do you believe the termination was based on race, national origin, religion or some other protected classification? If you answered "yes":

   a. What were the circumstances?

   b. Was the conduct reported to the company?

   c. Do you feel that the experience resulted in your harboring any animosity or ill will against employers generally?

   d. Would the experience or your feelings about the experience, prevent you from rendering a fair, impartial or unbiased verdict in this case?

4. Have any of you or someone close to you ever felt that an employer retaliated against you at work for any reason? If you answered "yes":

   a. What were the circumstances?

   b. Was the conduct reported to the company?

   c. Do you feel that the experience resulted in your harboring any animosity or ill will against employers generally?

   d. Would the experience or your feelings about the experience, prevent you from rendering a fair, impartial or unbiased verdict in this case?

5. Have you or anyone close to you had any experience or involvement with a complaint of discrimination or retaliation based on race or national origin at your job?

6. Have you or anyone close to you felt discriminated or retaliated against because of your religion? If you answered "yes":

   a. What were the circumstances?

   b. Do you feel the experience will affect your ability to render a fair, impartial, and unbiased verdict in this case?

7. Have any of you or anyone close to you ever been accused of discriminating against or retaliating against someone? If you answered "yes":

   a. Would this experience affect your ability to render a fair, impartial, and unbiased verdict in this case?

II. <u>Prior Litigation</u>

1. Have any of you or someone close to you ever been a party to any type of lawsuit, either civil or criminal, where you or someone close to you were the plaintiff or the defendant? If you answered "yes":

   a. What was the nature of the lawsuit?

   b. How was the lawsuit resolved?

   c. Do you feel that your involvement in the lawsuit in any way prejudices you against Allied Universal in this case?

2. Have any of you or someone close to you ever made any sort of claim of wrongful conduct against an employer or former employer?

3. Have any of you or someone close to you ever filed a lawsuit against an employer or former employer?

4. Have any of you or someone close to you ever filed employment-related charges, complaints, or grievances with any federal, state, or city agencies or authorities?

    a. If so, please describe the nature of the charge, complaint, or grievance and its outcome.

5. Have any of you or someone close to you ever filed a discrimination charge or complaint against an employer with a state or federal agency, such as the Equal Employment Opportunity Commission ("EEOC"), the Texas Commission on Human Rights ("TCHR") or another state or federal agency responsible for enforcing anti-discrimination laws?

    a. If so, please describe the nature of the charge or complaint and its outcome, including the reason why you or they believe you or they were discriminated against.

6. Have any of you or someone close to you ever worked for the EEOC, TCHR, or a similar state or federal agency?

III. Corporation as Party/Allied Universal

1. Have any of you or anyone close to you ever had any unfavorable experiences with Allied Universal or an employee of Allied Universal?

   a. Has that experience given you a bias against Allied Universal?

   b. Will you hold that experience against Allied Universal as you listen to the evidence in this case?

   c. Will that experience prevent you from objectively listening to the facts and following the law in this case?

   d. Would anyone have difficulty affording Allied Universal a fair trial because of anything you have heard or read about Allied Universal?

Defendant respectfully requests the Court include these inquiries in its examination of the jury panel or allow Defendant to conduct limited voir dire at trial in this case.

Date: October 14, 2025

        **MARTENSON, HASBROUCK & SIMON LLP**

        */s/ Jessica E. Chang*
        Jessica E. Chang, Attorney-In-Charge
        (SDTX No. 3905098, IL6319080)
        Nathan A. Shine
        (SDTX No. 3874604, IL6316753)
        David C. Hamilton, Esq.
        Martenson, Hasbrouck & Simon LLP
        500 Davis Street, Suite 1010
        Evanston, Illinois 60201
        (224) 350-3127
        jchang@martensonlaw.com
        nshine@martensonlaw.com

        Marty N. Martenson, Esq.
        Martenson, Hasbrouck & Simon LLP

2573 Apple Valley Road NE
Atlanta, Georgia 30319
(404) 909-8100
mnmartenson@martensonlaw.com

*Counsel for Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services*