## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge David Hittner |
| | : | |
| UNIVERSAL PROTECTION | : | |
| SERVICE, LP d/b/a ALLIED | : | |
| UNIVERSAL SECURITY | : | |
| SERVICES, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## REVISED TRIAL EXHIBIT LIST OF DEFENDANT UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES

Defendant Universal Protection Service, LP, d/b/a Allied Universal ("Allied Universal") by and through undersigned counsel, files this Revised Trial Exhibit List of Defendant Universal Protection Service, LP, d/b/a Allied Universal to include additional exhibits 76-78.

| New Ex. No. | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT[1] | N/ADM |
| 1 | AUS Employee Handbook - All U.S. Locations *[AhmedAllied000010-AhmedAllied000198]* | | | 05/09/25 | |
| 2 | AUS HEB Support Structure PowerPoint *[AUS 00910 - AUS 00920]* | | | 05/09/25 | |
| 3 | Use of Force Wallet Card *[AUS 002122 - AUS 002125]* | | | | |
| 4 | Poster - Avoid Using Force *[AUS 00958]* | | | | |
| 5 | Internal Email Communication regarding Rehire Eligibility Status *[AUS 01009]* | | | | |
| 6 | AUS Job Description - Human Resources Coordinator *[replaced with correct version AUS 002134-002137]* | | | | |

---

[1] The parties attended a docket call on May 9, 2025 during which certain exhibits were admitted into evidence by Judge Rosenthal.

| 7 | AUS Human Resources Org Charts as of 10/2021 *[AUS 001839 - AUS 001882]* | | | 05/09/25 | |
|---|---|---|---|---|---|
| 8 | Ahmed's Job Application with AUS *[AhmedAllied000479 - AhmedAllied000480]* | | | 05/09/25 | |
| 9 | Ahmed's Contingent Job Offer with AUS *[AhmedAllied000477 - AhmedAllied000478]* | | | 05/09/25 | |
| 10 | AUS New Employee Orientation *[AUS 001615 - AUS 001802]* | | | | |
| 11 | Video: Steve Jones Use of Force – New Employee Orientation *[AUS 002126]* | | | | |
| 12 | Ahmed NEO Certificate *[AUS 00663]* | | | | |
| 13 | Ahmed Training Certification - Preventing Unlawful Discrimination & Harassment *[AUS 00664]* | | | | |
| 14 | Ahmed Security Professional ID Badge Receipt and Acknowledgment *[AUS 00665]* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 15 | Ahmed's Electronically Signed Onboarding Documents *[AUS 00036, AUS 00554 - AUS 00595]* | | | 05/09/25 | |
| 16 | Ahmed's Compliance/Training Tracker *[AUS 00698-00699; AUS 002119-002121]* | | | | |
| 17 | TDPS Criminal History Search – Ahmed *[AUS 00635 – AUS 00637; AUS 002107-002109]* | | | | |
| 18 | TDPS Employee Information Update Form (Ahmed) *[AUS 01546]* | | | 05/09/25 | |
| 19 | Email Communications between Ahmed and Catherine Barnes in April 2022 *[AhmedAllied000435 - AhmedAllied000436]* | | | 05/09/25 | |
| 20 | AUS Job Description - Elite Security Professional - Armed *[AUS 00629 – AUS 00631]* | | | 05/09/25 | |

| 21 | HEB Elite Team Mandatory Training *[AUS 00921]* | | | | |
|----|----|----|----|----|----|
| 22 | AUS Elite Officer PowerPoint *[AUS 00940 – AUS 00955]* | | | | |
| 23 | TMO Pocket Training Guide HEB *[AUS 00956]* | | | | |
| 24 | PATH Basis Course Certification Forms - Multiple Employees *[AUS 00653 - AUS 00654]* | | | 05/09/25 | |
| 25 | Photographs of Ahmed *[AhmedAllied000590]; all other photographs in prior Exhibit 64 withdrawn.* | | | | |
| 26 | HEB SP Inspection Reports *[AUS 002075-002090]* | | | | |
| 27 | Text Messages Between MIC Kevin and Ahmed *[AhmedAllied000594 - AhmedAllied000597; supplemented with AUS 002129 - AUS 002133* | | | | |
| 28 | City of Bellaire CFS - Command Log *[AhmedAllied000526 - AhmedAllied000536;* | | | 05/09/25 | |

