UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge David Hittner |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## DEFENDANT'S WITNESS LIST

Defendant Universal Protection Service LP d/b/a Allied Universal Security Services ("Allied" or "Defendant") **will** call the following witnesses at trial:

| Name | Contact Information | Subject Matter |
|---|---|---|
| Plaintiff Twana Ahmed | c/o Amanda C. Hernandez<br>AH Law, PLLC<br>5718 Westheimer, Suite 1000<br>Houston, Texas 77057<br>amanda@ahfirm.com | Twana Ahmed is expected to testify about the allegations contained within the operative complaint, including but not limited to, any alleged damage(s) suffered and/or sustained. |
| Alexzander Bergeron, Mobility Tech.<br>*former Field Supervisor* | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Mr. Bergeron is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, the |

1

| | | |
|---|---|---|
| | | circumstances of his termination, and Allied Universal's applicable training, policies, and procedures. At all relevant times during Plaintiff's employment, Mr. Bergeron was employed as a Field Supervisor and any testimony given would be from his employment in such capacity. |
| Monroe McClain, Account Manager *former Regional Trainer* | c/o Jessica E. Chang Martenson, Hasbrouck & Simon LLP 500 Davis Street, Suite 1010 Evanston, IL 60201 (224) 350-3127 jchang@martensonlaw.com | Mr. McClain is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment and Allied Universal's applicable training, policies, and procedures, including the Use of Force Policy, and the relationship between H-E-B and Allied Universal. At all relevant times during Plaintiff's employment, Mr. McClain was employed as a Regional Trainer and any testimony given would be from his employment in such capacity. |

| Katherine Alyea, Sr. Regional HR Manager | c/o Jessica E. Chang Martenson, Hasbrouck & Simon LLP 500 Davis Street, Suite 1010 Evanston, IL 60201 (224) 350-3127 jchang@martensonlaw.com | Ms. Alyea is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, the circumstances of his termination, and Allied Universal's training, policies, and procedures including the reporting and investigation of internal complaints. |
|---|---|---|
| Wayne Oliver, Regional HR Rep. | c/o Jessica E. Chang Martenson, Hasbrouck & Simon LLP 500 Davis Street, Suite 1010 Evanston, IL 60201 (224) 350-3127 jchang@martensonlaw.com | Mr. Oliver is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, the circumstances of his termination, and Allied Universal's policies and procedures including the reporting and investigation of internal complaints. |
| Catherine Barnes, Account Manager, *former Candidate Experience Specialist and HR Coordinator* | c/o Jessica E. Chang Martenson, Hasbrouck & Simon LLP 500 Davis Street, Suite 1010 Evanston, IL 60201 (224) 350-3127 jchang@martensonlaw.com | Ms. Barnes is expected to testify about the allegations contained in the operative complaint, including but not limited to, Plaintiff's preemployment onboarding forms and requirements including background checks, |

| | | |
|---|---|---|
| | | required licensing forms, and eligibility. At all relevant times during Plaintiff's employment, Ms. Barnes was employed as a Candidate Experience Specialist and HR Coordinator and any testimony given would be from her employment in such capacity. |
| Patrick Freeney, *former Client Manager for H-E-B Account* | c/o Jessica E. Chang Martenson, Hasbrouck & Simon LLP 500 Davis Street, Suite 1010 Evanston, IL 60201 (224) 350-3127 jchang@martensonlaw.com | Mr. Freeney is expected to testify about information of the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, issued discipline, the circumstances of his termination, the relationship between H-E-B and Allied Universal, and Allied Universal's training, policies, and procedures, including H-E-B account specific policies and procedures, if any. |
| Mauricio Zepeda, SP *former Field Supervisor* | c/o Jessica E. Chang Martenson, Hasbrouck & Simon LLP 500 Davis Street, Suite 1010 Evanston, IL 60201 (224) 350-3127 jchang@martensonlaw.com | Mr. Zepeda is expected to testify about information of the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, the |

