IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Twana Ahmed,                          §
                                      §
      *Plaintiff,*                    §
                                      §
                                      §
v.                                    §        CIVIL ACTION NO.
                                      §          4:23-cv-02823
Universal Protection Service, LP,     §        Jury Trial Demanded
d/b/a Allied Universal Security       §
Services                              §
                                      §
      *Defendant.*                    §
                                      §

---

**PLAINTIFF TWANA AHMED'S OBJECTION TO
DEFENDANT'S RENEWED & SUPPLEMENTAL MOTIONS IN LIMINE**

---

Plaintiff Twana Ahmed through his attorneys objects to Defendant Allied Universal's Renewed & Supplemental Motions in Limine because it exceeds this Court's mandatory page limits. *See* David Hittner, *Civil Procedures Manual*, p.10. Mr. Ahmed requests that the Court not consider anything in Defendant's motion that is in excess of the mandatory 20 page limit, excluding any caption, summary, certificate, or signature pages.

Respectfully submitted,

*/s/Amanda C. Hernandez*
Amanda C. Hernandez
Attorney-in-charge
Texas State Bar No. 24064411
Southern District Bar No. 1531045

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370
amanda@ahfirm.com

*and*

Amy E. Gibson
Of Counsel
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

*Attorneys for Twana Ahmed*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 19, 2025, *Plaintiff Twana Ahmed's Objection to Defendant's Renewed & Supplemental Motions in Limine* was filed via the Court's CM/ECF system, thereby automatically serving Defendant's attorneys of record.

/s/Amanda C. Hernandez
Amanda C. Hernandez