United States District Court
Southern District of Texas
**ENTERED**
October 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-23-2823 |
| | § | |
| UNIVERSAL PROTECTION | § | |
| SERVICE, LP | § | |
| | § | |
| Defendant. | § | |

## TRIAL SCHEDULING ORDER

The Court directs the parties to supplement their pretrial documentation with a detailed trial plan. Accordingly, the Court **ORDERS** that, on or before October 24, 2025, at 4:30PM, each party shall file a detailed initial trial plan indicating proposed time allotments for each witness. Each party shall (1) list all witnesses it intends to call, (2) include a proposed sequence in which the witnesses will be called, (3) specify a time estimate for direct examination of each witness, and (4) calculate the total time estimate for direct examination of all witnesses. After review of the opposing party's initial trial plan, each party shall file a final trial plan by October 27, 2025 at 4:30PM indicating (1) the time allocation for direct and redirect examination of each witness it intends to call, (2) the time allocation for cross-examination of each of the opponent's listed witnesses, (3) the remaining time necessary to present each party's side of the case, and (4) the total

time estimate for all hearing matters necessary to present each party's case. Each party shall electronically file the initial and final trial plans and deliver a courtesy copy of the trial plans to opposing counsel. The Court will then issue its order concerning time allocations for each party.

SIGNED at Houston, Texas, on this ___20___ day of October, 2025.

_____
DAVID HITTNER
United States District Judge