**Honorable David Hittner Presiding**
**Case Manager:** Joseph Wells     **Court Reporter:** Drake
**Date:** 10/20/2025     **Court Time:** 2:06 – 3:31; 3:51 – 4:38

Case No.  4:23-cv-2823

Ahmed v. Universal Protection Service, LP

PRETRIAL CONFERENCE

Appearances:
For Plaintiff: Amanda Hernandez, Amy Gibson, David Wiley

For Defendant: Marty Martenson, Jessica Chang, Nathan Shine

- Argument heard on Dkt. 98 Renewed MOTION for Sanctions. Motion denied.
- All exhibits conditionally admitted. To be finally admitted into evidence, the exhibit must be used during the jury trial. If the exhibit is not objected to at the time of use, it will be automatically admitted.
- Order to be issued on Plaintiff's motions in limine.
- Defendant's motions in limine #7, 12, 14-17, 20, 23-26, 31, 33, and 35 withdrawn. #22 granted for limited purpose as discussed on the record. #32 granted. #34 granted as amended on the record. #29 denied. Order to issue on remaining motions in limine.
- Estimated trial time: 5 days. Timing order to issue
- Unanimous verdict required
- Voir Dire: 30 min. per side
- Openings: 15 min. per side