United States District Court
Southern District of Texas
**ENTERED**
October 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TWANA AHMED, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-23-2823 |
| § | |
| UNIVERSAL PROTECTION § | |
| SERVICE, LP § | |
| § | |
| Defendant. § | |

## ORDER

Pending before the Court are Plaintiff's Motions in Limine (Document No. 104), and Defendant's Renewed Motions in Limine (Document No. 105). Having considered, in detail, the motions, submissions, and applicable law, the Court hereby

**ORDERS** that Plaintiff's Two Motions in Limine (Document No. 104) are **OVERRULED**. The Court further

**ORDERS** that Defendant's Motions in Limine (Document No. 105) are **GRANTED IN PART** and **OVERRULED IN PART**. The Court further

**ORDERS** that Defendant's Motion in Limine #18 is **OVERRULED** as overbroad. The Court further

**ORDERS** that Defendant's Motion in Limine #19 is **OVERRULED** as overbroad. The Court further

**ORDERS** that Defendant's Motion in Limine #21 is **OVERRULED**. The Court further

**ORDERS** that Defendant's Motion in Limine #27 is **GRANTED IN PART**. Plaintiff may only introduce comparator employees who are similarly situated in the Houston, Texas area. The Court further

**ORDERS** that Defendant's Motion in Limine #28 is **OVERRULED**. The Court further

**ORDERS** that Defendant's Motion in Limine #29 is **GRANTED**. The Court further

**ORDERS** that Defendnat's Motion in Limine #36 is **GRANTED**. The Court further

**ORDERS** that Defendant's Motion in Limine #37 is **OVERRULED**.

SIGNED at Houston, Texas, on this **23** day of October, 2025.

DAVID HITTNER
United States District Judge