IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | CIVIL ACTION NO. |
| § | | 4:23-cv-02823 |
| Universal Protection Service, LP, § | | Jury Trial Demanded |
| d/b/a Allied Universal Security § | | |
| Services § | | |
| § | | |
| *Defendant.* § | | |
| § | | |

**PLAINTIFF TWANA AHMED'S INITIAL TRIAL PLAN**

Pursuant to the Court's Trial Scheduling Order, Plaintiff Twana Ahmed submits his initial trial plan indicating: (1) all witnesses he intends to call; (2) a proposed sequence in which the witnesses will be called, (3) a time estimate for examination of all witnesses Mr. Ahmed plans to call; and (4) a total time estimate for the examination of all witnesses Mr. Ahmed intends to call or may need to call.

Mr. Ahmed intends to call the following witnesses in this order:

| witness | estimated time for cross/direct |
|---|---|
| 1. Katherine Alyea | 2.5 hours |
| 2. Defendant via recorded 30(b)6 deposition | 35 minutes |
| 3. Mauricio Zepeda | 1.5 hour |
| 4. Catherine Barnes | 2.0 hours |
| 5. Alexzander Bergeron | 2.0 hours |
| 6. Kevin Middlebrooke | 1 hour |
| 7. Patrick Freeney | 2 hours |
| 8. Felisha Solis-Ramirez | 1 hour |
| 9. James ("Jim") Grant | 1 hour |
| 10. Donald Massey | 1 hour |
| 11. Kareem McKinnon | 1 hour |
| 12. Wayne Oliver | 2.0 hours |
| 13. Mauro Siboldi | 1 hour |
| 14. Raymond Rodriguez | 1 hour |
| 15. Manaure Bethencourt | 1 hour |
| 16. Twana Ahmed | 2.5 hours |
| **total estimated time for initial examination:** | **22 hours and 35 minutes** |

If necessary, Mr. Ahmed *may also call*:

| | |
|---|---|
| 17. Nathan Hernandez | 1 hour |
| 18. Chelsea Joseph | 1 hour |
| 19. Monroe McClain | 1 hour |
| 20. Justin Porter | 1 hour |
| 21. Meredith Rodrigues | 1 hour |
| 22. Kamesha Sterling | 30 mintues |

**total estimated time for initial examination, including witnesses Mr. Ahmed *may call*** — 28 hours and 5 minutes

Plaintiff Twana Ahmed may also call any witness listed on Defendant's witness list.

Respectfully submitted,

*/s/Amanda C. Hernandez*
Amanda C. Hernandez
Attorney-in-charge
Texas State Bar No. 24064411
Southern District Bar No. 1531045

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370
amanda@ahfirm.com

*and*

Amy E. Gibson
Of Counsel
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

*Attorneys for Twana Ahmed*

### CERTIFICATE OF SERVICE

The undersigned certifies that on October 24, 2025, *Plaintiff Twana Ahmed's Initial Trial Plan* was filed via the Court's CM/ECF system, thereby automatically serving Defendant's attorneys of record.

*/s/Amanda C. Hernandez*
Amanda C. Hernandez