UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TWANA AHMED, | : |
| | : |
|     Plaintiff, | :   Case No. 4:23-cv-02823 |
| | : |
| v. | :   Hon. Judge David Hittner |
| | : |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : |
| | : |
|     Defendant. | : |
| _____ | : |

## **DEFENDANT'S INITIAL TRIAL PLAN**

Pursuant to the Courts Trial Scheduling Order [ECF 109], Defendant Universal Protection Service LP d/b/a Allied Universal Security Services ("Allied Universal" or "Defendant") submits the following Initial Trial Plan. Defendant presently intends to call the following witnesses at trial, anticipates that the witnesses will be called in the following sequence and anticipates the estimated time required for direct examination of each witness identified.

| **Proposed Witness Sequence** | **Estimated Time for Direct Exam** |
|---|---|
| 1.  Kareem McKinnon | 1 hour 15 minutes (75 minutes) |
| 2.  Alexzander Bergeron | 45 minutes |
| 3.  Kevin Middlebrooke | 45 minutes |
| 4.  Christopher Barber | 20 minutes |

1

| | |
|---|---|
| 5.  Patrick Freeney | 1 hour 30 minutes (90 minutes) |
| 6.  Jim Grant | 45 minutes |
| 7.  Monroe McClain | 45 minutes |
| 8.  Mauricio Zepeda | 30 minutes |
| 9.  Nathan Hernandez | 30 minutes |
| 10. Catherine Barnes | 45 minutes |
| 11. Katherine Alyea | 45 minutes |
| Total Estimated Time: | 8 hours and 35 minutes |

Date: October 24, 2025

**MARTENSON, HASBROUCK & SIMON LLP**

<u>/s/ Jessica E. Chang</u>
Jessica E. Chang, Attorney-In-Charge
(SDTX No. 3905098, IL6319080)
Nathan A. Shine (SDTX No. 3874604, IL6316753)
David C. Hamilton (Admitted PHV)
Martenson, Hasbrouck & Simon LLP
500 Davis Street, Suite 1010
Evanston, Illinois 60201
(224) 350-3127
jchang@martensonlaw.com
nshine@martensonlaw.com
dhamilton@martensonlaw.com

-and-

Marty N. Martenson (Admitted PHV)
2573 Apple Valley Road NE
Atlanta, Georgia 30319
(404) 909-8100
mnmartenson@martensonlaw.com

*Counsels for Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2025, I caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system that will serve notice and a copy on all counsel of record as follows:

Amanda C. Hernandez
AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
amanda@ahfirm.com

Amy Gibson
David Wiley
Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201
amy@gwfirm.com
david@gwfirm.com

*/s/ Jessica E. Chang*
Jessica E. Chang