# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge David Hittner |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : : : : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## DECLARATION OF FELICIA SOLIS-RAMIREZ

I, Felicia Solis-Ramirez, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am over the age of 18, have knowledge of the matters set forth herein, and could testify competently to them if called as a witness.

2. I was previously employed by Universal Protection Service, LP d/b/a Allied Universal Security Services ("Allied Universal") as a Branch Manager in San Antonio, Texas. I worked for Allied Universal from March 2006 to June 2023.

3. I currently reside in Lytle, Texas.

4. I currently work at Microsoft in San Antonio, Texas.

5. I received a subpoena in this case which commands me to appear at the trial of the case beginning on November 3, 2025.

1

6. I am the primary caregiver for my three (3) minor children. I am responsible for their transportation and after school care.

7. My husband is employed and frequently works out of town.

8. I am currently managing time-sensitive projects for my employer, Microsoft.

9. Requiring me to be travel to court in Houston, Texas beginning on November 3, 2025 would create substantial personal and financial hardship for me.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America, that the foregoing is true and correct, except as to matters stated to be based on information and belief.

FURTHER DECLARANT SAYETH NOT.

Executed on October 24, 2025.

Felicia Solis-Ramirez

2