IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § § § | CIVIL ACTION NO. 4:23-cv-02823 |
| | § § | |
| Universal Protection Service, LP, d/b/a Allied Universal Security Services | § § § § | Jury Trial Demanded |
| *Defendant.* | § § § | |

**PLAINTIFF TWANA AHMED'S UNOPPOSED MOTION TO SEAL**

Plaintiff Twana Ahmed — through undersigned counsel — respectfully requests that the Court seal his Motion to Reinstate Claims and Enforce Settlement Agreement, and all exhibits attached to the motion, which is filed contemporaneously with this Unopposed Motion to Seal.

Under the Southern District of Texas *Administrative Procedures for Electronic Filing*, any filing in unsealed civil cases may be submitted under seal subject to the

Court's discretion to unseal upon review. *See* United States District Court Southern District of Texas, S.D. TEX., Rule 6 B(2), 6E (Jan. 1, 2007, amended July 18, 2013), https://www.txs.uscourts.gov/sites/txs/files/admcvcrproc.pdf. Federal Rule of Civil Procedure 408 and the Local Rules recognize an exception to ADR confidentiality protections when the communications constitute the final settlement agreement itself. *See* Fed. R. Civ. P. 408 (b); S.D. Tex. L.R. 16.4.H. Still, Mr. Ahmed files this motion.

The Motion to Reinstate and Enforce Settlement Agreement, filed contemporaneously under seal, contains communications between the parties regarding settlement negotiations. This includes the mediator's settlement proposal and related discussions with the mediator. The core settlement agreement—the mediator's proposal accepted by both parties—falls outside the confidentiality protections for ADR communications. Still, the motion necessarily includes ancillary settlement discussions and mediator communications. The Court retains full authority to unseal these materials at any time in its discretion.

**RELIEF REQUESTED**

Mr. Ahmed respectfully requests that the Court grant his *Unopposed Motion to Seal* and seal the contemporaneously filed Motion to Reinstate and Enforce Settlement Agreement and attached exhibits to said motion.

Respectfully submitted,

*/s/Amanda C. Hernandez*
Amanda C. Hernandez
Attorney-in-charge
Texas State Bar No. 24064411
Southern District Bar No. 1531045

AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
T: (713) 588-4359
F: (281) 572-5370
amanda@ahfirm.com

and

Amy E. Gibson
Of Counsel
Texas State Bar No. 00793801
Southern District Bar No. 20147
amy@gwfirm.com

David L. Wiley
Of Counsel
Texas State Bar No. 24029901
Southern District Bar No. 34134
david@gwfirm.com

>Gibson Wiley PLLC
>1500 Jackson Street #109
>Dallas, Texas 75201-4923
>T: (214) 522-2121
>F: (214) 522-2126
>
>*Attorneys for Twana Ahmed*

## CERTIFICATE OF CONFERENCE

I certify that on December 23, 2025, I spoke with defense counsel David Hamilton via telephone about whether Defendant Allied Universal opposed a motion to seal Mr. Ahmed's motion to reinstate claims and enforce the settlement agreement and Mr. Hamilton stated that Defendant was unopposed to the motion to seal.

>*/s/Amanda C. Hernandez*
>Amanda C. Hernandez

**CERTIFICATE OF SERVICE**

I certify that on December 29, 2025, I filed the foregoing *Unopposed Motion to Seal* via the Court's CM/ECF system, thereby effecting service on Defendant's attorneys of record.

*/s/Amanda C. Hernandez*
Amanda C. Hernandez
