IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, <br><br> *Plaintiff,* <br><br> v. <br><br> Universal Protection Service, LP, d/b/a Allied Universal Security Services <br><br> *Defendant.* | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:23-cv-02823 <br><br> Jury Trial Demanded |

**ORDER**

Having considered Plaintiff Twana Ahmed's *Unopposed Motion to Seal*, the motion is GRANTED.

SIGNED on _____, 202\_\_\_, at Houston, Texas.

_____
David Hittner
United States District Judge