United States District Court
Southern District of Texas
**ENTERED**
December 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Twana Ahmed, | § § § § | |
| *Plaintiff*, | § § § | |
| v. | § § § | CIVIL ACTION NO. |
| | § § § | 4:23-cv-02823 |
| Universal Protection Service, LP, d/b/a Allied Universal Security Services | § § § § § | Jury Trial Demanded |
| *Defendant*. | § § § | |

## ORDER

Having considered Plaintiff Twana Ahmed's *Unopposed Motion to Seal*, the motion is GRANTED.

SIGNED on Dec 30, 2025, at Houston, Texas.

David Hittner
United States District Judge