UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge David Hittner |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : | |
| | : | |
| Defendant. | : | |

### UNOPPOSED MOTION TO WITHDRAW JESSICA E. CHANG AS COUNSEL FOR DEFENDANT UNIVERSAL PROTECTION SERVICE LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES

Pursuant to Local Rule 83.2 of the Southern District of Texas, Defendant Universal Protection Service LP (d/b/a Allied Universal Security Services) (hereinafter "Defendant") respectfully moves this Court for an order allowing Jessica A. Chang to withdraw as counsel of record in this matter. Defendant further respectfully moves this Court to promote Marty N. Martenson to "Attorney-In-Charge" in this matter. In support of this Motion, Defendant states as follows:

1.  Defendant is represented in this matter by the law firm Martenson, Hasbrouck & Simon LLP.

2.  Jessica E. Chang initially appeared as counsel of record in this matter on behalf of Universal Protection Service, LP.

1

3. On August 1, 2025, Marty N. Martenson was admitted *pro hac vice* to this matter.

4. As of November 28, 2025, Jessica E. Chang is no longer associated with the law firm of Martenson, Hasbrouck & Simon LLP. Accordingly, Defendant respectfully requests that she be withdrawn as counsel for Defendant in this matter.

5. Pursuant to Local Rule 11, Defendant hereby requests that Marty N. Martenson of Martenson, Hasbrouck & Simon LLP be promoted in her place as "Attorney-in-Charge" for Defendant.

6. Defendant will not be adversely affected by the withdrawal of Jessica E. Chang as counsel since Marty N. Martenson and David C. Hamilton have appeared and continue to represent Defendant in this matter.

7. Pursuant to Local Rule 7.2, counsel for Defendant has discussed its intent to file this motion with Plaintiff's counsel on December 30, 2025, and Plaintiff's counsel has stated that Plaintiff does not oppose this Motion.

WHEREFORE, Defendant respectfully requests that this Court enter an Order withdrawing Jessica E. Chang as counsel for Defendant and promoting Marty N. Martenson to the position of Attorney-in-Charge for Defendant.

Date: December 30, 2025

          **MARTENSON, HASBROUCK & SIMON LLP**

          */s/ Marty N. Martenson*
          Marty N. Martenson (Admitted PHV)

>2573 Apple Valley Road NE
>Atlanta, Georgia 30319
>(404) 909-8100
>mnmartenson@martensonlaw.com
>
>-and-
>
>David C. Hamilton (Admitted PHV)
>Martenson, Hasbrouck & Simon LLP
>500 Davis Street, Suite 1010
>Evanston, Illinois 60201
>(224) 350-3127
>dhamilton@martensonlaw.com
>
>*Counsel for Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services*

## CERTIFICATE OF COMPLIANCE

I certify that on December 30, 2025, I spoke with Plaintiff's counsel Amanda Hernandez via telephone about whether Plaintiff Twana Ahmed opposed this motion to withdraw Jessica Chang as counsel and promote Marty N. Martenson to Attorney-In-Charge and Ms. Hernandez stated that Plaintiff did not oppose the motion.

>s/ *David C. Hamilton*
>
>David C. Hamilton

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I caused to be served a true and correct copy of the foregoing document on all counsel of record via electronic mail as follows:

Amanda C. Hernandez
AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
amanda@ahfirm.com

Amy Gibson
David Wiley
Gibson Wiley PLLC
1500 Jackson Street, #109
Dallas, Texas 75201
amy@gwfirm.com
david@gwfirm.com

*/s/ Marty N. Martenson*
Marty N. Martenson