# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
|     Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge David Hittner |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : | |
| | : | |
|     Defendant. | : | |

## **ORDER**

Upon consideration of Defendant's Motion to Withdraw Counsel, and for good cause shown, the Motion to Withdraw Counsel is GRANTED.

IT IS HEREBY ORDERED that Jessica E. Chang be withdrawn as counsel of record for Defendant Universal Protection Service, LP (d/b/a Allied Universal Security Services) and that Marty N. Martenson be promoted to Attorney-in-Charge in the above-numbered and entitled cause of action.

_____  
Date

_____  
The Honorable David Hittner  
United States District Judge