United States District Court
Southern District of Texas
**ENTERED**
January 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TWANA AHMED, | |
| Plaintiff, | Case No. 4:23-cv-02823 |
| v. | Hon. Judge David Hittner |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | |
| Defendant. | |

## ORDER

Upon consideration of Defendant's Motion to Withdraw Counsel, and for good cause shown, the Motion to Withdraw Counsel is GRANTED.

IT IS HEREBY ORDERED that Jessica E. Chang be withdrawn as counsel of record for Defendant Universal Protection Service, LP (d/b/a Allied Universal Security Services) and that Marty N. Martenson be promoted to Attorney-in-Charge in the above-numbered and entitled cause of action.

1/5/26
Date

The Honorable David Hittner
United States District Judge

1