# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas



Jennifer L Pope
Martenson, Hasbrouck & Simom LLP
500 Davis St, Ste 1003
Evanston, IL 60201

United States Courts
Southern District of Texas
FILED

JAN 09 2026

Nathan Ochsner, Clerk of Court

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

Date: Monday, January 5, 2026
Case Number: 4:23-cv-02823
Document Number: 120 (1 page)
Notice Number: 20260105-108
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

CLERK

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

JAN 09 2026

Nathan Ochsner, Clerk of Court

FIRST-CLASS

US POSTAGE™ PITNEY BOWES
ZIP 77002
02 7W
0008035818 JAN 06 2026
$ 000.74⁰

RETURN TO SENDER

5500 DAVIS ST STE 1010
EVANSTON IL 60201-4643