UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge David Hittner |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## DEFENDANT'S UNOPPPOSED MOTION TO SEAL

Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services ("Allied Universal"), by and through its undersigned counsel, hereby respectfully requests that the Court seal Allied Universal's Response in Opposition to Plaintiff's Motion to Reinstate Claims, which is being filed contemporaneously with this Unopposed Motion to Seal.

On December 29, 2025, this Court granted Plaintiff's Unopposed Motion to Seal its Motion to Reinstate Claims on the grounds that the Motion contains communications between the parties regarding settlement, and related discussions with the mediator. *See* Dkt. No. 118. Allied Universal now seeks to file a Response in Opposition to Plaintiff's Motion to Reinstate Claims. Allied Universal's Response

also contains descriptions of settlement communications between the parties and the mediator. Accordingly, Allied Universal respectfully requests that the Court grant this Unopposed Motion to Seal and seal the contemporaneously filed Response In Opposition to Plaintiff's Motion to Reinstate Claims.

On January 17, 2026, counsel for Allied Universal contacted counsel for Plaintiff regarding this Motion. During that discussion, counsel for Plaintiff stated that Plaintiff did not oppose this Motion.

Date: January 18, 2026.

**MARTENSON, HASBROUCK & SIMON LLP**

*/s/ Marty N. Martenson*
Marty N. Martenson, Attorney-in-Charge
David C. Hamilton, Esq.
**Martenson, Hasbrouck & Simon LLP**
2573 Apple Valley Road NE
Atlanta, Georgia 30319
(404) 909-8100
mnmartenson@martensonlaw.com

*Counsel for Defendant Universal Protection Service, LP d/b/a Allied Universal Security Services*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2026, I caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system that will serve notice and a copy on all counsel of record as follows:

Amanda C. Hernandez
AH Law, PLLC
5718 Westheimer, Suite 1000
Houston, Texas 77057
amanda@ahfirm.com

Amy Gibson
David Wiley
Gibson Wiley PLLC
1500 Jackson Street, #109
Dallas, Texas 75201
amy@gwfirm.com
david@gwfirm.com

*/s/ Marty N. Martenson*
Marty N. Martenson