# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TWANA AHMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-02823 |
| | : | |
| v. | : | Hon. Judge David Hittner |
| | : | |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : : : : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## [PROPOSED] ORDER

Having considered Defendant's Unopposed Motion to Seal Response to Plaintiff's Motion to Reinstate Claims and Enforce Settlement, and for good cause shown, **IT IS SO ORDERED** that Defendant's Motion is hereby **GRANTED.**

IT IS SO ORDERED this _____ day of _____, 2026.

_____
The Honorable Judge David Hittner