# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| TWANA AHMED, | : |
| Plaintiff, | : Case No. 4:23-cv-02823 |
| v. | : Hon. Judge David Hittner |
| UNIVERSAL PROTECTION SERVICE, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES, | : |
| Defendant. | : |

## ORDER

Having considered Defendant's Unopposed Motion to Seal Response to Plaintiff's Motion to Reinstate Claims and Enforce Settlement, and for good cause shown, **IT IS SO ORDERED** that Defendant's Motion is hereby **GRANTED.**

IT IS SO ORDERED this __20__ day of __Jan__, 2026.

_____
The Honorable Judge David Hittner