Case 4:23-cv-02823   Document 125   Filed 01/23/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TWANA AHMED, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-23-2823 |
| § | |
| UNIVERSAL PROTECTION § | |
| SERVICE, LP, *D/B/A* ALLIED § | |
| UNIVERSAL SECURITY § | |
| SERVICES, § | |
| § | |
| Defendant. § | |

## ORDER

Pending before the Court is Plaintiffs' Motion to Enforce Settlement Agreement (Document No. 117). The Court notes these motions come more than three months after the Final Pretrial Conference in this matter, and more than two months since the preferential civil jury trial setting in this matter. Having considered the motion, submissions, and applicable law, *in detail*, the Court determines that Plaintiff's motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiffs' Motion to Enforce Settlement Agreement (Document No. 117) is **DENIED**. The Court further

**ORDERS** that this matter is reinstated on the Court's active trial docket and will immediately proceed to trial. Jury selection will begin on Thursday, February 19, 2026 at 10:30AM.

SIGNED at Houston, Texas, on this 23 day of January, 2026.

_____
DAVID HITTNER
United States District Judge