# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas


20260121-92

Jennifer L Pope
Martenson, Hasbrouck & Simom LLP
500 Davis St, Ste 1003
Evanston, IL 60201

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

United States Courts
Southern District of Texas
FILED
JAN 27 2026
Nathan Ochsner, Clerk of Court

Date: Wednesday, January 21, 2026
Case Number: 4:23-cv-02823
Document Number: 124 (1 page)
Notice Number: 20260121-92
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