| | | | | |
|---|---|---|---|---|
| | *AhmedAllied000539 - AhmedAllied000540]* | | | |
| 29 | 738 Bellaire Market Post Orders *[AUS 00643]* | | 05/09/25 | |
| 30 | AUS Hot Sheet - AUS Security Officer Post Orders *[AUS 01036 – AUS 01042]* | | 05/09/25 | |
| 31 | Proof of Completion of Use of Force Wallet Card *[AUS 01002]* | | | |
| 32 | AUS Job Description - Field Supervisor *[AUS 001817 – AUS 001820]* | | 05/09/25 | |
| 33 | Disciplinary Notice - 2/15/2022 *[AUS 00668]* | | | |
| 34 | Disciplinary Notice - 4/5/2022 *[AUS 00669; AUS 00670; AUS 01055]* | | | |
| 35 | AUS Incident Report 4/4/2022 (written by Ahmed) *[AUS 002091-2092, AUS 00674 and AUS* | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 00672-00673, AUS 002094] | | | | |
| 36 | Email communication between Alexzander Bergeron and Wayne Oliver regarding Ahmed's termination [AUS 01065] | | | | |
| 37 | AUS Job Description - Client Manager [AUS 001813 – AUS 001816] | | | 05/09/25 | |
| 38 | Photo of Patrick Freeney [AUS 002127] | | | | |
| 39 | Ahmed HEB Store Officer Training Checklist Form [AUS 00644 – AUS 00652] | | | | |
| 40 | Inspection Report by Chameleon Associates [AUS 00731 - AUS 00732] supplemented to add AUS 001098 – AUS 001099 | | | 05/09/25 in part. | |
| 41 | April 5, 2022 Email and attachments from Patrick Freeney [AUS 00891-AUS 00895] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 42 | April 6, 2022 Email and attachment from Jim Grant to Patrick Freeney [*AUS 00871-AUS 00890*] | | | | |
| 43 | April 6, 2022 Email from Kareem McKinnon [*AUS 00845*] | | | | |
| 44 | April 7, 2022 Email from Bill King to Patrick Freeney [*AUS 00836*] | | | | |
| 45 | April 7, 2022 Email from Patrick Freeney to Bill King, Jim Grant and Kareem McKinnon [*AUS 00842- AUS 00844 which was a portion of prior Exhibit 89*] | | | | |
| 46 | April 7, 2022 Email and attachments from Patrick Freeney to Felicia Solis-Ramirez [*AUS 00820 - AUS 00824*] Former Exhibit 1 included AUS 00824 | | | | |
| 47 | April 7, 2022 Email from Felicia Solis-Ramirez to Kareem McKinnon and copy to Patrick Freeney [*AUS 00830*] | | | 05/09/25 (agreed as to prior version) | |
| 48 | April 7, 2022 Email from Bill King to Kareem McKinnon with copy to Patrick Freeney [*AUS 00825 - AUS 00826*] which was a | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | portion of prior Exhibit 89 | | | | |
| 49 | April 7, 2022 Email and attachments from Patrick Freeney to Jim Grant [*AUS 00981- AUS 00985*] Former Exhibit 1 included AUS 00983 | | | | |
| 50 | April 8, 2022 Email from Jim Grant [*AUS 00979- AUS 00980*] | | | | |
| 51 | April 8, 2022 Email and attachments from Bill King to Jim Grant and Patrick Freeney [*AUS 00963- AUS 00971*] Former Exhibit 54 was AUS 00968-00971 | | | | |
| 52 | Ahmed Weapon Issue/Return Form [*AhmedAllied 448-449 previously misidentified as AUS 00448- AUS 00449*] | | | | |
| 53 | Email communication between Freeney and Hernandez regarding PAN for Ahmed on 4/14/2022 [*AUS 001078 – AUS 001082*] | | | | |
| 54 | PAN Form - Ahmed Termination [*AUS 00700 – AUS 00703*] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 55 | June 4, 2022 Email from Patrick Freeney to Wayne Oliver [*AUS 001402- AUS 001403*] which was a portion of prior Exhibit 89 | | | | |
| 56 | Email communication between Patrick Freeney and Wayne Oliver on June 10, 2022 regarding Ahmed *[AUS 01165 - AUS 01166]* | | | | |
| 57 | Disciplinary Matrix Guidelines *[AUS 00743 - AUS 00746]* | | | 05/09/25 | |
| 58 | Legal - Use of Force and Reporting Policy *[AUS 00734 - AUS 00742]* | | | 05/09/25 | |
| 59 | Email communication between Ahmed and Alyea in May 25/26, 2022 *[AUS 01267]* | | | | |
| 60 | Ahmed's Unemployment Application *[AUS 01272]* | | | 05/09/25 | |