| | | |
|---|---|---|
| | | circumstances of his termination, and Allied Universal's applicable training, policies, and procedures. At all relevant times during Plaintiff's employment, Mr. Zepeda was employed as a Field Supervisor and any testimony given would be from his employment in such capacity. |
| Jim Grant, Director Weapons & Use of Force Policy | c/o Jessica E. Chang Martenson, Hasbrouck & Simon LLP 500 Davis Street, Suite 1010 Evanston, IL 60201 (224) 350-3127 jchang@martensonlaw.com | Mr. Grant is expected to testify about the allegations contained within the operative complaint, including but not limited to, Allied Universal's policies and procedures, including the Use of Force Policy, documentation and reporting requirements, and the panel review process. |
| Kareem McKinnon, Senior Regional VP | c/o Jessica E. Chang Martenson, Hasbrouck & Simon LLP 500 Davis Street, Suite 1010 Evanston, IL 60201 (224) 350-3127 jchang@martensonlaw.com | Mr. McKinnon is expected to testify about the allegations contained within the operative complaint, including but not limited to, Allied Universal's policies and procedures, including the Use of Force Policy, documentation and reporting requirements, and the panel review process. |

| Christopher Barber, Bellaire Police Department | Christopher Barber<br>Bellaire Police Department<br>City Hall<br>7008 S. Rice Avenue<br>Bellaire, Texas 77401<br>(713) 662-8222 | Officer Barber is expected to testify as to his training and experience as a police officer, and including but not limited to, his reason(s) for responding to and observations made at the H-E-B store at 5106 Bissonnet, Bellaire, Texas, on April 4, 2022. |
|---|---|---|
| Nathan Hernandez, Account Manager *former Field Supervisor* | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Mr. Hernandez is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, the circumstances of his termination, and Allied Universal's applicable training, policies, and procedures. At all relevant times during Plaintiff's employment, Mr. Hernandez was employed as a Field Supervisor and any testimony given would be from his employment in such capacity. |
| Kevin Middlebrooke, H-E-B Store Manager | c/o Kip Patterson<br>Baker & Patterson, LLP<br>3100 Richmond Ave., Suite 550<br>Houston, Texas 77098<br>(713) 623-8116<br>kpatterson@bakpatlaw.com | Mr. Middlebrooke is expected to testify about the allegations contained within the operative complaint, including but not limited to, the relationship between Allied Universal and H-E- |

6

|  |  | B and the use of force incident involving Plaintiff. |
|---|---|---|

Defendant **may** call the following witnesses at trial:

| Name | Contact Information | Subject Matter |
|---|---|---|
| Justin Porter, H-E-B, Director of Loss Prevention and Security | c/o Kip Patterson<br>Baker & Patterson, LLP<br>3100 Richmond Ave., Suite 550<br>Houston, Texas 77098<br>(713) 623-8116<br>kpatterson@bakpatlaw.com | Mr. Porter is expected to testify about the Loss Prevention and Security procedure at H-E-B stores, including the storage of surveillance footage. |
| Raymond Rodriguez | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Mr. Rodriguez is expected to testify about information of the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, the circumstances of his termination, and Allied Universal's applicable training, policies, and procedures. |
| Matthew Gaussen, *former Operations Director* | Matthew Gaussen<br>323 Remington Heights Drive<br>Houston, Texas 77073<br>(832) 973-2523<br><br>*This is the last known and available contact information.* | Mr. Gaussen is expected to testify about the allegations contained within the operative complaint, including but not limited to, Allied Universal's policies and procedures, including the Use of Force Policy, documentation and reporting requirements, and the panel review process. |

7

|  |  |  |
|---|---|---|
| Bill King, *former Regional VP* | Bill King<br>6556 Braylin Lane<br>Castle Pines, Colorado 80108<br>(713) 939-4209<br><br>*This is the last known and available contact information.* | Mr. King is expected to testify about the allegations contained within the operative complaint, including but not limited to, Allied Universal's policies and procedures, including the Use of Force Policy, documentation and reporting requirements, and the panel review process. |
| Michael Barnett, Regional Training Director | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Mr. Barnett is expected to testify about the allegations contained within the operative complaint, including, but not limited to, Allied Universal's applicable training, policies, and procedures, including but not limited to, the Use of Force Policy, and the documentation and reporting requirements. |
| S. Mark Westman, *former Client Portfolio Director* | Stephen Westman<br>3500 Oak Gate Drive #407<br>San Antonio, Texas 78230<br>(210) 251-5439<br><br>*This is the last known and available contact information.* | Mr. Westman is expected to testify about the allegations contained within the operative complaint, including, but not limited to, Allied Universal's policies and procedure, including personal appearance and grooming standards, and H-E-B Post Orders. |