| 61 | Email Communications Regarding Ahmed's Rehire Application to AUS *[AUS 01220; AUS 01269 - AUS 01270]* | | | 05/09/25 | |
| 62 | PAN Form - Freeney Separation *[AUS 001906 - AUS 001909]* | | | 05/09/25 | |
| 63 | Hotline Complaint - Case No. 36184 *[AUS 00008 – AUS 00013]* | | | 05/09/25 | |
| 64 | Ahmed's Statement to Wayne Oliver on June 8, 2022 *[AUS 01332 - AUS 01334]* | | | 05/09/25 | |
| 65 | 2023 Ahmed's Form 1099 *[AhmedAllied 000658]* | | | 05/09/25 | |
| 66 | 2022 Ahmed's Form 1099 *[AhmedAllied 000492]* | | | 05/09/25 | |
| 67 | Ahmed's Earnings Statement with Western Eagle Security (Amerom, Inc.) *[AhmedAllied 000646 - AhmedAllied 000653]* | | | 05/09/25 | |

| 68 | 2022 Ahmed W-2 Amerom, Inc. *[AhmedAllied 000654]* | | | 05/09/25 | |
| 69 | 2021 Ahmed W-2 Amerom, Inc. *[AhmedAllied 000655]* | | | 05/09/25 | |
| 70 | Securitas Pay Records *[AhmedAllied 000820-836]* | | | | |
| 71 | Ahmed's Earning Statement with AUS *[AUS 00682 - AUS 00695] supplementing to add AhmedAllied 656 and AUS 00627* | | | 05/09/25 | |
| 72 | Ahmed's Job Applications for 2024 *[AhmedAllied000485 - AhmedAllied000487; AhmedAllied000620 - AhmedAllied000644]* | | | 05/09/25 | |
| 73 | DHS Employment Eligibility Verification Form (Ahmed) *[AUS 01558 – AUS 01561 and AUS 002101]* | | | 05/09/25 | |
| 74 | Permanent Resident Card (Ahmed) *[AUS 01562 – AUS 01563]* | | | 05/09/25 | |

| 75 | Security Footage of April 4, 2022 Incident *[AUS 002138 – AUS 002140]* | | | | |
|----|----|----|----|----|----|
| 76 | Inspection Reports *[AUS 002499 – AUS 2503, AUS 002505 – AUS 002506, AUS 004200- AUS 004201]* | | | | |
| 77 | Use of Force Report [AUS 004596 – AUS 004600] | | | | |
| 78 | Harris County Court Records of Twana Ahmed [AUS 004620- AUS 004636] | | | | |

Date: October 14, 2025

**MARTENSON, HASBROUCK & SIMON LLP**

*/s/ Jessica E. Chang*
Jessica E. Chang, Attorney-In-Charge
(SDTX No. 3905098, IL6319080)
Nathan A. Shine (SDTX No. 3874604, IL6316753)
David C. Hamilton (Admitted PHV)
Martenson, Hasbrouck & Simon LLP
500 Davis Street, Suite 1010
Evanston, Illinois 60201
(224) 350-3127
jchang@martensonlaw.com
nshine@martensonlaw.com
dhamilton@martensonlaw.com

-and-

Marty N. Martenson (Admitted PHV)

2573 Apple Valley Road NE
Atlanta, Georgia 30319
(404) 909-8100
mnmartenson@martensonlaw.com

*Counsels for Defendant Universal Protection
Service, LP d/b/a Allied Universal Security
Services*