8

| | | |
|---|---|---|
| Michael Rinehart | Michael Rinehart<br>c/o Chameleon Associates<br>22020 Clarendon Street, Suite 112<br>Woodland Hills, California 91367<br>(818) 713-8448<br>(832) 373-6207<br><br>*This is the last known and available corporate contact information.* | Mr. Rinehart is expected to testify about the allegations contained within the operative complaint, including but not limited to, the relationship between H-E-B and Chameleon Associates, training, compliance audits, and field observations. |
| Timothy Quimby, Bellaire Police Department | Timothy Quimby<br>Bellaire Police Department<br>City Hall<br>7008 S. Rice Avenue<br>Bellaire, Texas 77401<br>(713) 662-8222 | Officer Quimby is expected to testify as to his training and experience as a police officer, and including but not limited to, his reason(s) for responding to and observations made at the H-E-B store at 5106 Bissonnet, Bellaire, Texas, on April 4, 2022. |
| Patrick Parham<br>*former Field Supervisor* | Patrick Parham<br>4604 Cypresswood Drive, #1111<br>Spring, Texas 77379<br>(509) 598-1566<br><br>*This is the last known and available contact information.* | Mr. Parham is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, the circumstances of his termination, and Allied Universal's applicable training, policies, and procedures. |

9

| | | |
|---|---|---|
| Anna Soja, Regional HR Director | c/o Jessica E. Chang<br>Martenson, Hasbrouck & Simon LLP<br>500 Davis Street, Suite 1010<br>Evanston, IL 60201<br>(224) 350-3127<br>jchang@martensonlaw.com | Ms. Soja is expected to testify about the allegations contained within the operative complaint, including but not limited to Plaintiff's employment, Allied Universal's applicable training, policies, and procedures, including the Use of Force Policy and employee reporting and investigation procedures. |
| Dwayne Trahan<br>*former Client Manager* | Dwayne Trahan<br>155 County Road 2803<br>Cleveland, Texas 77327<br>(281) 223-6143<br><br>*This is the last known and available contact information.* | Mr. Trahan is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment and Allied Universal's applicable training, policies, and procedures. |
| Donald Massey<br>*former General Manager* | Donald Massey<br>58 N. Bluff Creek Circle<br>The Woodlands, Texas 77382<br>(281) 725-8623<br><br>*This is the last known and available contact information.* | Mr. Massey is expected to testify about the allegations contained within the operative complaint, including but not limited to, Plaintiff's employment, and Allied Universal's policies and procedures, including the Use of Force Policy and panel review process. |

| Felicia Solis-Ramirez<br>*former General Manager* | Felicia Solis-Ramirez<br>165 S. Hill Drive<br>Lytle, Texas 78052<br>(210) 260-1355<br><br>*This is the last known and available contact information.* | Ms. Solis-Ramirez is expected to testify about information of the allegations contained within the operative complaint, including but not limited to, the circumstances of Plaintiff's termination and Allied Universal's training, policies, and procedures, including H-E-B account specific policies and procedures, if any. |
|---|---|---|
| All witness(es) Plaintiff identifies. | | |
| Any witness(es) necessary to establish foundation, impeachment and/or rebuttal. | | |

If any other witnesses will be called at the trial, their names, addresses and the subject matter of their testimony will be reported to opposing counsel as soon as they are known. This restriction will not apply to rebuttal or impeachment witnesses, the necessity of whose testimony cannot reasonably be anticipated before trial.

Dated: October 14, 2025

Respectfully submitted,

**MARTENSON, HASBROUCK & SIMON LLP**

*/s/ Jessica E. Chang*
Jessica E. Chang, attorney-in-charge

11

(SDTX No. 3905098, IL6319080)
Nathan A. Shine (SDTX No. 3874604, IL6316753)
David Hamilton (PHV)
Martenson, Hasbrouck & Simon LLP
500 Davis Street, Suite 1010
Evanston, Illinois 60201
(224) 350-3127
jchang@martensonlaw.com
nshine@martensonlaw.com
dhamilton@martensonlaw.com

*-and-*

Marty N. Martenson (PHV)
Martenson, Hasbrouck & Simon LLP
2573 Apple Valley Road NE
Atlanta, Georgia 30319
(404) 909-8104
mnmartenson@martensonlaw.com

*Counsels for Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services*